# EXHIBIT C

| U.S. Patent No. 7,334,616 | |
|---|---|
| 1. A holder for securely and simultaneously retaining flexible articles and rigid cards, said holder comprising: | The Ridge Wallet is a holder for securely and simultaneously retaining flexible articles (Bills) and rigid cards.<br><br> |
| a) a nominally rectangular and nominally flat planar first panel having interior and exterior surfaces, a lip extending nominally around three edges of | The Ridge Wallet has a nominally rectangular and nominally flat planar first panel, having interior and exterior surfaces. It also has elastic bands, which are attached to the first panel on three edges of the first panel, and are functionally identical and equivalent to lips extending nominally from the first panel. These elastic bands extend nominally around three edges of the first panel along the interior surface; are attached to the first panel; and are at right angles to the plane of the first panel. The inner surface of the elastic bands are perpendicular and adjacent with the inner surface of the first panel, and form the inner enclosure described in 1(b) together. |

| said first panel along said interior surfaces, said lip being at right angles to the plane of said first panel; |  |
|---|---|

| | |
|---|---|
| b) a nominally rectangular and nominally flat planar second panel having interior and exterior surfaces, a lip extending nominally around three edges of said second panel along said interior surface and configured to form a mirror image of said first panel, said second panel being adapted to be attached to said first panel along said three edges to form an open-ended enclosure of sufficient size to store said rigid cards within said interior of said enclosure, said enclosure being nominally rectangular with two longitudinal sides, an open end, and a closed end; | The Ridge Wallet has a nominally rectangular and nominally flat planar second panel, having interior and exterior surfaces.  It also has elastic bands, which are attached to the second panel on three edges of the second panel, and are functionally identical and equivalent to lips extending nominally around three edges of the second panel.  These elastic bands extend nominally around three edges of the second panel along the interior surface; are attached to the second panel; and are at right angles to the plane of the second panel.  They are mirrored to the attachment points on the first panel.  The inner surface of the elastic bands are perpendicular and adjacent with the inner surface of the first and second panels, and form an opened ended enclosure of sufficient dimensions to hold rigid credit cards inside of the enclosure.  The enclosure has two longitudinal sides and is nominally rectangular, like the credit cards it is designed to hold.  It also has an open end and a closed end, which allows a user to place credit cards inside of the enclosure.<br><br> |

| | |
|---|---|
| |  |
| c) a resilient article retaining member having an attached end and a free end extending from one end of said enclosure | The Ridge Wallet has a resilient article retaining member used to hold currency. This member is attached to one end of the wallet and possesses a free end extending from the attached end, over the exterior of the first panel. This member is also biased and bent toward the exterior of the panel so it can securely hold currency underneath the clip. |

| | |
|---|---|
| and over the exterior of said first panel, said free end of said article retaining member being biased toward said exterior surface of said first panel; |  |
| wherein said first panel and said second panel each has lips of varying thickness. | The elastic bands of the Ridge wallet are not of a uniform thickness.  Elastic bands by the very nature of their construction vary in thickness throughout the band.  The rubber and latex cords which allow an elastic band to return to its original shape are significantly thicker than the other threads used to make the band.  Therefore, sections of the band containing these cords are significantly thicker than sections without.  This can be seen in the image of the Ridge wallet below, where it is easy to see that the elastic band has areas of varying thickness throughout, especially at the edges where no elastic cords are present. The thickness of an elastic band also changes as more cards are inserted into the wallet, and the rubber and latex cords are stretched thin. |

