Jonathan Pearce, Cal Bar. No. 245,776
jpearce@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Brian S. Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Mosaic Brands, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Ridge Wallet LLC, <br><br> Defendant. <br> ─────────────────── <br> And Related Counterclaim | No. 2:20-cv-04556-AB-JC <br><br> Notice of Motion and Motion under Local Rule 37 to Compel Discovery Responses <br><br> Date:    Tuesday, January 12, 2021 <br> Time:    9:30 a.m. <br> Magistrate Judge: Chooljian |

To Plaintiff Mosaic Brands, Inc.:

Defendant The Ridge Wallet LLC moves to compel production of documents and interrogatory responses as covered in detail in the concurrently filed Local Rule 37-2 stipulation.

The motion seeks document production of all requested documents and complete interrogatory answers within seven days of the Court's ruling.

Ridge also requests an order requiring payment of Ridge's reasonable attorney fees of $15,348.50. The Declaration of Michael Harris shows the fees through December 3 as $13,348.50, and the fees will increase at least $2,000 through the time of Court's ruling.

December 15, 2020                    /s/ *Jonathan Pearce*
                                    Jonathan Pearce
                                    SoCal IP Law Group LLP

                                    Attorneys for The Ridge Wallet LLC

### CERTIFICATE OF SERVICE

I certify that I either am a member of the bar of this court or am employed in the office of a member of the bar of this court at whose direction the service was made. On December 15, 2020, I served the foregoing document "Notice of Motion and Motion under Local Rule 37 to Compel Discovery Responses" to attorneys for all parties by email using their email address from the CM/ECF system.

December 15, 2020                    /s/ *Jonathan Pearce*
                                    Jonathan Pearce