1 Jonathan Pearce, Cal Bar. No. 245,776
jpearce@socalip.com
2 Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
3 Brian S. Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
4 SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
5 Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant The Ridge Wallet LLC

**United States District Court**

**Central District of California – Western Division**

| Mosaic Brands, Inc., | No. 2:20-cv-04556-AB-JC |
|---|---|
| Plaintiff, | Kane Declaration in Support of Defendant Ridge's Summary Judgment Motion |
| v. | Date:   April 23, 2021 |
| The Ridge Wallet LLC, | Time:  10:00 a.m. |
| Defendant. | Judge: Birotte |

I, Daniel Kane, declare:

1. I am the CEO of defendant The Ridge Wallet LLC ("Ridge"). I have personal knowledge of the facts stated in this declaration. If called to testify as a witness, I would competently testify on these facts.

2. All exhibits are true and correct copies of my identifications of them.

3. Exhibit 1 is a true and correct image of an assembled view of the Ridge wallet.

4. Exhibit 2 is a true and correct image of an exploded view of the Ridge wallet.

5. The Ridge Wallet is approximately 2.3 inches long and 1.5 inches wide. When empty, it is approximately 0.25 inches thick.

6. From its first prototype in October of 2012 until 2018, Ridge used a single manufacturer for all of the Ridge Wallet products, Balance Industrial Group (Hong Kong) Co., Limited ("Balance Group").

7. The earliest email correspondence chain that Ridge has with Balance Group begins on October 13, 2012 and continuing until November 21, 2012.

8. Ridge continues to use Balance Group for its manufacturing.

9. Advertising spend has almost doubled each year since 2014, with a significant increase in 2017 over the previous year. The associated revenue has grown dramatically over that time.

10. The overall advertising spend by Ridge from 2014 to 2019 is in the tens of millions of dollars. During that time sales grew from hundreds of thousands of dollars into the tens of millions of dollars.

11. Much of that advertising occurred using Facebook and Google advertisements, but Ridge has also used television advertisements in that time.

12. When Ridge elected to use an elastic band to encircle the plates and urge them together, centering the elastic band around either side balances the elastic engagement to hold the plates and inserted cards in place within the wallet. Offsetting the band to one side in either direction could allow "squeezing out" cards from the wallet in the opposite direction when the wallet is in the user's pocket. Because of these considerations, I decided, centering the elastic band in both directions on the wallet was its best placement.

13. After I used an elastic band encircling plates, I had few options for positioning the notch. I could have placed the notch along one of the short sides, which could avoid the elastic band on the bottom, I decided having the notch along the longer side makes reaching the notch with a finger while holding the wallet normally was easier. That location also requires less force to push the cards than pushing from the bottom because the compression friction is less. The shorter sides also less surface area for a notch; it would use all or almost all of the available edge on a shorter side.

That would limit the width of the elastic band. The longer side of the Ridge wallet has more room for the notch while allowing the elastic band to be wide enough on each of the three sides to exert enough force on the cards to maintain them within the wallet.

14. After I decided where to place the notch, I made it semicircular because users' rounded fingers or thumbs would be pressed into the rounded notch cutout. Accepting a user's finger to push out cards within the plates in a comfortable way without sharp corners is a function of making the notch semicircular.

15. Each accused Ridge wallet's top and bottom panel is formed of two aluminum plates, an inner plate and an outer plate. Aluminum provides RFID-blocking functionality for the wallet. Joins, the screws in the Ridge wallet, connect the outer and inner plate to each other. The joins do not extend between the top and bottom panels to allow receiving credit cards between the panels although the elastic band allows the user to insert and remove cards only through one side, the longitudinal side opposite the semicircular notch.

16. Having joins at each corner in a plate-based design is the most robust and strongest way to join the two plates that make up each panel. One join is centered on the side opposite the finger notch. The elastic band does not extend over that side, so its join mounts in the center of the longer side. Two joins are on the side with the notch along with the joins in the corner. The elastic band prevents having a join centered on the notch side, so the joins are spaced on the sides of the elastic band. The joins' positions foreclose having the finger cutout at the corners.

17. I could have used over seven joins, but that would add to the material and labor cost. The wallet might not be stable with fewer than seven joins.

18. The rounded corners of the top and bottom panels make inserting the wallet into a user's pocket smoother, and hang-ups on clothing and other objects less likely. Sharp corners also are more likely to scratch or cut a user. Because the wallet holds

credit cards, which have rounded corners, I wanted rounded corners for the wallet to conform to the credit cards' corners to make the overall wallet as small as possible.

19. The shape of the money clip on the back of the wallet is functional. It must exert enough force to hold money, and its raised end enables individuals to easily insert currency. While working on designs for the clip, we found that a clip extending far off the plate of the wallet itself was prone to hang when inserted into pockets or even to damage clothing. So, we endeavored to balance the functions of easily and securely holding money while still being compact.

20. Though Ridge's accused wallets are manufactured for Ridge, I designed the accused wallet to make it simple to manufacture. Cutting the aluminum panels and carbon fiber covers is a conventional process. The notch and holes for the joins can be made during the cutting step, and forming the groove for the elastic band in the aluminum panels is a simple manufacturing step. The sections of the one-piece elastic band can be attached by adhesive or sewn.

21. Assembly is accomplished by aligning the band, panels and covers and fastening the panels and covers with joins.

22. The Ridge Wallet conception began in late 2012, and culminated in two very public Kickstarter campaigns in 2013.

23. Exhibit 3 is a copy of a printout of a Kickstarter campaign Ridge launched for the "The Ridge: Front Pocket Wallet" which began on Jan. 22, 2013 and ended on March 5, 2013. The project garnered 5,305 backers, pledging $266,622 in support.

24. Exhibit 4 is a true and correct copy of a printout of a second Kickstarter campaign Ridge launched for the "The Ridge Wallet 2.0 which began August 31, 2013 and ended October 18, 2013. The project garnered 1,523 backers, pledging a total of $126,873 in support.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

March 19, 2021                                 /s/ Daniel Kane
                                               Daniel Kane