Jonathan Pearce, Cal Bar. No. 245,776
jpearce@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Brian S. Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant The Ridge Wallet LLC

# United States District Court

## Central District of California – Western Division

| | |
|---|---|
| Mosaic Brands, Inc., <br><br>　　　Plaintiff, <br><br>　　　v. <br><br>The Ridge Wallet LLC, <br><br>　　　Defendant. | No. 2:20-cv-04556-AB-JC <br><br> Pearce Declaration in Support of Defendant Ridge's Summary Judgment Motion <br><br> Date:　April 23, 2021 <br> Time:　10:00 a.m. <br> Judge:　Birotte |

　　　I, Jonathan Pearce, declare:

　　　1.　I am an attorney with SoCal IP Law Group LLP and am one of SoCal IP's attorneys representing The Ridge Wallet LLC ("Ridge"). I have personal knowledge of the facts stated in this declaration. If called to testify as a witness, I would competently testify on these facts.

　　　2.　All exhibits are true and correct copies of my identifications of them.

　　　3.　Exhibit A is a true and correct copy of the Third Amended Complaint (ECF 66) filed in this action.

　　　4.　Exhibit B is a true and correct copy of Exhibit B (ECF 66-2) to the Third Amended Complaint filed in this action.

　　　5.　Exhibit C is a true and correct copy of Exhibit C (ECF 66-2) to the Third Amended Complaint filed in this action.

6. Mosaic has produced no documents showing annual sales figures or annual advertising expenses from 2012 to 2019 or any analysis of the marketplace in that time.

7. Exhibit D is a true and correct copy of excerpts of Mia Kaminski's November 17, 2020 deposition.

8. Exhibit E is a true and correct copy of documents produced by Mosaic labelled MOSAIC000017-20.

9. Mosaic has produced no contemporaneous photographs of the product allegedly sold in 2011 or at any point from 2012-2019, has provided no documents and not identified any location where any Storus Smart Money Clip II product was for sale on the web or in a physical location such as a retailer.

10. Exhibit F is a true and correct copy of the product listing for a current Storus product on Amazon.com captured on March 12, 2021.

11. Exhibit G is a true and correct copy of excerpts of Mia Kaminski's February 2021 30(b)(6) deposition on behalf of Mosaic Brands, Inc.

12. Exhibit H is a true and correct copy of Exhibits 1009-1027 to Mia Kaminski's February 5, 2021 30(b)(6) deposition on behalf of Mosaic Brands, Inc.

13. Exhibit I is a true and correct copy of the original complaint filed in this matter (ECF 1), including all exhibits (ECF 1-1 to 1-4).

14. Exhibit J is a true and correct copy of the results of an amazon.com search for the phrase "storus smart money clip" as of March 11, 2021.

15. Exhibit K is a true and correct copy of a document produced by Mosaic Brands as MOSAIC00039, showing the only manufacturer Mosaic has identified in this case.

16. After extensive searching, I was unable to find any evidence anywhere of the Storus Smart Money Clip II available for sale anywhere on the web, including on Mosaic's own storus.com website, for the period from 2012 to 2019.

17. Mosaic Brands produced no documentary evidence of the Storus Smart Money Clip II for sale or advertised at any point from 2012 to 2019.

18. Exhibit L is a true and correct copy of a google search limited to results in the time period preceding October 31, 2019.

19. Exhibit M is a true and correct copy of a google search limited to results in the time period preceding December 1, 2019.

20. Exhibit N is a true and correct copy of a post made by Mosaic Brands' on its Storus Facebook page dated November 27, 2019.

21. Exhibit O is a true and correct copy of the amazon.com listing for Storus Smart Money Clip II product (later called "Storus Smart Wallet") as captured on October 19, 2020. The "Date First Available" for this product is November 27, 2019.

22. Exhibit P is a series of screen captures of the storus.com website from the Wayback Machine dated Feb. 26, 2011, Sept. 2, 2012, May 6, 2013, July 4, 2014, Sept. 10, 2015, May 14, 2016, July 20, 2017, June 2, 2018, March 15, 2019. The final capture was of the live storus.com website as of June 24, 2020.

23. Exhibit Q is a true and correct copy of ECF 18-1, a declaration provided by Scott Kaminski in opposition to Ridge's motion to dismiss.

24. Exhibit R is a true and correct copy of a recent amazon.com listing for a Storus wallet.

25. Exhibit S is a true and correct copy of U.S. Pat. No. 7,334,616, previously asserted in this case.

26. Exhibit T is a true and correct copy of an advertisement from the website www.storus.com regarding the Smart Money Clip II (now called the Smart Wallet). The website was access on October 26, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| March 19, 2021 | /s/ *Jonathan Pearce*<br>Jonathan Pearce |