# Exhibit B

# EXHIBIT B







Storus.com

# Smart Money Clip® II

$ 29.99

**Engraving**

Please Select

**Medal Style**



○ Trump-gold
○ Trump-silver
○ Biden-gold
○ Biden-silver
○ $ sign-gold
○ $ sign-silver
○ No medallion

**ADD TO CART**



Storus® Smart Money Clip® II is the **NEW** version of the original Smart Money Clip. The Smart Money Clip II is PATENTED. It is a 2-in-1 product, a money clip + credit card holder all in one. It is slim and fits into a front pants or jacket pocket or purse. It measures 3.4 inches long by 2.1 inches wide x 0.50 inches deep with expandable capability. It made the perfect gift or stocking stuffer. 1 piece.



**Features + Benefits:**

- **RFID Blocking Technology**: protects private information, credit cards, IDs, and driver's license from scanning devices. Ensures safety of private information an identity theft. US GOVT. FIPS 201 APPROVED



- **Design**: It is a 2-in-1 product with a traditional style money clip attached to a chamber, The clip can be used to hold dollar bills and receipts. The chamber is used to store credit cards and IDs. The chamber is made with a flexible elastic webbing to increase the card capacity. Cards will not slip out easily. It has a cut out design for easy removable of cards.
- **Slim + Ultra Light**: It is significantly thinner than a traditional leather wallet but can hold up to 12 cards and IDs. It is ultra light and is comfortable in a front [pants or jacket pocket making it great for travel.
- **High Quality**: It is made from 100 percent real carbon fiber and 304 stainless steel money. It is durable and lasts.