# Exhibit C

# EXHIBIT C





Ridge Wallets | Ridge Products | Brand | Support | Account | 0

HOME / SHOP ALL / CARBON FIBER 3K

NEXT >



## Carbon Fiber 3K

★★★★★ 6671 REVIEWS

$125 USD

Buy now, pay later with Klarna. Learn more

**SELECT A STYLE:**

Cash Strap | Money Clip | Both

Help Me Choose

**ADD TO CART**

Features +

Description +





HOME / SHOP ALL / CARBON FIBER 3K

NEXT >

Ridge Wallets | Ridge Products | Brand | Support

the RIDGE

Account | 0

## Carbon Fiber 3K

★★★★★ 6671 REVIEWS

$125 USD

Buy now, pay later with Klarna. Learn more

SELECT A STYLE:

Cash Strap | Money Clip | Both

Help Me Choose

**ADD TO CART**

Features +

Description +




Storus

Ridge




Storus          Ridge



