# Exhibit D

**CERTIFIED COPY**

1        UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3

4

5   MOSAIC BRANDS, INC.,            )
                                    )
6                  Plaintiff,       )
                                    )
7         vs.                       ) Case No.
                                    ) 2:20-cv-04556-AB-JC
8   THE RIDGE WALLET LLC,           )
                                    )
9                  Defendant.       )
    _____)
10

11

12

13

14      Video-recorded videoconference deposition

15              of MIA KAMINSKI

16            November 17, 2020

17

18

19

20

21

22

23

24   JOANNA B. BROWN, CSR No. 8570, RPR, CRR, RMR
     468112
25

**BARKLEY**
Court Reporters
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine           (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose         (760) 322-2240 Palm Springs     (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez         (702) 366-0500 Las Vegas        (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson        (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn         (518) 490-1910 Albany           (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai         001+1+800 222 1231 Hong Kong

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3

4

5  MOSAIC BRANDS, INC.,            )
                                   )
6              Plaintiff,          )
                                   )
7        vs.                       ) Case No.
                                   ) 2:20-cv-04556-AB-JC
8  THE RIDGE WALLET LLC,           )
                                   )
9              Defendant.          )
   _____)

10

11

12

13

14          Video-recorded videoconference deposition

15  of MIA KAMINSKI, taken remotely on behalf of the

16  Defendant, beginning at 9:40 a.m. and ending at

17  3:58 p.m., on Tuesday, November 17, 2020, before

18  JOANNA B. BROWN, Certified Shorthand Reporter No. 8570,

19  RPR, CRR, RMR.

20

21

22

23

24

25

2

BARKLEY
Court Reporters

```
 1        Q     I don't know.

 2        A     We don't have any files on The Ridge Wallet.

 3        Q     Okay.  Do you have -- did you previously have

 4   files on the Storus Smart Money Clip II that no longer

 5   exist?

 6        A     Yes.

 7        Q     What were those files?

 8        A     Once Storus filed bankruptcy, everything got

 9   thrown out.

10        Q     Shredded?

11        A     Yeah.  We hired a company to come in and shred

12   everything.

13        Q     And that was roughly 2017/2018, something like

14   that?

15        A     Well, no.  That was in 2000 -- well, I think

16   we did it a couple times.  So once was done in -- oh,

17   my God.  It was so long ago -- 2013 during one move and

18   again in 2016 after Storus Corporation was bank-owned.

19        Q     Okay.  So you are saying some files did exist

20   that perhaps related to sales of the Storus Smart Money

21   Clip II but no longer exist as a result of that?

22        A     Yes.

23        Q     Do you know how many sold -- how many you sold

24   in 2012 of the Storus Smart Money Clip II?

25        A     I can't remember.
```

73

MIA KAMINSKI

BARKLEY
Court Reporters

1       Q    2013?

2       A    I can't remember.

3       Q    2014?

4       A    I can't remember.

11:14   5       Q    2015?

6       A    I can't remember.

7       Q    2016?

8       A    I can't remember.

9       Q    2017?

11:14   10      A    I can't remember.

11      Q    2018?

12      A    I don't -- I don't know.

13      Q    2019?

14      A    I don't know.

11:14   15      Q    Okay.  Is there anywhere that would have that

16   information?

17      A    There would be probably nothing before 2016,

18   and if there is anything between '16 and now, we would

19   have handed it to you.

11:14   20      Q    Do you -- does the Storus.com website operate

21   using Shopify?

22      A    We used to use an internal system.  We just

23   recently went to Shopify.

24      Q    Okay.  When did that transition occur?

11:15   25      A    I don't remember.

