# Exhibit E

**Storus Corporation**

12919 Alcosta Blvd.
Suite 1
San Ramon, CA 94583

# Invoice

| Date | Invoice # |
|---|---|
| 3/23/2011 | 92137 |

| Bill To |
|---|
| Rolling Hills Golf Shop<br>1749 Art Hagan Dr.<br>Longwood, FL 32750 |

| P.O. No. | Terms | Project |
|---|---|---|
| Email-0316 | credit card | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Smart Money Clip II - carbon fiber wallet (with engraving, in black box, no window) | 150 | 13.27 | 1,990.50 |
| Shipping & handling | | 32.18 | 32.18 |

**Total** $2,022.68

MOSAIC000017

**Storus Corporation**

12919 Alcosta Blvd.
Suite 1
San Ramon, CA 94583

# Invoice

| Date | Invoice # |
|---|---|
| 4/18/2011 | 92321 |

**Bill To**

Parkland
295 E. Deadfall Rd.
Greenwood, SC 29649

| P.O. No. | Terms | Project |
|---|---|---|
| 041211-GM | credit card | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Smart Money Clip II - carbon fiber wallet, in gift box | 24 | 15.00 | 360.00 |
| Shipping & handling | | 17.81 | 17.81 |

**Total** $377.81

MOSAIC000018

**Storus Corporation**

12919 Alcosta Blvd.
Suite 1
San Ramon, CA 94583

# Invoice

| Date | Invoice # |
|---|---|
| 5/2/2011 | 92518 |

| Bill To |
|---|
| Wolf Creek Golf<br>207 Wolf Creek Dr.<br>Americus, GA 31709 |

| P.O. No. | Terms | Project |
|---|---|---|
| None-GTou | credit card | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Smart Money Clip II - carbon fiber wallet - engraving included and black gift box | 192 | 13.27 | 2,547.84 |
| Shipping & handling | | 38.63 | 38.63 |

| | Total | $2,586.47 |
|---|---|---|

MOSAIC000019

# Storus Corporation

12919 Alcosta Blvd.
Suite 1
San Ramon, CA 94583

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2011 | 92734 |

**Bill To**

Sunset Golf Club-Pro Shop
2727 Johnson St,
Hollywood, Florida, 33020

| P.O. No. | Terms | Project |
|---|---|---|
| Verbal-Bill | credit card | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Smart Money Clip II - carbon fiber wallet (in 1 piece black gift box) | 12 | 15.00 | 180.00 |
| Shipping & handling | | 12.97 | 12.97 |

Thank you for your business. Please visit us at the next Golf Show

**Total** $192.97

MOSAIC000020