BARKLEY
Court Reporters

```
 1        A     $79.99.

 2        Q     Okay.  Do you have websites other than

 3   Storus.com selling -- sorry.

 4              Do you have websites that you operate other

 5   than Storus.com selling the Smart Money Clip II?

 6        A     I don't -- I don't think so.  Oh, do we?  Oh,

 7   yes, Storuspromotions.com.

 8        Q     Okay.  Do you know how much you spent on

 9   advertising the Smart Money Clip II?

10        A     I don't.

11        Q     Is it more than $20,000?

12        A     Probably.

13        Q     Is it more than $1 million?

14        A     No.

15        Q     Is it more than $100,000?

16        A     I don't know.

17        Q     Do you know how much money you spent on

18   advertising in 2011?

19        A     No.

20        Q     Do you know how much money you spent on

21   advertising in 2012?

22        A     No.

23        Q     Do you know how much money you spent on

24   advertising the Storus Smart Money Clip II in 2013?

25        A     No.
```

82

BARKLEY
Court Reporters

1    Q    Do you know how much money you spent in 2014

2    advertising the Storus Smart Money Clip II?

3    A    No.

4    Q    Do you know how much money you spent in 2015

11:24  5    advertising the Storus Smart Money Clip II?

6    A    No.

7    Q    Is there someone who would know these answers

8    better than you, Mia?

9    A    No.

11:25 10    Q    Do you know how much money you spent

11    advertising the Storus Smart Money Clip II in 2016?

12    A    No.

13    Q    2017?

14    A    No.

11:25 15    Q    2018?

16    A    No.

17    Q    2019?

18    A    I don't know.  I already answered that.

19    Q    Do you have an advertiser who does your

11:25 20    advertising for you?

21    A    We advertise all over.

22    Q    Okay.  Give me an example of one of those

23    places.

24    A    Etsy.

11:25 25    Q    Okay.  Do you have advertisements that

83

BARKLEY
Court Reporters

1     the top of the clip.  So I don't know if that's --

2     maybe that is a beer.  I don't drink beer.  I drink

3     wine when -- if I do.

4          Q    I don't drink beer either.

11:46  5          A    So I don't know how -- why we use that.  I

6     guess that was the best way to describe it.

7          Q    And then, finally, the "carbon fiber exterior

8     look"?

9          A    Yes.

11:46  10          Q    Is that -- is that -- does all of that comport

11     with, sort of, your understanding of the overall look

12     of the Storus Smart Money Clip II?

13          A    Yes.  The first version back in -- that we

14     sell through to today.  We have newer versions that

11:46  15     don't have the carbon fiber exterior anymore.

16          Q    Right.  Okay.  Are you aware that there are

17     others out there that have each of those

18     characteristics?

19          A    Yes.

11:46  20          Q    Are there many others out there with those

21     characteristics?

22          A    Yes.

23          Q    Hundreds?

24          A    I didn't count them.

11:47  25          Q    But you said there were takedown notices for

97

BARKLEY
Court Reporters

1    about a year ago, I had -- I just started doing it,

2    like, in 2019.

3        Q    Okay.

4        A    And then I saw all of these and couldn't

11:49 5   believe it, actually, how many copied us.

6        Q    You weren't really looking before that time?

7        A    No.

8        Q    Well, does this page on the right here look

9    familiar, Exhibit 1007, I would like it marked as?

11:50 10      A    Does the page look familiar?  That specific

11   page does not look familiar to me.  Some of those

12   products do.  Is that what you are trying to say?

13       Q    Are you aware of the Amazon website?

14       A    I am aware of the Amazon website.

11:50 15      Q    Do you know what this is when I typed this up

16   here?

17       A    You typed in carbor -- carbor -- "carbon fiber

18   wallet" in "Clothes, Shoes & Jewelry" category.

19       Q    It looks like it, yeah.

11:50 20           By the way, this should be Exhibit 1008, I

21   apologize.  I apologize.  1009.

22           (Deposition Exhibit 1009 was marked for

23           identification and is attached hereto.)

24   BY MR. PEARCE:

11:50 25      Q    Does this look like it might be a

100

MIA KAMINSKI

BARKLEY
Court Reporters

1    search-results page when you type in "carbon fiber

2    wallet" when on the Amazon website?

3         A    I'll take your word for it.

4         Q    Okay.  I appreciate that, Mia.

11:50  5         Do many of these products look similar to the

6    Storus Smart Money Clip II?

7         A    A few of them do.

8         Q    A few of them?  What's --

9         A    Not all of them.

11:50  10        Q    Not all of them.  Okay.  What about

11    SHEVROV SV?

12        A    Yes, that one looks like a copy -- an exact

13    copy.

14        Q    Are they a licensee now?

11:51  15        A    I don't know if SHEVROV is.  I have to look.

16    I don't think they are.

17        Q    Is TININ?

18        A    I don't remember if that one is.  I think that

19    one might be.

11:51  20        Q    No.  I apologize.  Is TININ a -- look like the

21    Storus Smart Money Clip II?

22        A    Oh, yeah, identical.  They are identical, most

23    of them.

24        Q    Vikrom looks like it too?

11:51  25        A    Yes.

101

MIA KAMINSKI

BARKLEY
Court Reporters

1    Q    This one has a strange Batman -- sorry about

2    that -- Batman thing that comes with it, probably its

3    own infringement, but does Phinius -- or Phinus?

4    A    That's a good point.  Maybe you should call

5    them -- call up Batman.  Maybe you can get some work

6    out of them.

7    Q    I do know some attorneys at Warner Bros.

8    A    You know some attorneys at what?

9    Q    Warner Bros.  They own the Batman (inaudible).

10   A    Oh, I know lots of attorneys there too.  Huh.

11   We might have some mutual friends.

12   Q    I wouldn't be surprised.

13        Ginzoff, does that look like an identical

14   copy?

15   A    Yeah, from what I can see.  I can't see.  Do

16   you see scribbles in there?

17   Q    (Inaudible.)

18   A    Your copy is blurry.

19   Q    Yeah.

20   A    Yeah.

21   Q    Awalis has a different carbon fiber.  It's

22   blue, but does it otherwise look like a carbon copy?

23   A    Yeah, it does look like a copy.

24   Q    PAL&SAM?  That's a weird name.  Does that look

25   like a copy as well?

102

MIA KAMINSKI

BARKLEY
Court Reporters

1    A    Yes, it does look like a copy.

2    Q    How about Rizot here?

3    A    Yeah, that looks like a copy.

4    Q    I'm just looking through.  It seems like there

11:52  5  are many.  Would you characterize this as many?

6    A    Yes.

7    Q    Do you see your product?  I don't actually see

8    the Storus Smart Money Clip II here.  Do you?

9    A    Well, it's probably not on that front page

11:53  10  that you searched in clothes.  You searched it in

11   clothes.  Maybe we are not in that category.  I don't

12   know.

13   Q    Well, that's true.  That's possible.

14   A    Are you live-searching right now?

11:53  15  Q    No.  This is a -- I printed this out

16   earlier --

17   A    Oh, okay.

18   Q    -- because I have to provide it as an exhibit.

19   It could change in the meantime.  We try not to mess

11:53  20  with these things.

21         Are you familiar with Google Shopping results?

22   A    No.

23   Q    Have you gone down that path yet?  No?

24   A    No.

11:53  25  Q    Facebook.  I guess, would you say carbon fiber

103

MIA KAMINSKI

BARKLEY
Court Reporters

```
 1    is present on these wallets on this Google Shopping

 2    site?

 3         A    I mean, it looks like it.  I don't know.  I'd

 4    have to look at the listing, but who knows.

11:54 5         Q    Are you familiar with Google Shopping, Mia?

 6         A    No.

 7              MR. PEARCE:  No.  Let's mark this as

 8    Exhibit 1010.

 9              (Deposition Exhibit 1010 was marked for

11:54 10              identification And is attached hereto.)

11              MR. PEARCE:  Just a moment.

12              (Mr. Pearce mutes himself.)

13              MR. PEARCE:  All right.  Can we mark this

14    Exhibit 1011.

11:55 15              (Deposition Exhibit 1011 was marked for

16              identification and is attached hereto.)

17    BY MR. PEARCE:

18         Q    Does this wallet look identical, Mia?

19         A    Yes.  As far as I can tell, yes.

11:55 20         Q    Does this look -- does this website look

21    familiar, Amazon again, carbon fiber wallet?

22         A    Yes.

23              MR. PEARCE:  I'd like to mark this as

24    Exhibit 1012.

11:55 25         Q    Does this wallet look identical, Mia?
```

104

MIA KAMINSKI

BARKLEY
Court Reporters

```
 1      A    Didn't you just ask me about this one?

 2      Q    No, I didn't.  This actually --

 3      A    This one is a different one?

 4      Q    I'll bring the other one up if you'd like.

11:55  5      A    I thought it said "LOOKISS."

 6      Q    This one says "LOOKIS."  No.  This one is --

 7 oh, I apologize.  You are right.  This is the same one.

 8 I don't mean to confuse you, but it is identical.  Nice

 9 spot there.

11:56 10          MR. PEARCE:  How about this one.  Let's mark

11 this instead Exhibit 1012.

12          (Deposition Exhibit 1012 was marked for

13          identification and is attached hereto)

14          THE WITNESS:  Did you ask me a question?

11:56 15 BY MR. PEARCE:

16      Q    Is this identical to you, the Storus Smart

17 Money Clip II?

18      A    Yeah, except for just, like, what Ridge did,

19 just stamped their name on the money clip.

11:56 20      Q    You are referring, yeah, to the little logo on

21 the left here?

22      A    Except for their brand and they put their own

23 brand name on and took ownership of our product.

24      Q    Is this one identical to the Storus Smart

11:56 25 Money Clip II?
```

MIA KAMINSKI

BARKLEY
Court Reporters

1      A    Except for the carbon fiber.

2           MR. PEARCE:  Okay.  Let's mark this -- sorry.

3      I'd like to mark this Exhibit 1013.

4           (Deposition Exhibit 1013 was marked for

11:56  5           identification and is attached hereto.)

6      BY MR. PEARCE:

7      Q    So this one is green as opposed to carbon

8      fiber, Mia, you were saying?

9      A    Yeah.  It has the -- it's an aluminum finish

11:57  10     instead of carbon fiber, I believe.  If I'm looking at

11     the picture, it could be plastic.  I don't know.  Maybe

12     it is carbon fiber -- I don't know -- with a plate over

13     it.  I don't know.  I would have to see the product in

14     person to tell you what it was made out of.

11:57  15     Q    What about this one marked Exhibit 1013 --

16     -14?

17     A    I don't know on that one because it has some

18     cash-strap thing on it.  So I don't know if that goes

19     on the other side.  The front -- this front side on the

11:57  20     left, I would say it looks like a copy of it.  You have

21     to get me the product in my hands.

22          (Deposition Exhibit 1014 was marked for

23          identification and is attached hereto.) 1

24     BY MR. PEARCE:

11:57  25     Q    Does it look like this is for sale now, like,

106

BARKLEY
Court Reporters

1    one could purchase this product?

2         A    I have no idea.

3         Q    What happens when you click "Buy Now" when you

4    are on Amazon?

11:57  5    A    Well, I don't know when you ran this.  I don't

6    know if they are up there.  I don't know.

7         Q    Okay.  Well, whenever I created this, did it

8    look like it was for sale?

9         A    I guess.  Why would you list on Amazon if you

11:58 10   didn't want to put it up for sale?

11        Q    How identical is this one, Mia?

12        A    I don't think that one -- that one doesn't

13   have the oval push hole.  So they look like they copied

14   our money-clip shape.

11:59 15             MR. PEARCE:  We'll mark this as

16   Exhibit 1015 -- 1015.

17             (Deposition Exhibit 1015 was marked for

18             identification and is attached hereto.)

19             MR. PEARCE:  Mark this Exhibit 1016.

11:59 20             (Deposition Exhibit 1016 was marked for

21             identification and is attached hereto.)

22   BY MR. PEARCE:

23        Q    Is this one identical, Mia?

24        A    It looks like it, yes.

11:59 25        Q    There are some extra things here, which are a

                                107

BARKLEY
Court Reporters

1    bit odd; but, otherwise, it looks identical?

2        A    Yes.

3             MR. PEARCE:  Mark this Exhibit 1017.

4             (Deposition Exhibit 1017 was marked for

11:59  5          identification and is attached hereto.)

6    BY MR. PEARCE:

7        Q    Would you call this one identical, Mia?

8        A    There are parts that are -- "identical" means

9    exactly the same; so I would say no.

11:59  10       Q    Okay.  What part is -- what part is --

11       A    There's a cash strap.

12       Q    What is the cash strap, and how does that

13   differ from your product?

14       A    I don't know what the cash strap is.  I

12:00  15   frankly think it's a dumb idea.  And who would want a

16   cash strap.  Your money can fall out.  So they are

17   probably trying to get around our patent by doing that.

18             MR. PEARCE:  Mark this as Exhibit 1016.

19             MR. TAMSUT:  1018 if this is a new one.

12:00  20             MR. PEARCE:  I apologize.  1018.

21             (Deposition Exhibit 1018 was marked for

22             identification and is attached hereto.)

23             THE WITNESS:  Are you going to take me through

24   the entire Amazon catalog today?

12:00  25             MR. PEARCE:  I'm going to be taking you

BARKLEY
Court Reporters

1   through a good number of them, Mia.  Yes.

2          THE WITNESS:  Oh, okay.  Oh, wow, this is

3   going to be fun.

4          MR. PEARCE:  I apologize.

12:00  5          THE WITNESS:  I look forward to it.  Take your

6   time.  Go ahead.  We can get online too if you'd like.

7   BY MR. PEARCE:

8     Q   Is this one identical to your product other

9   than the fact that it includes the --

12:00 10     A   It does look identical, yes, except for --

11   except for the brand name.  I should probably state

12   that on the record that all of them looked identical by

13   looking at a photo except for the brand name.

14     Q   How about this one marked Exhibit 1019?

12:01 15     A   All the parts look identical except for the

16   cash strap, which they did to get around our patent.

17   They added that.

18          (Deposition Exhibit 1019 was marked for

19          identification and is attached hereto.)

12:01 20   BY MR. PEARCE:

21     Q   So would you say this infringes your trade

22   dress, in your understanding, or no?

23     A   I am not a lawyer; so I can't answer that

24   question.

12:01 25          MR. OSBORN:  Objection.  Legal conclusion.

109

MIA KAMINSKI

BARKLEY
Court Reporters

1        MR. PEARCE:  1020.  Mark this Exhibit 1020.

2        (Deposition Exhibit 1020 was marked for

3        identification and is attached hereto.)

4        THE WITNESS:  Can you get me some water,

12:02  5   please.

6   BY MR. PEARCE:

7       Q    Would you say this product is identical to

8   your product, Mia, as best you can tell?

9       A    It looks identical the best I can tell except

12:02 10  for, again, the logo that they printed on there -- on

11  there.

12      Q    And, again, some strange additions, it looks

13  like?

14      A    Yeah.  Maybe you should call the Shaws [ph]

12:02 15  people too.

16      Q    Yes.

17      A    It's funny.

18      Q    Yeah, that one is kind of interesting too.  I

19  agree with you.

12:02 20        MR. PEARCE:  Mark this Exhibit 1012 [sic].

21        (Deposition Exhibit 1021 was marked for

22        identification and is attached hereto.)

23  BY MR. PEARCE:

24      Q    Does this look identical other than it is

12:02 25  upside down, Mia?

110

BARKLEY
Court Reporters

1    A    It looks like it to me, but I can't -- yeah,

2  probably, except for the "AD" on it.

3         MR. PEARCE:  Right.  To your understanding,

4  obviously.  I'm showing you a web page, I know.

12:02  5         Mark this Exhibit 1022.

6         (Deposition Exhibit 1022 was marked for

7         identification and is attached hereto.)

8  BY MR. PEARCE:

9    Q    How about this one, Mia?

12:03  10        Does it look identical to your product?

11   A    It looks close, yes, except for they did this

12  curvy imprint on the carbon fiber.  I don't know what

13  that is.

14   Q    Yeah.  I see that as well.

12:03  15        MR. PEARCE:  We looked at this one in the big

16  list.  It's got the blue carbon fiber, Exhibit 1023.

17        (Deposition Exhibit 1023 was marked for

18        identification and is attached hereto.)

19  BY MR. PEARCE:

12:03  20   Q    Does this one look identical other than the

21  blue carbon fiber?

22   A    Other than the blue color, it look's -- yeah,

23  it looks like it's identical.

24        MR. PEARCE:  Exhibit 1024.

12:03  25  ///

111

MIA KAMINSKI

BARKLEY
Court Reporters

1           (Deposition Exhibit 1024 was marked for

2           identification is attached hereto.)

3    BY MR. PEARCE:

4        Q    This one, the carbon fiber looks a little

12:04  5  different to me; but, otherwise, is it identical to

6    you?

7        A    The carbon fiber photographs differently

8    depending on the light.  So it looks like regular

9    carbon fiber to me.  Yeah, it looks like they tried to

12:04 10 get around maybe our trade dress by changing that hole

11   slightly and making it pointy, which it looks like it

12   will probably rip your jeans open in your pocket.

13       Q    It may be the picture cut off also.

14       A    I don't know.

12:04 15      Q    It does look strange.  You are correct.

16           MR. PEARCE:  I'm not going to do that one.  I

17   can't see the back for that one.

18           Mark this Exhibit 1025.

19           (Deposition Exhibit 1025 was marked for

12:04 20          identification and is attached hereto.)

21   BY MR. PEARCE:

22       Q    As much as you can tell, Mia, does this look

23   identical to your wallet?

24       A    Yeah.  It's cut off; but, yes, it does from

12:05 25 what I can see.

112

BARKLEY
Court Reporters

1          MR. PEARCE:  Just two more, and then we can go

2     to lunch, Mia.

3          THE WITNESS:  Yeah.  I'm starving.

4          MR. PEARCE:  Exhibit 1026 I'd like this

12:05  5   marked, please.

6          (Deposition Exhibit 1026 was marked for

7          identification and is attached hereto.)

8     BY MR. PEARCE:

9     Q    Does this one look identical to your wallet?

12:05 10   A    I mean, you keep using the word "identical."

11    They are not identical because they are using different

12    trademarks and trade names -- or names.  So all but

13    that, I would say yes.

14    Q    Okay.  So this one uses tie ropes, for

12:05 15   example, or something.

16    A    Yes.

17    Q    Anything other than that?

18         It looks identical?

19    A    It looks -- I don't have the product in my

12:05 20   hands; but from here, it looks like it, yes.  It would

21    be confusing to a consumer.

22    Q    Right.

23         MR. PEARCE:  I'm not doing that one either.

24    Another printout from Amazon.  This one is for brand

12:06 25   REGC.  Please mark Exhibit 1027.

113

BARKLEY
Court Reporters

```
 1                    (Deposition Exhibit 1027 was marked for
 2                    identification and is attached hereto.)
 3       BY MR. PEARCE:
 4           Q    Other than the logo again or "REGC" on the
12:06  5   money clip, does this look identical to your product,
 6       Mia?
 7           A    Yes.
 8                    MR. PEARCE:  I think -- let's go off the
 9       record.  I think we are done for lunch here.
12:06 10                 THE WITNESS:  What time do you guys want to
11       resume?
12                    THE VIDEOGRAPHER:  We are going off the
13       record.  The time is 12:06 p.m.
14                    (Lunch recess.)
13:23 15                 (Mr. Lobbin is not present.)
16                    THE VIDEOGRAPHER:  We are going back on the
17       record.  The time is 1:37 p.m.
18       BY MR. PEARCE:
19           Q    Mia, I've have been calling you "Mia" this
13:38 20     afternoon.  Would you rather me call you Ms. Kaminski,
21       or is Mia okay?
22           A    You can call me anything you want as long as
23       it's not derogatory.
24           Q    Excellent.  I appreciate that.  When we
13:38 25     were -- just before we were leaving, we were, sort of,
```

114

MIA KAMINSKI

BARKLEY
Court Reporters

1       Before completion of the deposition, review of

2  the transcript [xx] was [ ] was not requested.  If

3  requested, any changes made by the deponent (and

4  provided to the reporter) during the period allowed,

5  are appended hereto. (Fed. R. Civ. P. 30(e)).

6

7

8  Dated: November 18, 2020

9

10                                    _Joanna B. Broan_

11        _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

220

BARKLEY
Court Reporters