# Exhibit H



**New Arrivals**
☐ Last 30 days
☐ Last 90 days

**International Shipping**
☐ International Shipping Eligible

**Amazon Global Store**
☐ Amazon Global Store

**Seller**
☐ Amazon Warehouse
☐ FIDELO
☐ Amazon.com
☐ Travelambo & Gostnoo
☐ Car Beyond Store
☐ BULLIANT
☐ Kinzd Offical
☐ Access Denied
☐ East_Spring
☐ iPick Image
See more



**Phinus**

Wallets for Men, Money Clip & RFID
Blocking Wallet, Minimalist Carbon...
★★★★☆ ~ 1,315
$14⁹⁹
Get it as soon as **Tomorrow, Oct 20**
FREE Shipping on your first order shipped
by Amazon



**Ginzoff**

Carbon Fiber Wallet, Money Clip
Wallet,Minimalist RFID Blocking...
★★★★☆ ~ 319
$13⁹⁵ $44.95
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped
by Amazon





**Awalis**

Rfid Wallets for Men Money Clip
Carbon Fiber Wallet Card Holder Sli...
★★★★☆ ~ 12
$19⁹⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped
by Amazon





**The Ridge**

Wallet Authentic | Minimalist Metal
RFID Blocking Wallet with Cash Stra...
★★★★☆ ~ 4,043
$75⁰⁰
✓prime Get it as soon as **Tomorrow, Oct
20**
FREE Shipping by Amazon

★★★★☆ ~ 1,121
$32⁹⁹ $48.99
✓prime Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon

---

**Widely Quality**

Carbon Fiber Wallet Money Clip -
RFID Blocking - Complete Gift Set...
★★★★☆ ~ 717



**MURADIN**

Dapper Leather Bifold Wallet –
Genuine Tactical Wallet – Minimalis...
★★★★☆ ~ 926



**PALASAM**

RFID Blocking - Carbon Fiber
Minimalist Wallet for Men - Credit...
★★★★☆ ~ 116

**Widely Quality**

Carbon Fiber Wallet Money Clip by
WidelyQuality RFID Minimalist Slim...
★★★★☆ ~ 183



**Rizot**
Carbon Fiber Wallet - Minimalist RFID Blocking Slim Wallet - Front Pocket...
★★★★☆ ~ 597

**Denfany**
RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Me...
★★★★★ ~ 21

**Access Denied**
Trifold Wallets For Men RFID - Genuine Leather Slim Mens Wallet...
★★★★☆ ~ 1,732

**Crosfen**
Minimalist Carbon Fiber Wallet, Slim Wallet & RFID Blocking Front Pocke...
★★★★★ ~ 4

**Clifton Heritage**
Slim RFID Wallets for Men - Genuine Leather Front Pocket Bifold Wallet
★★★★★ ~ 4,269
$14⁹⁹
Save 10% with coupon (some sizes/colors)
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Tomorrow, Oct 20**

**NV**
Carbon Fiber Wallet, Money Clip Wallet, Minimalist RFID Blocking...
★★★★☆ ~ 82
$12⁹⁵
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Thu, Oct 22**

**SAVAGE SPARTAN**
Tactical Wallet | Slim Minimalist RFID Blocking Aluminum Metal Credit Ca...
★★★★★ ~ 328
$29⁹⁵
✓prime Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon

**Travelambo**
Front Pocket Minimalist Leather Slim Wallet RFID Blocking Medium Size
★★★★☆ ~ 3,656
$9⁹⁹
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Tomorrow, Oct 20**

$35⁹⁹
Save 20% with coupon
✓prime Get it as soon as **Thu, Oct 20**
FREE Shipping by Amazon

$27⁹⁹
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon

$9⁶⁰
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon

$24⁹⁹
Save 20% with coupon (some sizes/colors)
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Tomorrow, Oct 20**



$11.99
Get it as soon as Tomorrow, Oct 20
FREE Shipping on your first order shipped by Amazon

$12.99 $15.99
Save 5% with coupon
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped by Amazon
Only 11 left in stock - order soon.

$29.95
✓prime Get it as soon as Tomorrow, Oct
FREE Shipping by Amazon

**Office Product**
$14.45
Get it as soon as Tomorrow, Oct 20
FREE Shipping on your first order shipped by Amazon

**Access Denied**
Slim Leather Bifold Wallets For Men - Minimalist Mens Wallet RFID Blocki...
★★★★☆ ~ 1,179
✓prime Get it as soon as Tomorrow, Oct
$29.95 $99.99
20
FREE Shipping by Amazon

**ROSSM**
Carbon Fiber Minimalist Wallet for Men - RFID Blocking Wallets for Men Credit...
★★★★☆ ~ 383
✓prime Get it as soon as Tomorrow, Oct
$25.99
20
FREE Shipping by Amazon

**SWZA**
Carbon Fiber Minimalist Wallet for Men - RFID Blocking Credit Card...
★★★★☆ ~ 1,500
$13.97 $15.99
Get it as soon as Tomorrow, Oct 20
FREE Shipping on your first order shipped by Amazon

**Vemingo**
Minimalist Slim Wallets for Men Genuine Leather Bifold Wallet with...
★★★★☆ ~ 131
$13.99 $26.99
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped by Amazon

**P-L**
Carbon Fiber Minimalist Wallet for Men - RFID Money Clip Wallets for...
★★★★☆ ~ 96
$20.99



**FIOZOR**
Carbon Fiber Wallet for Men - Minimalist RFID Metal Wallet for Me...
★★★★☆ ~ 159
$17.98



**Travelambo**
Genuine Leather RFID Blocking Wallets Mens Men Bifold Classic...
★★★★★ ~ 496
$17.99



**The Ridge**
Slim Minimalist Front Pocket RFID Blocking Metal Wallets for Men wit...
★★★★☆ ~ 4,523
$75.00



**XCarbon**
Carbon Fiber Wallets for Men Minimalist Aluminum RFID Blocking...
★★★★☆ ~ 78
$14⁹⁹
Get it as soon as Thu, Oct 22
FREE Shipping on your first order shipped by Amazon

**Dorrado**
Minimalist Carbon Fiber RFID Blocking Front Pocket Wallet | Mon...
★★★★☆ ~ 481
$13⁹⁵
Get it as soon as Tomorrow, Oct 20
✓prime Get it as soon as Wed, Oct 21 FREE Shipping by Amazon

**Stealth Mode**
Carbon Fiber Trifold RFID Wallet for Men With Flip Out ID Holder (Carbo...
★★★★☆ ~ 1,121
$32²⁹ $48.99
✓prime Get it as soon as Fri, Oct 23 FREE Shipping by Amazon

**Clifton Heritage**
Leather Wallets for Men with RFID Blocking - Bifold Stylish Slim Wallet...
★★★★☆ ~ 1,052
$14⁹⁹
Get it as soon as Tomorrow, Oct 20

---

**ARW**
Carbon Fiber Wallet, ARW Metal Money Clip Wallet, RFID Blocking...
★★★★★ ~ 1,621
$14⁹⁶
Save 40% with coupon
FREE Shipping on your first order shipped by Amazon

**MouZie**
Carbon Fiber Money Clip + Cash Strap Band Slim Aluminum RFID Blocking...
★★★★☆ ~ 559
$39⁹⁹
✓prime Get it as soon as Wed, Oct 21 FREE Shipping by Amazon

**ROSSM**
Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit...
★★★★☆ ~ 807
$19⁹⁹
Save 10% with coupon (some sizes/colors)
Get it as soon as Tomorrow, Oct 20 FREE Shipping on your first order shipped by Amazon

**Abosi**
Carbon Fiber Wallets for Men - Minimalist Aluminum RFID Wallet f...
★★★★☆ ~ 96
$13⁹⁸ $15.98
Save 5% with coupon
Get it as soon as Tomorrow, Oct 20 FREE Shipping on your first order shipped by Amazon

---

Get it as soon as Thu, Oct 22
FREE Shipping on your first order shipped by Amazon

Get it as soon as Fri, Oct 23
FREE Shipping on your first order shipped by Amazon

Get it as soon as Tomorrow, Oct 20
FREE Shipping on your first order shipped by Amazon

✓prime Get it as soon as Wed, Oct 21 FREE Shipping by Amazon

**Toughergun**
Genuine Leather Magnetic Front Pocket Money Clip Wallet RFID...
★★★★☆ 7,659
$9.99
Get it as soon as Tomorrow, Oct 20
FREE Shipping on your first order shipped



**Fidelo**
Minimalist Wallet for Men - Slim Credit Card Holder RFID Mens Walle...
★★★★★ 457
Save $5.00 with coupon (some sizes/colors)
$44.90
✓prime Get it as soon as Wed, Oct 21
FREE Shipping by Amazon




FREE Shipping on your first order shipped by Amazon

**WXM**
Money Clip Wallet: Mens Wallets slim Front Pocket RFID Blocking Card...
Save 20% with coupon (some sizes/colors)
$27.99
✓prime Get it as soon as Wed, Oct 21

**Fidelo**
Carbon Fiber Minimalist Wallet – Slim RFID Credit Card Holder Money Clip..
★★★★★ 1,631
Save $2.00 with coupon (some sizes/colors)
$24.90
Get it as soon as Tomorrow, Oct 20
FREE Shipping on your first order shipped by Amazon

FREE Shipping on your first order shipped by Amazon

**RUNBOX**
Minimalist Slim Wallet for Men with Money Clip RFID Blocking Front...
★★★★☆ 3,324
Limited time deal
$25.50 $38.99
Save 5% with coupon (some sizes/colors)

**TRAVANDO**
Money Clip Wallet "RIO" - Mens Wallets slim front Pocket RFID...
★★★★☆ 13,363
Save 5% with coupon (some sizes/colors)
$29.95 $44.95
✓prime Get it as soon as Tomorrow, Oct 20
FREE Shipping by Amazon





FREE Shipping by Amazon

**Travelambo**
Genuine Leather RFID Blocking Wallets Mens Wallet Bifold Left ID
★★★★☆ 2,515
$12.99
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped



**LOOKISS**
Aluminum Wallets for Men, LOOKISS RFID Minimalist Wallet for Men,...
★★★★☆ 548
Save 5% with coupon (some sizes/colors)
$15.39
FREE Shipping on your first order shipped by Amazon

FREE Shipping on your first order shipped by Amazon



**Sponsored products related to this search** What's this? ˅

2 ID Window RFID Blocking Wallet for Men, Bifold Wallet, Sleek and Stylish Gift for Men.... ★★★★✩ 395

Stealth Mode Leather Bifold Wallet for Men With ID Window and RFID Blocking ★★★★✩ 536 $17.99

Green Breeze Imports Natural Abaca Fiber Large Wallet ★★★★✩ 103 $11.90

Mens RFID Blocking Bifold Wallet Soft Genuine Leather Brown Western ★★★★✩ 3,368

Aluminum Wallets for Men, LOOKISS RFID Minimalist Wallet for Men, Money Clip... ★★★★✩ 23

Qkervo Minimalist Carbon Fiber Wallet, Money Clip for Men, Rfid Blocking Front Pocket... ★★★★✩ 11

Custom Wallet,Personalized Photo Name Wallet Bi- fold Engraved Wallet for Men Husband

Card Bkcr Credit Card Wallet RFID Blocking Slim Minimalist Card Holder Leather Carbon... ★★★★✩ 812

Need help?
Visit the help section or contact us

Splex
Slim Wallet Front Pocket Minimalist Genuine Leather RFID Blocking Card.. ★★★★✩ 814
$10.99
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Tomorrow, Oct 20**

DUXTIO
Slim Minimalist Wallet for Men/Credit Card Holder for Men wit... ★★★★✩ 786
$29.95
Save 10% with coupon
✓prime Get it as soon as **Tomorrow, Oct** 20
FREE Shipping by Amazon

EGNT
Carbon Mens Leather Wallet with ID Window Slim RFID Bifold Travel ★★★★✩ 796
$24.99
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Thu, Oct 22**

SWZA
Carbon Fiber Minimalist Wallet for Men - RFID Blocking Credit Card... ★★★★✩ 185
$14.98 $19.99
25% off
Lowest price in 30 days
FREE Shipping on your first order shipped by Amazon
Get it as soon as **Thu, Oct 22**

by Amazon

FREE Shipping by Amazon

✓prime Get it as soon as **Tomorrow, Oct** 20
FREE Shipping by Amazon

by Amazon

← Previous   1   2   3   …   17   Next →

Page 1 of 3



Start a Selling Account

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Business
Everything For Your Business

Careers

Blog

About

Press Center

Investor Relations

Amazon Devices

Amazon Tours

Sell products on Amazon

Sell on Amazon Business

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

Sell your original Digital Educational Resources

Fun stories for kids on the go

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime



EXHIBIT 1010



Features
SECRID
Leather
RFID
Cartier
TRU VIRTU
Porsche Design

Condition
New items
Used items

Shipping
Free shipping

Discover
More products from smaller stores

Seller
Nordstrom
Etsy
eBay
Original GOAT
Wish
MORE

Fantom Slim Wallet - Regular, Fantom 10 (6-10 ...
More style options |
$69.00
Fantom Wallet

Credit Card Holder Carbon Fiber Minimalist ...
$39.00
Royalche store

Aviator Wallet | Titan One

Real Flexible Carbon Fiber Bi-Fold Wallet
★★★★★ (241)
$59.99
Simply Carbon Fiber

Slim Wallet + Carbon Fiber Money Clip |rfid...
$49.95
Kore Essentials

Tekdeals Men RFID

RFID Blocking Wallet Metal Men Wallet Carbon ...
$3.14
Wish

NewBring--Amazingly Intuitive Wallett--Carbon...
$15.00
Wish

Real Carbon Fiber Men's

The Original Carbon Fiber Wallet
★★★★★ (116)
Compare prices from 3 stores
$64.95
Carbon Fiber Gear

Real Carbon Fiber Minimalist Wallet | Pur Carbon
$59.00
Pur Carbon

The Ultrathin RFID Carbon



Real Flexible Carbon Fiber Card Holder
★★★★★ (36)
$54.99

Real Carbon Fiber Pop Up Slim Wallet
$99.99
Simply Carbon Fiber

Rugged | Titanium ...
★★★★★ (1)
$352.47 (€299.00)
Aviator Wallet

Carbon Fiber Wallet Bi-Fold Black
$48.95

CarBeyondStore Real Premium Black Carbon Fiber ...
$31.99
Etsy - carbeyond

Blocking Slim Money Clip ...
★★★★★ (25)
$14.95
Walmart - Dazzle Games LLC

Carbon Fiber RFID Wallet for Men | Credit Card ...
★★★★★ (115)
$47.00

Insten Small RFID Blocking ID Credit Card ...
★★★★★ (2)
Compare prices from 5+ stores
$16.99
Target

Bifold Wallet - Thin ...
$24.95
eBay - urtax42

RFID Blocking Metal Wallet Carbon Fiber Pocket. ...
$2.00

Men's The Ridge Carbon Fiber Money Clip Card ...
★★★★★ (21,118)
Compare prices from 5+ stores
$125.00
Nordstrom

Fiber Money Clip Wallet
$79.95
Hammacher Schlemmer



Carbon Fiber Gear
$69.00
★★★★★ (3)
Common fibers SLM Carbon Fiber Minimalist Wallet

Aviator Wallet
$70.61 (€59.90)
★★★★☆ (34)
More style options
Aviator Wallet | Gunmetal | Aluminum Credit …

Simply Carbon Fiber

Wish
$12.00
Amazingly Intuitive Wallett--Carbon Fiber …

Emxotek
$45.00
Genuine Carbon Fiber Wallet

Speedgear.com

Fantom Wallet
$69.00
Fantom - Carbon Fiber

Garmin Shop
$45.00
More style options
Carbon Fiber Minimalist Wallet

RISE Traveler

Wish
$13.00
Amazingly Intuitive Wallett--Carbon Fiber …

Carbon Fiber Gear
$85.00
★★★★☆ (18)
…
Common fibers RFID Blocking Max Carbon Fiber

Wish



Slim Carbon Fiber Credit Card Holder Rfid Non ...
eBay - lucky2046
$8.08

Carbon Fiber Minimalist Wallet for Men Black
More style options
The Lavish Minimalist
$18.99

Common fibers Tri Tri-Fold Carbon Fiber Wallet
★★★★★ (3)
Carbon Fiber Gear
$99.00
5% OFF

Carbon Fiber Minimalist RFID Blocking Wallet ...
More style options
Dgitrends
$24.95

WalletPro Carbon Fiber RFID Wallet and Credit...
More style options
Infinite Locker
$49.95

The Carbon Fiber Wallet
Wish
$14.00

Skeleton Goat Wallet - X-Caliber - Blue ...
Original GOAT
$85.00

Slim Carbon Fiber Credit Card Holder Rfid ...
★★★★★ (1)
Compare prices from 2 stores
eBay - ilinkme
$6.60



Penworld

$126.95

★★★★★ (51)

Compare prices from 2 stores

More style options

Ögon Stockholm V2 Carbon
Card Case

Simply Carbon Fiber

$59.99

★★★★★ (91)

Real Flexible Carbon Fiber
Tri-Fold Wallet

Wallets-Online

$49.00

Elephant Minimalist Carbon
Fiber Wallet Carbon ...

10% OFF

The New York Galore

$69.99

Real Carbon Fiber Magnetic
Card Holder Wallet ....

Simply Carbon Fiber

$69.99

★★★★★ (58)

Alcantara & Real Carbon
Fiber Bi-Fold Wallet ....

Forever Gifts

$29.95

★★★★★ (17)

Slim RFID Blocking Carbon
Fiber Travel Wallet ....

Pur Carbon

$59.00

Forged Carbon Fiber Wallet |
Pur Carbon

eBay - utrax42

$34.95

Real Carbon Fiber &
Genuine Leather Bifold ...



Slim Carbon Fiber RFID Wallet for Men Black

Wild Willies Accessories - Aluminum & Carbon ...
$29.95
Wild Willies

Ultra Thin Wallet, Carbon Fiber
$32.00
streetstylemen

Elephant Minimalist Carbon Fiber Wallet Carbon ...

Carbon Fiber RFID Blocking Wallet Black
$36.99
BigLittleSpace

Minimalist Carbon Fiber RFID Men Slim Wallet
$25.00
Royalche store

EDC Wallet RFID Wallet Smart Front Pocket ...

Slim Flexible Carbon Fiber Wallet - White ...
$29.00
eBay

Real Forged Carbon Fiber RFID Wallet. ...
$59.00
Pur Carbon

RFID Blocking Slim Money Clip Carbon Fiber Men ...

Men's Carbon Fiber Credit Card Holder Rfid ...
$7.30
eBay - clother_trade

Man & Center Accessories | Men's Carbon Fiber ...
$35.00
Poshmark



Filter by Brand

Men

Unisex

Filter by Department

ShopAve Carbon Fiber Wallet | RFID Blocking …
★★★★★ (1)
$14.95
Walmart - Boz Supply LLC

Ultra-Slim Carbon Fiber Credit Card Holder
$19.99
Modern Beyond

Mini Waterproof Carbon Fiber Metal Rfid Anti …
Compare prices from 2 stores
More style options
$32.17
eBay - sadega88_store

New Men's Carbon Fiber Wallet RFID Blocking …
$9.08
Wish

$23.99
The Lavish Minimalist

$49.00
Wallets-Online

$39.95
zellix.com

$6.82
Wish



Ad · www.ridgewallet.com/ ▾

The Ridge Wallet: Slim, RFID-blocking Metal Wallets

Minimalist, RFID-blocking Front Pocket **Wallets**. The Ridge® Comes with a Lifetime
Guarantee. Choose from 3 Materials and 10+ Color Options. Find the **Wallet** That's Perfect for
You. Holds 1-12 Cards. Types: Aluminum, Titanium, **Carbon Fiber**.

★★★★★ Rating for ridgewallet.com: 4.7 - 2,468 reviews

Free Shipping & Returns · Guaranteed for Life · Lifetime Warranty

Ad · www.touchcarbon.com/ ▾

The TOUCHCARBON Wallet - Slim, Durable Wallets

A Minimalist, RFID-blocking Front Pocket **Carbon Fiber Wallet**. Fast Shipping & Lifetime
Warranty.

Contact Us · Products Touch Carbon · Shipping Info · FAQ Touch Carbon

F&H Money Clip
Slim Wallet in Top
Grain Leather ...
$34.90
★★★★★
Forrest & Harold
(6,416)

The Ridge RFID
Wallet | Forged
Carbon | Cash...
$125.00
★★★★★ (21,118)
The Ridge Wallet
Free shipping

The Ridge RFID
Wallet | Aluminum -
Black | Money Clip
$75.00
★★★★★ (15,955)
The Ridge Wallet
Free shipping

Manhattan card
holder
$345.00
Hermès
Free shipping

Skeleton GOAT - X-
Caliber - Copper
Illuminations ...
$85.00
Original GOAT

The Wo
fiber wallet
$34.95
Kraken We

See carbon fiber wallet

Bellroy

George

COACH

Cartier

TRU VIRTU

Porsche Design

SECRID

Sponsored ⓘ

**Ad** · store.fantomwallet.com/wallets/carbon_fiber ▾

Fantom® Carbon Fiber Wallet - Premium Metal Wallets

Customize Your **Carbon Fiber Wallet.** Made With Premium Aluminum & **Carbon Fiber.**
Shop Now! RFID Blocking, Aluminum Finish, Free Shipping, Coin Holder, Razor Thin. Styles:
**Carbon Fiber,** Black Aluminum, Silver Aluminum, Blue Aluminum, Red Aluminum.

Fantom Wallet Details · Thin Aluminum Wallets · Fantom Money Clip · Read Our Reviews

Searches related to carbon fiber wallet

| | |
|---|---|
| carbon fiber wallet **amazon** | carbon fiber wallet **ridge** |
| carbon fiber **tri fold** wallet | carbon fiber wallet **with id window** |
| **simply** carbon fiber wallet | **80eighty** carbon fiber wallet |
| carbon fiber wallet **instagram** | |
| carbon fiber wallet **walmart** | |

Goooooooooogle >

1 2 3 4 5 6 7 8 9 10   Next

Google is compensated by these merchants. Payment is one of several factors used to rank these results. Tax and shipping costs are estimates.



EXHIBIT 1011

**Product Description**

Find answers in product info, Q&As, reviews

Type your question or keyword







LOOKISS minimalist slim wallet can block RFID signals from cards working at 13.56MHz, includes credit card / debit cards, ID cards and driver license.



Made of premium aviation aluminum and 304 stainless steel, high strength metal body ensures long service life. Premium metal texture is not only a kind of touch feeling, but also a kind of sense of vision.



Easily access every card it carries. Just simply push cards with your finger, pinch the bottom of wallet to pop up cards. The clip on the wallet is designed to hold your bills safely.





## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 3.5 x 2.8 x 1 inches; 3.03 Ounces

**Item model number :** WT01

**Department :** Mens

**Date First Available :** August 22, 2017

**ASIN :** B07B8RVXTB

**Amazon Best Sellers Rank:** #19,576 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)

#3 in Men's Business Card Cases

#62 in Men's Wallets

#4349 in Men's Shops

**Customer Reviews:** ★★★★☆ ˇ    548 ratings

## Videos

Videos for related products



Top 10 Codless Smart Wallet for Men

Top 10 Zone

14:59



The 9 Best Metal Wallets

Ervid Wiki

3:41



The 10 Best RFID Blocking Wallets

Ervid Wiki

4:00



The 10 Best Money Clip Wallets

Ervid Wiki

4:08



DUEBEL Slim Front Pocket Leather Wallet, Minimalist Thin Card...

Merchant Video

2:01

Minima Credit (

Dinghat

Upload your video

Page 1 of 2

## Compare with similar items

| | This item Aluminum Wallets for Men, LOOKISS RFID Minimalist Wallet for Men, Money Clip Wallet Metal, Mens Slim Wallet Metal Card Holder | Aluminum Wallets for Men, LOOKISS RFID Minimalist Wallet for Men, Money Clip Wallet Metal, Mens Slim Wallet Metal Card Holder | Aluminum Metal Mens Wallets for Men Blocking Anti Scan Metal Wallet with Band RFID (Gold) | Carbon Fiber Credit Card Holder RFID Blocking Anti Scan Metal Wallet Money Cash Clip |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (548) | ★★★★☆ (826) | ★★★★★ (394) | ★★★★☆ (117) |
| Price | $15³⁹ | $16⁹⁹ | $18⁹⁹ | $18⁶⁵ |
| Shipping | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details |
| Sold By | SLIMPLUS | SLIMPLUS | SLIMPLUS | East_Spring |
| Color | Carbon fiber | Gray | Gold | Carbon Fiber_black 2 |
| Size | Small | Small | Small | One Size |

## Customer questions & answers

Q Have a question? Search for answers

**◀ 0 votes ▶**

**Question:** How durable is the money clip? That or the elastic band?

**Answer:** Money clip is very sturdy even with money in it. It's comparable to a pocket knife's clip. Elastic band I don't have but I suppose won't be as strong to hold money in place especially while inserting And pulling out from pant pocket.

By Albert Lopez on December 31, 2017

˅ See more answers (4)

**◀ 0 votes ▶**

**Question:** How do I buy replacement screws and screwdriver? I'm currently missing 6 screws and can't find my screwdriver.

**Answer:** Act of congress

By Amazon Customer on July 8, 2019

**◀ 0 votes ▶**

**Question:** Is it real carbon fiber?

**Answer:** Yes, it is REAL carbon fiber!

By A seller sELLER on January 3, 2018

**◀ 0 votes ▶**

**Question:** Does the money clip hold money well?

**Answer:** The clip you see in the pictures is very tight. It holds up to 10bills folded in half twice if that makes sense ( just like the pic). Yes it holds it well I'm just not 100% comfortable in carrying 100s and 50s like that in large quantities.

By Francisco Flores on December 27, 2019

˅ See more answers (5)

See more answered questions (8)

## Customer reviews

★★★★☆ 4.6 out of 5

548 global ratings

## Customer images





˅ How are ratings calculated?

| | |
|---|---|
| 5 star | 77% |
| 4 star | 11% |
| 3 star | 7% |
| 2 star | 3% |
| 1 star | 2% |

**By feature**

Stretch ★★★★★ 4.6
Durability ★★★★★ 4.5
Giftable ★★★★½ 4.5

˅ See more

**Review this product**

Share your thoughts with other customers

Write a customer review

**Read reviews that mention**



| front pocket | carbon fiber | fits in my front | ridge wallet | credit cards |
| getting used | easy to use | minimalist wallet | extra screws |
| difficult to get | card holder | light weight | highly recommend |

See all customer images

**Top reviews from the United States**

Top reviews ˅

 K. Bright

★★★★★ **Great wallet and very impressed with the quality**

Reviewed in the United States on June 8, 2018

Color: Carbon Fiber **Verified Purchase**

Great wallet. I've owned two Ridge Wallets. While they are really nice wallets, I always felt they were a little overpriced. The design is durable (it won't fall apart), but it's also susceptible to scratches, scuffs, etc. The last version I bought was the plain black model. The problem is the finish along the edges of the face plate wears off. I was looking for a new one and came upon this model. Got prime shipping so it arrived two days later. Very impressed with it. I believe it is real carbon fiber, and the quality is just as good as Ridge, but at a fraction of the price. Definitely a good buy.

52 people found this helpful

Helpful    Comment    Report abuse



Large Marge

★★★★☆ **wallet makes me happy**

Reviewed in the United States on July 27, 2019

Color: Carbon Fiber **Verified Purchase**

I used to use a 'slim' fold wallet. It worked well and I liked it. But recently I don't really use a wallet, hence this purchase. I have all my cards stored on my phone. I rarely need a physical card. So I bought this. It's pretty to me. I keep it in my car. I do not carry in my pants.

The money clip looks awkward. Not sure I like it. Would seem to poke at you inside pants and for me, would leave 'scratches' on my pants the way a cigarette box does. I wear 'dresser' pants for work, but anything with edges leaves a white 'scratch mark on these pants. The money clip does not look comfortable.

The cards are awkward to access unless it's a card on either end. Good luck getting one in the middle out. It's new to me so, I guess that just takes practice.

The carbon-fiber like material looks nice. Doubt it's real, but I don't know. Black elastic bands hold the wallet together between the side of the wallet. This lets it expand or contract as needed to the proper size.

˅ Read more

14 people found this helpful

Helpful    Comment    Report abuse



**Anthony wade**

⭐⭐⭐⭐ **A very worthy replacement!**

Reviewed in the United States on April 27, 2020

Color: Carbon Fiber | **Verified Purchase**

I bought this to replace my old Hellbent Holsters wallet and I'm so glad I did. I was considering a certain brand of wallet that rhymes with fridge but there is just no freaking way I was going to spend $125 for a wallet. This is a very good recreation of the carbon fiber wallet I wanted from fridge for about a tenth of the price. I'm happy with that! I've been using it as my everyday wallet for 2 weeks now and it's turning out to be everything I hoped it would be. I have it stuffed with 10 cards and it works just fine. I bet that over time the elastic will wear out but for this price I'll just buy another wallet if that happens. If you are looking at this vs a fridge wallet...buy this and spend your remaining 110 bucks on something else cool. Or buy 8 of these.

Helpful | Comment | Report abuse

18 people found this helpful

 

**Reyna**

⭐⭐⭐⭐⭐ **Good**

Reviewed in the United States on April 19, 2020

Color: Carbon Fiber | **Verified Purchase**

I bought this for my fiancé because he looks his first one. I bought him the carbon fiber from RidgeWallet.com which was $100 for his birthday about 3 years ago. He looked that thing till he lost so I got him this one and we are impressed with the quality. If you are going from a regular wallet to this I will say it is smaller and just keep in mind that it is easier to get lost. Overall, he likes it and is impressed with how alike it is from the Ridge Wallets.

Helpful | Comment | Report abuse

18 people found this helpful



**Robert H V**

⭐⭐⭐⭐ **Compact and convenient**

Reviewed in the United States on July 29, 2020

Color: Carbon Fiber | **Verified Purchase**

This wallet is compact and good looking. The clip is useful to clip it onto pants (jeans) pocket. I have 13 cards in it and the elastic holds them in tight. It's a little difficult to open and get a card out, but I'm also stuffing it with more cards than it's supposed to handle, but it handles them well.

This is so much more convenient to use than a regular wallet, plus it protects my cards from being scanned or otherwise compromised. Well worth the price. I'm very happy with it.

Helpful | Comment | Report abuse

14 people found this helpful

**Matt**

⭐⭐⭐⭐☆ **Decent wallet**

Reviewed in the United States on April 11, 2019

Color: Carbon Fiber | **Verified Purchase**

This wallet is fairly simple, two pieces of plastic held together by elastic, but it holds 10 cards securely. It is tricky to get cards out, especially ones which are not on the outsides, so it's not the easiest wallet to use, but it fits nicely in the front pocket. The money clip holds bills securely, though with the size you do need to fold them in thirds. There are more advanced styles of this wallet from other manufacturers, but if you only have a few cards, or if you want to see if this style of wallet is good for you, it's a great buy.

Helpful | Comment | Report abuse

14 people found this helpful



★★★★★ **My husband needed this to hold his ID and a few dollars**
Reviewed in the United States on July 22, 2019
Color: Carbon Fiber | **Verified Purchase**

He needed something light weight and small when taking short trips on his motorcycle or going to the pool. It held everything very well and nothing fell out of it even with I unknowingly tossed it all over the place with stuff in it. Beware though it will deactivate your hotel keys. We always hear this but it's never happened to me before. My husband put the key in there three times and it was deactivated each time. After putting the key in his pocket it stopped happening.

13 people found this helpful

Helpful    Comment    Report abuse

 Johnathan

★★★☆☆  **Pricey but good wallet**
Reviewed in the United States on March 22, 2018
Color: Carbon fiber | **Verified Purchase**

Works good. It was a bit tight when I first got it, but it's loosened up to where it's easier to use. Still stays tight even with fewer cards. It's a little pricey for what I feel it's worth, but that's personal opinion.

15 people found this helpful



Helpful    Comment    Report abuse

See all reviews ›

## Top reviews from other countries

 Mr Michael F Thomas

★★★★★  **Great Product v. happy with my purchase.**
Reviewed in Australia on March 23, 2018
Color: Carbon Fiber | **Verified Purchase**

I've been looking for a compact wallet and this looked like it ticked my boxes. Item arrived in very good time, it was exactly as described and looks very stylish with it's carbon fibre finish.

PRO's What I most like is that it has elastic sides so whether you have one card or 10 cards it will hold them safe, there is no chance of them falling out. Money clip is also very strong so you won't lose your notes easily, it came with some spare hex screws and hex key tool, hopefully will never need these.

CON's No real cons, just a minor hassle is that getting the card you need out quickly is not easy if you have a lot to sort through as the elastic is quite strong and tight. The walls are also quite thick and IMO could be much thinner and still be strong enough.

Report abuse

 Thom

★★★★☆  **good quality and looks luxurious**
Reviewed in Australia on April 4, 2018
Color: Carbon Fiber | **Verified Purchase**

The wallet is slim, good quality, and a bit expensive. But it really worth the money. The exterior of the



## Inspired by your recent shopping trends















Page 1 of 10

See all reviews ›

The wallet is slim, good quality and a bit expensive; but it really worth the money. The exterior of the product is quality aluminum, looks luxurious, functional and practical. After using it for several days, I believed it is an amazing product because I have no issue at this stage. But may change in future who knows.

Report abuse

Alejandro

★★★★☆ **Takes used to opening, but overall a great wallet**

Reviewed in Australia on December 4, 2019

Color: Carbon fiber | **Verified Purchase**

This is much thinner than my old leather wallet and after only a day of owning it I love it. The official Ridge Wallets are $109 AUD and I didn't feel comfortable spending that much on a wallet. For $15 this is great. I am a tad bit concerned about how long the elastic will hold up for, but I'm only carrying a few cards so it should be OK

Report abuse



Lusie

★★★★★ **Good gift for people that dont like wallets**

Reviewed in Australia on March 14, 2018

Color: Carbon fiber | **Verified Purchase**

Bought it for my dad who hates standard wallets, and so far he uses this one. He says it's very convenient and the right size to fit into his pocket. Design is very neutral - which is a good thing

Report abuse

Pablo DiAblo

★★★★★ **Five Stars**

Reviewed in Australia on August 13, 2018

Color: Carbon fiber | **Verified Purchase**

Perfect for me. Sturdy, small & holds 12 cards. Very happy.

Report abuse



## Inspired by your browsing history

Pages with related products. See and discover other items: carbon luggage, Gifts For Car Guys

| | | | | | |
|---|---|---|---|---|---|
| Mouzie Carbon Fiber Money Clip + Cash Strap Band Slim Aluminum RFID Blocking... ★★★★☆ 559 $59.99 | Carbon Fiber Wallet Cash Strap- RFID Blocking Money Clip - RFID Complete Gift Set for Men Including... ★★★★☆ 98 $32.99 | Minimalist Aluminum Wallet, Slim Money Clip Metal Wallet RFID Front Pocket Wallet ★★★★☆ 1,088 $20.99 | CARDSE Aluminum Wallets for Men, Slim Money Clip, RFID Carbon Fiber Wallets with Money Clip... ★★★★☆ 33 $11.99 | Minimalist Carbon Fiber Wallet, Metal Wallet with Money Clip, RFID Blocking Credit Card... ★★★★☆ 257 $15.99 | Carbon Fiber RFID Wallet - Minimalist Credit Card Holder - Slim Rigid Front Pocket With Cash... ★★★★☆ 247 $18.99 |

Page 1 of 6

## Deals in magazine subscriptions

| | | | | | |
|---|---|---|---|---|---|
| Tile Slim (2020) 1-pack - Slim & Sleek Bluetooth Tracker, Item Locator and Finder for Wallets... ★★★★☆ 8,554 $28.52 | Carbon fiber wallet Money Clip Credit Card holder-CL CARBONLIFE Clips for men ★★★★☆ 2,670 $8.88 - $16.00 | Travelambo Carbon Fiber Fibre Slim Wallet, Slim Wallet Minimalist Wallet Slim Wallet Credit... ★★★★☆ 2,148 $8.99 | Minimalist Aluminum with Money Clip AUSTIN Wallet & RFID Blocking Front Pocket... ★★★★☆ 317 $16.99 - $20.99 | TRAVANDO Slim Wallet with Money Clip AUSTIN RFID Blocking Card Mini Bifold Men ★★★★☆ 9,351 $29.95 | Organic Liquid Elderberry - Immune System Support Syrup - Maximum Strength... ★★★★☆ 164 $13.87 | GOVO Badge Holder/Wallet - Durable Polycarbonate ID/Credit Holder with Metal Clip... ★★★★☆ 7,520 $17.99 |

Page 1 of 2

Page 1 of 7

See personalized recommendations

Sign in

New customer? Start here.

### Your Browsing History   View or edit your browsing history ›

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Real Simple Print Magazine ★★★★☆ 28 $5.00 | Bon Appétit Print Magazine ★★★★☆ 11 $5.00 | Car and Driver Print Magazine ★★★★☆ 28 $7.50 | AllRecipes Print Magazine ★★★★☆ 6 $5.00 | Taste of Home Print Magazine ★★★★☆ 49 $5.00 | Popular Mechanics Print Magazine ★★★★☆ 29 $7.50 | Cosmopolitan Print Magazine ★★★★☆ 15 $6.00 | |

amazon

🌐 English

🇺🇸 United States

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Prime Now**
FREE 2-hour Delivery on Everyday Items

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



EXHIBIT 1012

SUAVELL

**Product Description**

**Have a question?**

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $19.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card Apply now

🛒 Add both to Cart





## Product details

Product Dimensions : 3.35 x 2.05 x 0.3 inches, 5.61 Ounces

Item model number : Carbon Fiber Element

Department : Mens

Date First Available : May 29, 2020

ASIN : B0B9ZSX8LR

Amazon Best Sellers Rank: #16,993 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#54 in Men's Wallets
#3766 in Men's Shops

Customer Reviews: ★★★★☆ ˅    382 ratings

## Videos

Videos for this product








Videos for related products














THE PERFECT GIFT



RFID BLOCKING
equipped with advanced RFID SECURE
Technology, to block 13.56 MHz
or higher RFID signals

RFID
SCANNING
BLOCKED

BestReviews
The 5 Best Men's Wallets

MEN'S WALLET 3:52

RFID Blocking Slim Minimalist Carbon Fiber Wallets for Men
Suavell 1:33

Top 10 Coolest Smart Wallet for Men 14:39
Top 10 Zone

Top 10 Best Anti-Theft Smart Wallets for Men 20:05
Top 10 Zone

Top 10 Amazing Smart Wallet Every Men Should Have 12:11
Top 10 Zone

5 Best Top 10:

Upload your video

## Compare with similar items



| | This item: SUAVELL Slim Wallets for Men, Carbon Fiber RFID Mens Wallet w Money Clip, Thin, Minimalist Credit Card Holder | RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men - Carbon Fiber Money Clip Wallet Metal - Mens Carbon Fiber Wallet Slim - Mens Wallet Carbon Fiber Card Holder with Money Clip | Buffway Slim Minimalist Front Pocket RFID Blocking Leather Wallets for Men Women | Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium Minimalist Wallets for Men - Slim Credit Card Holder - Business Card Holder - Mens Wallet - Aluminum Metal Wallet | Slim Minimalist Aluminum Wallet for Men/Credit Card Holder for Men with Cash Strap |
|---|---|---|---|---|---|
| | Add to Cart | #1 Best Seller Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (382) | ★★★★☆ (12,401) | ★★★★☆ (29,361) | ★★★★☆ (1780) | ★★★★☆ (841) |
| **Price** | $19⁹⁹ | $24⁹⁵ | $12⁹⁹ | $15⁹⁵ | $29⁹⁵ |
| **Shipping** | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping, Details |
| **Sold By** | Suavell | SHEVROV SV | Buffway | VIKROM | Duxtio |
| **Color** | Black Element | Black | Black | Black | Black |
| **Size** | Slim | — | One Size | Small | One Size |

## Customer questions & answers

Have a question? Search for answers

0

**Question:** This is great but it needs something like a loop on it so it can be attached to a keychain?

**Answer:** It does not have a loop. But it's a great wallet I love it. Don't think I would want it hanging from a

votes

**Question:**   belt loop with cash and cards there.
By roberto on July 1, 2020

votes   0

**Answer:**   Is the money clip removable? Is there a model without the clip?

**Question:**   It's removable! The wallet comes with a tool to remove the side panel so you can take the clip off.
By Jerod on August 22, 2020

votes   0   ⌄ See more answers (1)

**Answer:**   Can a 'slim' tile fit?

**Question:**   Tile?
By thomas on August 9, 2020

votes   0   ⌄ See more answers (1)

**Answer:**   What is the country of origin?

Merica
By that one guy, on October 3, 2020

See more answered questions (5)

## Customer reviews

★★★★☆ 4.5 out of 5

382 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 15% |
| 3 star | | 6% |
| 2 star | | 3% |
| 1 star | | 3% |

⌄ How are ratings calculated?

### By feature

| Giftable | ★★★★★ | 4.7 |
| Stretch | ★★★★★ | 4.7 |
| Sturdiness | ★★★★☆ | 4.5 |

⌄ See more

### Review this product

Share your thoughts with other customers

Write a customer review

## Customer images

   

See all customer images

### Read reviews that mention

| much better | light weight | extra screws | |
| money clip | wallet that looks | holds all my cards | space in your pocket |
| card | durable | wallets | cash | bills | bulky | wallet for the price |
| | | | | | compact |

Top reviews ⌄

## Top reviews from the United States

Roderick C. Dixon

★★★★★ **Best wallet I've ever owned.**

Reviewed in the United States on August 7, 2020

Color: Premium Element   **Verified Purchase**



Perfect size wallet. It allows me to keep only the essentials and not have a bulky traditional wallet crammed with receipts and other unnecessary items. Best wallet I've ever owned.





10 people found this helpful

Helpful | Comment | Report abuse



Jerod

★★★★☆ **Great alternative to expensive brands**

Reviewed in the United States on July 17, 2020

Color: Premium Element   Verified Purchase

Before we get into the branding/etc, let's just talk about the wallet, right?

Works as advertised! Takes up a lot less space in my pocket and it protects my RFID cards from scanners until I pull them out. That's the biggest reason I bought this kind of wallet.

If you're used to a bifold or trifold wallet, this takes some getting used to. It's not a huge pain and it doesn't take long to figure it out, but digging out cards isn't as easy as it is with other wallets. That said, it's not enough to make me switch back.

There's no thin layer of felt or anything on the inside of the metal plates to protect your cards, so just to be safe, I'm putting cards that don't matter as much in the front or back. I'm over time, the metal could wear on chip cards or magnetic stripes. I can't verify this is the case, so if the vendor wants to step in and clarify, go for it.

˅ Read more

5 people found this helpful

Helpful | Comment | Report abuse



L'uomo

★★★★★ **Great wallet, very sturdy!**

Reviewed in the United States on July 1, 2020

Color: Hunter Element   Verified Purchase

I was a little skeptical about ordering this since there weren't any reviews yet. I figured since Amazon has a good return policy it couldn't hurt to give it a try and I'm glad I did. This is a great wallet and for 1/3 of the price of competitors! The aluminum is sturdy and the elastic bands are snug. I easily fit 8 cards without issue. Money clip is very tight also. This wallet fits in my front pocket easily and I hardly notice it's there, which is so much better than sitting on a bulky wallet all day. I absolutely recommend this wallet and I'll be purchasing a few more for gifts!



5 people found this helpful

Helpful | Comment | Report abuse



budakban

★★★☆☆ **Beautiful But Useless**

Reviewed in the United States on September 13, 2020

Color: Premium Element    **Verified Purchase**

The concept is great but it's so difficult to use there's no reason to have one.

It's two metal plates secured with straps so all your cards go in the only partition available. And that's the biggest problem, getting access to the cards or identification you want is very very difficult. It requires you to slide the cards out through an indentation and then somehow pinch the bottom of the wallet fanning out all of your cards. This looks easy enough in the videos but it's very hard to do and very time consuming. And it becomes immensely more difficult if you have dollar bills on the black clip. This is because the dollar bills are larger than the wallet itself so it makes it very time-consuming to extract the cards that you need within the wallet.

There's no sense in buying a wallet that will take you 20 seconds to pick out the card you need from the inevitable mess that will be created by pulling out all of your cards when you can get a much better and cheaper wallet where you can pull out the card you need instantly.

One person found this helpful

| Helpful | Comment | Report abuse |



★★★★☆ **Compact light option**

Reviewed in the United States on July 31, 2020

Color: Premium Element    **Verified Purchase**

So far I love it. Super small and compact. I have 12 cards in there now and could probably squeeze a few more if necessary. Half the time I have to keep checking my pocket because I can't feel it there. If you want to know how big it is take out a credit card out of your wallet and that's the exact size, thickness depends On how many cards you carry. I carry several forms of ID so mine is a little thicker than most. Hope it holds up. Just as nice as the original that retails for over 3 times the price

2 people found this helpful

| Helpful | Comment | Report abuse |

★★★★☆ **Sturdy wallet**

Reviewed in the United States on July 2, 2020    **Verified Purchase**    **Early Reviewer Rewards** (What's this?)

Color: Black Element



amazon

Hello
Select your address

Clothing, Shoes & Jewelry ▾    carbon fiber wallet

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

Cart

Amazon Fashion    Holiday Deals    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Gift Cards    Free Shipping    Registry    Sell    Coupons    #FoundItOnAmazon    New Arrivals    Our Brands

Shop deals before they're gone    prime wardrobe
Try before you buy

‹ Back to results



Roll over image to zoom in

# Minimalist Carbon Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket Wallet, Minimalist Wallet for Men And Women (2018 New Version)

Visit the Elivebuy Store

★★★★☆ ▾    146 ratings

Amazon's Choice    for "Slim metal wallet"

Price: **$14.99** FREE Shipping on your first order. Details & FREE Returns

Color: **Green**

$13.99    $14.99    $15.99    **$14.99**    $14.99

- **Slim Convenient & Stylish:**   Let's get rid of bloated traditional wallet. Observably thinner than traditional wallets, easy to holds up to 15 cards.The V shape mouth is convenient for you to put your various cards into it. The C shape mouth on the opposite helps you to pull out cards easily.
- **2018 New Version Minimalist Wallet:**   The wallet is made of premium carbon fiber.A slim, light body.  Fashionable and convenient appearance.  RFID blocking protection design.Let everyone be free from the heavy purse strings and apply to everyone.
- **Money Clip & Elastic Band:**   The classical money clip is made of spring steel, it can be used to hold cash handy, Flexible elastic webbing greatly improved the card holding capacity, it's just perfect for card carrier.
- **RFID Blocking Wireless Theft:**   RFID blocking protection design, keep your private information and credit card away from thieves' scanning devices, Insure your private property safety, US GOVT FIPS 201 APPROVED: Elivebuy slide wallet farthest protects your credit cards, debit cards, passports and driver licenses.
- **Excellent Quality:**   Made of premium carbon fiber and 304 stainless steel, Anti-corrosion, Durable and Wear , ensures long service life. Premium metal texture is not only a kind of touch feeling, but also a kind of sense of vision.

**$14.99**

FREE Shipping on your first order. Details & FREE Returns ▾

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Wednesday, Oct 21**

Order within 11 hrs and 7 mins
Details

**In Stock.**

Qty: 1 ▾

Buy Now

Add to Cart

🔒 Secure transaction

Ships from    Amazon
Sold by    Ankin

☐ Add gift options

Select delivery location

Add to List

Share ✉ 🖂 f 🐦 ⦿

---

## Frequently bought together



Total price: **$56.93**

Add all three to Cart

Add all three to List

☑ **This item:** Minimalist Carbon Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket Wallet, Money Clip Wallet Metal, Mens Slim… $16.99

☑ Aluminium Wallets for Men, LOORKISS RFID Minimalist Wallet for Men, Money Clip Wallet Metal, Mens Slim… $14.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be **$0.00** instead of **$14.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

EXHIBIT 1013

RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men - Carbon Fiber Money Clip... $24.95

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:Green

**2018 New Version Minimalist Aluminum Slim Wallet , Slim Wallet & RFID Blocking Front Pocket Wallet , Minimalist Wallet for Men And Women**

**Lightweight and Slim Aviation Aluminum Card Holder and Wallet with RFID Blocking**

**Now this wallet can insurance card without having the big bulge in your front/back pocket. It's the time to throw away your old bulky purse.**

- RFID blocking protection design insure your private property safety
- Slim and ultra light wallet optimizes the space of front / back pockets
- Money clip is handy for holding bills well
- Made with Premium Aviation Aluminum

**Specifications**

-material: the main part is Aluminum

-size: 3.55 * 2.16 * 0.27 inch

-weight: 3.55 oz

**Package include**

1 x Minimalist Slim Card Wallet

1 x Screw Driver

**Money Back Guarantee, If you're not happy with this card wallet, we will fix the situation, hassle free.**

## Product information

Color:**Green**

| | |
|---|---|
| Package Dimensions | 4.4 x 2.8 x 0.8 inches |
| Item Weight | 3.2 ounces |
| Department | Mens |
| ASIN | B07HTRY15N |
| Customer Reviews | ★★★★☆ ~ 146 ratings 4.2 out of 5 stars |
| Best Sellers Rank | #106,867 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) |

## Feedback

Would you like to **tell us about a lower price?** ˅



## Inspired by your recent shopping trends

Is Discontinued By Manufacturer                    No

**Carbon Fiber Minimalist**
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 807
$19.99

**Slim Metal Wallet for**
Men - RFID Money Clip
Wallets for Men -
Minimalist Rigid...
★★★★☆ 492
$19.99

**Carbon Fiber Minimalist**
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 383
$22.99

**Minimalist Carbon Fiber**
Wallet, Metal Wallet with
Money Clip, RFID
Blocking Credit Card...
★★★★☆ 257
$15.99

**Carbon Fiber Wallet and**
Money Clip - RFID
Blocking Front Pocket
Wallet - Premium...
★★★★☆ 1,780
$15.95

**Slim Minimalist Wallet**
for Men/Credit Card
Holder for Men with
Money Clip (Carbon...
★★★★☆ 796
$29.95

#24,806 in Men's Shops

Page 1 of 11

## Customer questions & answers

Search: Have a question? Search for answers

**Question:**    The wallet seems durable enough, but I wonder about the elastic; is it replaceable and where can be purchased?
**Answer:**    Not sure about replacing the band, definitely check with the manufacturer on that.
By CJ... on January 21, 2019

**Question:**    Does this have any kind of logo/branding on it? Does the paint chip/scratch easily? Thanks!
**Answer:**    No logo and pretty solid. No chips
By Jehu Mariscal on October 7, 2019
˅ See more answers (3)

### Related video shorts (0)  Upload your video

**Be the first video**
Your name here



### Customer images

## Customer reviews
★★★★☆ 4.2 out of 5
146 global ratings

5 Star        59%
4 Star        18%



How are ratings calculated?

| | | |
|---|---|---|
| 5 star | | |
| 4 star | | |
| 3 star | | 11% |
| 2 star | | 5% |
| 1 star | | 6% |

## By feature

| | |
|---|---|
| Value for money | ★★★★★ 5.0 |
| Durability | ★★★★★ 5.0 |
| Thickness | ★★★★★ 4.8 |

∨ See more

## Review this product

Share your thoughts with other customers

Write a customer review

---

## Read reviews that mention



| money clip | love the color | holds 15 cards | get out cards | pocket |
| tool | card | durable | screws | carry | green |

See all customer images

## Top reviews from the United States

  Oakwalker

★★☆☆☆ **Not fully constructed**

Reviewed in the United States on September 28, 2019

Color: Green | Verified Purchase

Its light, it holds all your cards, it appears durable to last at least 5 years. But, the clip, isn't attached, its loosy goosy set in there. First time you put it in your pants little too roughly, you'll here the clip hit the ground. Appears to be drilled to have two rivets keep it in place, I've with my NDI expertise determined there has been no attempt to install any fasteners for this clip.

2 people found this helpful

Helpful    Comment    Report abuse

  Alexander Bedwell

★★★☆☆ **It's simple and light**

Reviewed in the United States on March 12, 2020

Color: Green | Verified Purchase

It's great for the most part. It's simple, comfortable, and easy to use. The only complaint I have about it is that the screws used for it tend to come loose. But it was easily fixed with some superglue and some tape.

2 people found this helpful

Helpful    Comment    Report abuse

Robert M.

★★★☆☆ **Great Concept, but hard to get out cards**

Reviewed in the United States on June 19, 2019

Color: Green | Verified Purchase

I really really wanted this to work, but it was just a pain in the ase to quickly get out a card when at the store. I tried every trick people posted, but I ended up just pulling out every card, every time and sifting for the one I needed. Ended up giving it away.

2 people found this helpful

Helpful    Comment    Report abuse

Elway757

★★★★★ **Great Wallet**

Reviewed in the United States on February 22, 2019

Color: Green | Verified Purchase

I bought this mostly to protect my cards from scanner scammers. I had a 300+ dollar Venmo charge I didn't authorize so I'm trying to protect my self better. You have to remove all cards for this to work which is kind of annoying, but that's the trade off. I had to replace a credit card I forced into the wallet as it scratched the chip. Not a big deal once you get used to it.

One person found this helpful

| Helpful | Comment | Report abuse |

Fox

★★☆☆☆ **not practical**

Reviewed in the United States on August 5, 2019

Color: Green | **Verified Purchase**

not very practical to use.
cards not easy accessible.

2 people found this helpful

| Helpful | Comment | Report abuse |

Alan

★★★☆☆ **Killer wallet for under $20**

Reviewed in the United States on January 1, 2020

Color: Green | **Verified Purchase**

Solid wallet. I like it much more than my traditional wallet due to the size of the wallet. Knocked one star because the money clip was unsecured, popped off, and felt to an alternate dimension at a job site.

| Helpful | Comment | Report abuse |

Susan Morey

★★★★☆ **Good if you're really minimalistic**

Reviewed in the United States on October 2, 2020

Color: Green | **Verified Purchase**

Returned it seemed like more work getting cards in and out of wallet. Good if you really want minimalist and don't carry many things. Up 5 things probably good. For me not much thinner than my wallet when full.

| Helpful | Comment | Report abuse |

Rone

★★★★★ **Awesome value minimalist wallet!**

Reviewed in the United States on July 29, 2019

Color: Green | **Verified Purchase**

Wanted to try a minimalist wallet and decided on this one with the great reviews and all. This works great now that I'm getting used to it. I've never owned the more expensive brand so can't do a comparison but this one is amazing for the price! I've always carried a thicker wallet in my back pocket but now I dont know if I'll ever go back to one like that. Good quality and love the color too!

| Helpful | Comment | Report abuse |

See all reviews ›

Pages with related products. See and discover other items: rfid theft protection, green wallet





EXHIBIT 1014

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

## Product details

**Department :** Mens

**Product Dimensions :** 6.1 x 3.74 x 0.73 inches; 5.08 Ounces

**Date First Available :** January 10, 2020

**ASIN :** B083OH2WHZ

**Amazon Best Sellers Rank:** #150,879 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)

#497 in Men's Wallets

#50812 in Men's Shops

**Customer Reviews:** ★★★★☆ ∨   64 ratings

## Videos

### Videos for related products



Top 10 Coolest Smart Wallet for Men

Top 10 Zone                14:59



Top 10 Best Anti-Theft Smart Wallets for Men

Top 10 Zone                20:05



Top 10 Amazing Smart Wallet Every Men Should Have

Top 10 Zone                12:11



5 Best Tactical EDC Wallets

Top 10 Zone                9:06



The 10 Best Slim Wallets

Ezvid Wiki                4:07

The 10

Ezvid W

Upload your video

## Compare with similar items









| | This item Carbon Fiber Wallet for Men, Simple Zone RFID Blocking Slim Minimalist Card Holder Wallet with Money Clip and Cash Strap | RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men - Carbon Fiber Money Clip Wallet Metal - Mens Carbon Fiber Wallet Slim - Mens Wallet Carbon Fiber Card Holder with Money Clip | Slim Minimalist Wallet for Men/Credit Card Holder for Men with Money Clip (Carbon Fiber with Strap - Black) | Slim Minimalist Aluminum Wallet for Men/Credit Card Holder for Men with Cash Strap | Carbon Fiber RFID Wallet - Minimalist Credit Card Holder - Slim Minimalist Wallet Slim Rigid Front Pocket With Cash Strap, Money Clip and Multitool |
|---|---|---|---|---|---|
| | Add to Cart | #1 Best Seller  Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (64) | ★★★★☆ (12,401) | ★★★★☆ (786) | ★★★★☆ (841) | ★★★★☆ (247) |
| Price | $25⁹⁹ | $24⁹⁵ | $29⁹⁵ | $29⁹⁵ | $18⁹⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping on your first order. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping on your first order. Details |
| Sold By | Simplezone Direct | SHEVROV SV | Duxtio | Duxtio | TIMONT |
| Color | #1 Carbon Fiber | Black | Carbon Fiber with Strap - Black | Black | Weave Carbon Fiber |
| Size | Small | — | One size | One size | Slim |

## Customer questions & answers

Q. Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.4 out of 5

64 global ratings

| | |
|---|---|
| 5 star | 65% |
| 4 star | 24% |
| 3 star | 5% |
| 2 star | 0% |
| 1 star | 6% |

˅ How are ratings calculated?

### By feature

### Top reviews from the United States

Top reviews ˅

Jeffrey White

★★★★★ Great Value, as good as the more expensive name brand.

Reviewed in the United States on March 5, 2020

Verified Purchase

I purchased this & a $100.00 Name brand. The only difference by looking at them is the color. Both are exactly the same size, function the same, hold the same amount of cards etc. you wouldn't be able to tell the difference if they didn't have names on them. If you don't need name brands & want the same quality for less money this is the one to get. It comes with money clip and strap, extra screws, extra elastic. The only difference I can see is the name brand has torx screws & this has allen screws. Both come with a screwdriver. I did take all the screws out & put loctite on the threads just to be safe. So far I think this is just as good as the name brand for a lot less money.

urtable ★★★★☆ 4.6
Craftsmanship ★★★★☆ 4.4
Lock Feature ★★★★☆ 4.1

## Review this product
Share your thoughts with other customers

Write a customer review

---

 rchurch
★★★★★ **Simple Zone carbon wallet is top notch.**
Reviewed in the United States on August 24, 2020
Color: #1 Carbon Fiber | **Verified Purchase**
Was not sure if I was going to like the Simple Zone when I ordered. After receiving it and using it I am glad I gave it a try. It works beautifully and the craftsmanship ship seems to be top notch.

One person found this helpful

Helpful | Comment | Report abuse

---

 Ronald Sims
★★★★★ **Just what I needed**
Reviewed in the United States on April 8, 2020
Color: #1 Carbon Fiber | **Verified Purchase**
It held all my cards 10

One person found this helpful

Helpful | Comment | Report abuse

---

Cajun 54
★★★★★ **size matters**
Reviewed in the United States on July 6, 2020
Color: #1 Carbon Fiber | **Verified Purchase**
Love the size, the amount of cards it can hold. The interchangeable clip and band to hold cash is a plus. Way better than my old wallet !

Helpful | Comment | Report abuse

---

James Woolf
★★★★★ **Great value for the money.**
Reviewed in the United States on March 13, 2020
Color: #1 Carbon Fiber | **Verified Purchase**
Great product and seller. Arrive fast, have used for 2 weeks with no problems. Would recommend this item.

One person found this helpful

Helpful | Comment | Report abuse

---

Paul Lukis
★★★★★ **Great**
Reviewed in the United States on May 5, 2020
Color: #1 Carbon Fiber | **Verified Purchase**
I've been using this for over a month so far. No worries. Solid construction. No noticeable wear and tear.

Helpful | Comment | Report abuse

---

Nicolas mattera
★☆☆☆☆ **To tight, worst money clip EVER**
Reviewed in the United States on September 8, 2020
Color: #1 Carbon Fiber | **Verified Purchase**
Way to difficult to access your bank cards



## Inspired by your recent shopping trends

**Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...**
★★★★☆ 807
$19.99

**Slim Metal Wallet for Men - RFID Money Clip Wallets for Men - Minimalist Rigid...**
★★★★☆ 492
$19.99

**Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...**
★★★★☆ 383
$22.99

**Minimalist Carbon Fiber Money Clip - RFID Blocking Credit Card...**
★★★★☆ 257
$15.99

**Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium...**
★★★★☆ 1,780
$15.95

**Slim Minimalist Wallet for Men/Credit Card Holder for Men with Money Clip (Carbon...**
★★★★☆ 786
$29.95

**FIDELO Carbon Fiber Minimalist Wallet – Slim RFID Credit Card Holder Money Clip for Men**
★★★★☆ 1,631
$24.90

See all reviews ›

Page 1 of 11

Kristin H.
★★★★★ Perfect size!
Reviewed in the United States on July 17, 2020
Color: #1 Carbon Fiber  Verified Purchase
Great wallet- impressive size and very happy with this purchase

Helpful | Comment | Report abuse

Helpful | Comment | Report abuse

## Deals in magazine subscriptions

**Slim & Sleek Bluetooth Tracker, Item Locator and Finder for Wallets,...**
★★★★☆ 8,554
$28.32

**Money Clip Credit Card holder-CL CARBONLIFE Clips for men**
★★★★☆ 2,670
$8.88 - $16.00

**Money Clip Front Pocket Wallet Minimalist Wallet Slim Wallet Credit...**
★★★★☆ 2,148
$8.99

**Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket...**
★★★★☆ 317
$16.99 - $20.99

**with Money Clip AUSTIN RFID Blocking Card Mini Bifold Men**
★★★★☆ 9,351
$29.95

**Elderberry - Immune System Support Syrup - Maximum Strength...**
★★★★☆ 164
$13.87

**Holder/Wallet - Durable Polycarbonate ID/Credit Holder with Metal Clip...**
★★★★☆ 7,520
$17.99



## Your Browsing History   View or edit your browsing history ›

| Real Simple | Reader's Digest | Esquire | GQ | EatingWell | Birds and Blooms | Martha Stewart Living |
|---|---|---|---|---|---|---|
| ★★★☆ 28 | ★★★☆ 56 | ★★★☆ 640 | ★★★☆ 18 | ★★★☆ 15 | ★★★☆ 56 | ★★★☆ 55 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $5.00 | $5.00 | $7.50 | $5.00 | $5.00 | $5.00 | $5.00 |

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &

amazon

Clothing, Shoes & Jewelry ▾     carbon fiber wallet     🔍

Hello, Sign in
Account & Lists ▾     Returns & Orders     Try Prime ▾     🛒 Cart

Amazon Fashion   Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   Shopper Toolkit   Find a Gift

prime wardrobe
Try before you buy

‹ Back to results

Hello
Select your address



Roll over image to zoom in

Lindenle

# Lindenle Womens Minimalist Slim Wallet RFID Blocking Aluminum Card Holder Money Clip (Black)

Visit the Lindenle Store

★★★★☆ ~   1,535 ratings  |  16 answered questions

Price: **$13.99** FREE Shipping on your first order. Details & FREE Returns

Color: **Black**

    

 

- MINIMAL DESIGN, FIT YOUR PURSE PERFECTLY – Lindenle minimalist aluminum card holder wallet has the same size of a credit card, much thinner and lighter than regular leather wallets, fit into your small purse and front pocket very well.
- EASY TO USE – This card holder wallet has two card holders, an aluminum card holder and a strap holder. The strap holder was designed for most used cards such as ID card and door access control card, you can access to them fast and easily. The aluminum holder can hold 1 to 15 cards comfortably.
- FLEXIBLE VOLUME CAPACITY – With just the elastic card holder you are not limited to the numbers of cards like the other ones with 3-4 cards pockets and the best thing is that the volume capacity is flexible, give you enough room when you need it and save your room when you don't need it.
- TOP QUALITY – High polished aluminum has a unique touch feeling, and it will not wear off like leather bifold does which ensure its long service life. All products have a LIFETIME WARRANTY!
- PERFECT GIFT IDEA – The elegant style and nice color finish makes it a perfect idea for women. Each money clip wallet comes in a gorgeous black gift box, it's a perfect gift for birthday, Wedding, mother, Christmas and the one you love.

$13.99

FREE Shipping on your first order. Details & FREE Returns ⌄

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Wednesday, Oct 21**
Order within 13 hrs and 22 mins
Details

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from     Amazon
Sold by     Lindenle

☐ Add gift options

⊙ Select delivery location

Add to List

Share ✉ 🔲 f ⋎ ⑨

Have one to sell?

Sell on Amazon

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $13.99!** Get a **$50 Amazon Gift Card** Instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**Customers also viewed these products**



Athena Armor Women's Minimalist Wallet - Small Slim RFID Blocking Lightweight Aluminum...
★★★★☆ 36



Minimalist Wallets for Men & Women RFID Front Pocket Leather Card Holder Wallet
★★★★☆ 4,476



The Ridge Slim Minimalist Front Pocket RFID Blocking Metal Wallets for Women
★★★★☆ 169



Minimalist Aluminum Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket...
★★★★☆ 16



Metal Wallets for Men or Women with Money Clip - Slim Minimalist Aluminum Wallet...
★★★★☆ 869

RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men...
★★★★☆ 19,890

Aluminum Wallets for Men, LOOKISS RFID Minimalist Wallet for Men, Money Clip...
★★★★☆ 966

**EXHIBIT 1015**

$19.95

#1 Best Seller in Men's
Business Card Cases
$7.64

$75.00

$20.99

$10.49

#1 Best Seller in Men's
Wallets
$24.95

$15.39 - $22.99

**Product Description**

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword



## Minimalist Wallet

- Minimal Size
- RFID Blocking
- Morden Design
- Stylish & Elegant







## Main Features:

**1, Ultra Slim.** This is a space saver, fit into a small purse or pocket easily without getting bulky.

**2, Easy to Use.** 2 card holders design, direct access to your cash and most used cards.

**3, Easy to Carry.** Compact easy to carry, the money clip can be used as belt clip so you can carry your wallet without a pocket when it is necessary.

**Specifications(approx):**

Size: 3.46*2.12*0.24 inches(0.47 inches including the clip)

## Choose Your Favorite Color

### RFID BLOCKING

Blocking unwanted scans, keeps all your privacy safe, makes your life easier.



### MINIMAL SIZE

As slim as a credit card, fit into a small purse or front pocket easily.



### STYLISH & ELEGANT

Eyecatching whenever you take it out, morden design keeps everything organised.



## Product information

**Color:** Black

| | |
|---|---|
| Product Dimensions | 3.5 x 2.1 x 0.5 inches |
| Item Weight | 1.9 ounces |
| Department | Womens |
| ASIN | B083RXVV78 |
| Customer Reviews | ★★★★☆ ˅  1,535 ratings 4.3 out of 5 stars |
| Best Sellers Rank | #14,164 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #8 in Women's Wallets #24 in Women's Card Cases #6,468 in Women's Shops |

Weight: 2 ounces(net weight)

**Package Contents:**

1* Slim Card Holder Wallet

1* Instruction Sheet

1* Screw Driver & 8* Back Up Screws

1* Black Gift Box

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ˅

## Customers who viewed this item also viewed

| | | | | | |
|---|---|---|---|---|---|
| Minimalist Wallets for Men & Women RFID Front Pocket Leather Card Holder Wallet ★★★★☆ 5,515 #1 Best Seller in Men's Business Card Cases $7.64 | Athena Armor Women's Minimalist Wallet - Small Slim RFID Blocking Lightweight Aluminum... ★★★★☆ 76 $19.95 | FuraYi Credit Card Wallet, Zipper Card Cases Holder for Men Women, RFID... ★★★★☆ 7,960 #1 Best Seller in Women's $12.99 | FuraYi Slim Minimalist Wallets, Front Pocket Wallets, RFID Blocking Credit Card Holder... ★★★★☆ 578 #1 Best Seller in Women's Card Cases $8.99 | Mou2e Deep Sea Blue Money Clip + Cash Strap Band Slim Aluminum RFID Blocking... ★★★★☆ 280 $29.99 | The Ridge Slim Minimalist Front Pocket RFID Blocking Metal Wallets for Women ★★★★☆ 169 $75.00 |

## Customer questions & answers

Have a question? Search for answers [                    ]

**Question:**   What are the screws and included screwdriver for?







## Read reviews that mention

| money clip | card holder | rose gold | elastic band | keeps everything |
|---|---|---|---|---|
| credit cards | metal pieces | hard to get | every time | |
| exactly what I was looking | works great | ridge wallet | small enough | |

### By feature

| | |
|---|---|
| Thickness | ★★★★★ 4.8 |
| Durability | ★★★★☆ 4.5 |
| Sturdiness | ★★★★½ 4.4 |

∨ See more

### Review this product

Share your thoughts with other customers

Write a customer review

---

## Top reviews from the United States



**Vrm**

★☆☆☆☆ **Nope**

Reviewed in the United States on July 1, 2019

Color: Rose Gold **Verified Purchase**

I counted my loss and eventually tossed this out. Here's why: Upon receiving it, I tested the wallet to see if it could keep cards in with rough handling. I had 6 cards in and shook it for a few seconds. All of the cards, including the front side piece (without the money clip attached) flew off. The entire wallet fell apart, which was discouraging. However, I still tested it out as my EDC. Now at stores, it was hard to pull out certain cards immediately which was NOT convenient. I also had cash strapped under the elastic band and the bills had potential to slide out completely. The actual money clip was used to clip the wallet onto myself so I wouldn't lose it. This was the very reason and selling point for why I decided to buy the item in the first place, therefore, I did not use the clip to secure cash.

Overall, this buy was a bust. I bought a different minimalist wallet that works many times better.

43 people found this helpful

Helpful | Comment | Report abuse

---

**Buyer**

★★★★★ **It fits everything and more!**

Reviewed in the United States on April 8, 2019

Color: Rose Gold **Verified Purchase**

I bought this because I don't like big bulky wallets with zippers and all kinds of flaps. It's simple and just what I need. It's got a great sleek design and extremely lightweight. The material is very durable. The description says it can hold up to 15 cards. Well my sister and I tested it out and I think we went up to 20! There was still room for some cards, plus the clip could hold some extra cash still. I had to get use to slipping my cards in and out of the wallet but it's very simple. It's small enough to fit in my pocket. I use the clip to keep it in my pocket so I don't loos it. I sometimes hang it on my car key lanyard when I need to quickly run out of the house and I don't want to take my purse. I love this wallet, I'm going to gift it to my sisters. they all love mine! I only wish it came in more colors.



31 people found this helpful

Helpful | Comment | Report abuse

---

**Amazon Customer**

★★★★★ **Perfect comfy tees**

Reviewed in the United States on July 27, 2019

Color: Rose Gold    **Verified Purchase**

If you are a fan of the Ridge Wallet, then this is a great option at a fraction of the price. I purchased the Ridge wallet for my husband at $105.00. They do not have a version for women. The only difference is that the Ridge wallet has a piece at the bottom to prevent your cards from falling out but the fit is so tight that I don't know if that is necessary. I use this for quick trips when I need a license, a few cards and some cash. If you like this style, then I would buy this for the price. It looks great too. Love the rose gold tone.

12 people found this helpful

Helpful          Comment    Report abuse





EXHIBIT 1016

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Take a look at this men's boutique set.
Designed by O'Malley, a scholar who promotes good relationships with humans.

👌👌 Are you still worried about giving gifts to your man or your brother?

👌👌 5+1 Carbon fiber Wallet Boutique Set

▶ [Carbon fiber Wallet] This minimalist wallet was designed to fit up to 12 cards while remaining Cool Compact.The mini wallet perfectly fits into your front pocket and is ideal for carrying business cards credit cards and few bills. Providing RFID Blocking
The carbon fiber credit card holder features a Strong RFID Blocking System that blocks all sorts of digital theft attempts. Keep Your Credit Cards Safe!

▶ [Phone Stand] pocket size and card design make cell phone stand holder much more convenient when carrying in a bag or on the go for travelling.Adjustable & Suitable!Viewing Angle:You can put cell phone stand on the table or On the bed.Perfect for watching videos, reading, video recording, viewing photos facetime or browsing the web and free your hands. It can also be disassembled into a card tool.
This tool has 7 functions

▶ [Mini Wallet] It is made of special stainless steel, which is wear-resistant and durable. It is suitable for the storage of banknotes and bills or for bookmarking books and notebooks.

▶ [Key Knife] The sharp knife is well disguised as a common key and is suitable for self-defense defense in an emergency situation.It has become the guardian of courage and security.

👌👌 Perfect Gift
This set of boxes made of very classic aluminum alloys, which is a high-end, atmospheric and top-grade packaging style, is the best choice for gift packaging.
The perfect boutique man small items and high-end aluminum box packaging, it is very suitable for giving to your lover, your brother, of course, you should have this comfortable boutique men's suit.

## Product details

**Package Dimensions :** 5.65 x 5.3 x 1.4 inches; 8.15 Ounces

**Department :** Unisex-adult

**Date First Available :** August 30, 2019

**ASIN :** B07X5HLXZD

**Customer Reviews:** ★★★★☆ ˅   88 ratings

## Videos

Videos for this product



OMG Carbon Fiber Wallet Metal
Money Clip Wallet RFID Blocking...

Merchant Video

0:55

Upload your video

# Customer questions & answers

Q. Have a question? Search for answers

0 votes

◄ ►

**Question:** How many cards will it hold? How many keys will the key holder hold?

**Answer:** It holds twelve cards. However, the nylon straps allow it to move around too much and let some cards fall out if not careful. Maybe 8 cards don't move around too much

By Travis Schultz on May 20, 2020

## Customer reviews

★★★★☆ 3.8 out of 5

88 global ratings

| | |
|---|---|
| 5 star | 47% |
| 4 star | 20% |
| 3 star | 15% |
| 2 star | 7% |
| 1 star | 11% |

▾ How are ratings calculated?

### By feature

| Durability | ★★★★½ 4.5 |
| Packaging | ★★★★☆ 4.2 |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images

See all customer images





## Top reviews from the United States

Top reviews ˅

Ty

★★★☆☆ **Great wallet, junk accessories**

Reviewed in the United States on June 8, 2020

**Verified Purchase**

There is no instructions or anything from the manufacturer. You need to look on the Amazon page for instructions which is annoying. The wallet is well built and fairly solid. Cards are safe and protected. The screwdriver that comes with it is a cute idea but all but 2 bits are wedged at the bottom and don't come out and really can't be extracted. The money clip is kind of pointless when there is already a money clip on the wallet. There was no key with a knife blade built which seemed cool but I'm guessing it's included with a different package or model.

I bought it for the wallet and gave it 3 stars because there is no paperwork or company name and there is missing and defective items. It just came in a blank metal tin. they could probably take a couple bucks off if they didn't include the rest of the junk that was in the box.





⭐⭐⭐⭐⭐ **Carolyn**

Sleek and affordable

Reviewed in the United States on October 25, 2019

Verified Purchase

The wallet was very easy for my son to assemble and he really like the sleekness of it. It comes with a bracket to hold his phone and a key knife for self defense. I really like that since he is away at college. It fits in his front pocket just like his old wallet so it's comfortable to carry with the extra rfid protection. Definitely getting one for my husband next. This is a great gift for any male!

One person found this helpful

Helpful    Comment    Report abuse

⭐⭐⭐⭐⭐ **Randy**

Cheaper than expected

Reviewed in the United States on December 9, 2019

Verified Purchase

Item came as described and serves its purpose however the keychain feels flimsy and more like plastic than carbon fiber. The wallet seems a little sturdier. I expected the phone stand to be carbon fiber matching the wallet but it's a metal multitool in a plastic sleeve. Overall it does it's job I just expected the materials to be a bit more sturdy and not feel like plastic.

One person found this helpful

Helpful    Comment    Report abuse

⭐⭐☆☆☆ **Eddie Martinez**

Horrible key holder design

Reviewed in the United States on March 5, 2020

Verified Purchase

Poor design on the key holder, too short to put keys on both sides. You have to either have keys on both sides and not be able to close it, or have keys on one side and get bent out of shape

2 people found this helpful

Helpful    Comment    Report abuse

⭐⭐⭐⭐⭐ **Me**

It works

Reviewed in the United States on January 19, 2020

Verified Purchase

It works

Helpful    Comment    Report abuse

⭐⭐⭐⭐⭐ **Michael**

Great product

Reviewed in the United States on October 1, 2020

Verified Purchase

This item is so much better doesn't even feel like I'm carrying my cards and cash and don't have the bulky



## Customers who viewed this item also viewed

LIVLEX RFID Carbon
Fiber Wallets for Men –
Carbon Fiber Wallet and
Money Clip - Mens...
★★★★☆ 15
$19.99

NEW-BRING |
Multifunction Metal Key
Holder and Minimalist
Credit Card Money Clip...
★★★★☆ 217
$35.90

Minimalist Mens Wallet
& Multitool - Carbon
Fiber Tactical Wallet for
Men/RFID Smart Slim...
★★★★☆ 135
$25.05

Armour Supply Co. RFID
Blocking Wallet For Men
With Money Clip,
Multitool & Key Holder
★★★★☆ 300
$64.95

MouZic Carbon Fiber
Money Clip - Cash Strap
Band Slim Aluminum
RFID Blocking...
★★★★☆ 559
$39.99

MouZic Gunmetal Money
Clip - Cash Strap Band
Slim Aluminum RFID
Blocking Minimalist...
★★★★☆ 289
$29.99

Page 1 of 7

leather wallet in my back pocket it's very easy to use And convenient

Helpful | Comment | Report abuse

Anthony W.
★★★★★ Very Satisfied!!!
Reviewed in the United States on May 20, 2020
Verified Purchase
I was a little skeptical at first but the quality was as advertised. Love the minimalist style. I've been using it for weeks now

Helpful | Comment | Report abuse

Eric Samuel
★★★★★ Good wrk
Verified Purchase
Reviewed in the United States on May 16, 2020
Love it

Helpful | Comment | Report abuse

See all reviews ›

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

**Amazon Payment Products**
Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

**Amazon Payment Products**
Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

amazon

Hello, Select your address

☰

Clothing, Shoes & Jewelry ▾ | carbon fiber wallet | 🔍

Hello, Sign in
Account & Lists ▾ | Returns
& Orders | Try Prime ▾

prime wardrobe
Try before you buy

🛒 Cart

**Amazon Fashion** | Holiday Deals | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Gift Cards | Free Shipping | Registry | Sell | Coupons | New Arrivals | #FoundItOnAmazon | Shopper Toolkit | Find a Gift | Our Brands

‹ Back to results

Roll over image to zoom in

ꓩNC

## Carbon Fiber Wallets for Men, Minimalist Aluminum Metal Wallet, RFID Money Clip Wallet for Men, Mens Wallet Carbon Fiber Card Holder with Cash Strap

Brand: JNC

★★★★☆ · 32 ratings | 3 answered questions

**Coupon** Price: **$15.96** · ☐ Save an extra 5% when you apply this coupon. Details

☐ Save an extra 5% when you apply this coupon. Details

**$15.96** FREE Shipping on your first order. Details & FREE Returns

- RFID Blocking Wallet: Our carbon fiber card holder is treated with anti-scratch technology to protect your private information and credit cards, ID card, passport, driver license from thieves scanning devices, ensure your private property safety
- Slim Wallet: Significantly thinner than traditional wallets, this Minimalist wallet can easily holds up to 12 cards and 5 bills. Ultra light and thick body makes it comfortable for daily life or travel.
- touch Carbon Fiber: This carbon wallet made of world-class real carbon fiber, slim yet expandable build, you can enjoy a longer-lasting and better-looking wallet.
- Integrated Cash Strap: The cash strap allows you to clip several bills or cash inside your wallet. A minimalist slim wallet without being limiting, can hold cash and all your cards at the same time.
- Gift Box Packaging: Each wallet has gorgeous gift box packaging. Fashionable design card clip wallet is decent gifts for friends and your family

**$15.96**

FREE Shipping on your first order. Details & FREE Returns ▾

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Tomorrow**
Order within 5 hrs and 37 mins
Details

**In Stock.**

Qty: 1 ▾

**Buy Now**

**Add to Cart**

🔒 Secure transaction

Ships from    Amazon
Sold by        YIZTEK

☐ Add gift options

Select delivery location

Add to List

Share ✉ f 🐦 ⦿

Have one to sell?
Sell on Amazon

---

• **Your cost could be $0.00** instead of **$15.96!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

Lightning Deal has ended
See more deals

## Inspired by your recent shopping trends

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 807
$19.99

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 383
$22.99

RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men...
★★★★☆ 12,401
$20.99

Minimalist Aluminum Wallet, Slim Money Clip Metal Wallet RFID Front Pocket Wallet for Men...
★★★★☆ 1,088
$19.99

Limited Edition Skull & Bones - RFID Carbon Fiber Wallet for Men - Minimalist Aluminum...
★★★★☆ 55
$12.98

#1 Best Seller in Men's Wallets
$24.95

Carbon Fiber Wallet for Men - Minimalist RFID Metal Wallet for Men - Aluminum Wallet...
★★★★☆ 159
$12.98

Page 1 of 13

---

**EXHIBIT 1017**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

**A New Minimalist Wallet:**

RFID Blocking Wallet, ensure your private property safety

Slim Wallet-Holds up to 12 cards without stretching out

Cash Strap, hold all your card,and cash at the same time

Gift Box Packaging, this wallet is a great gift for your friend

## Product information

| Package Dimensions | 4.53 x 3.74 x 1.02 inches |
|---|---|
| Item Weight | 4.2 ounces |
| Department | Mens |
| ASIN | B08F7CFNRC |
| Customer Reviews | ★★★★☆ ˅  32 ratings  4.4 out of 5 stars |
| Best Sellers Rank | #43,139 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #44 in Men's Wallets #9,693 in Men's Shops |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ˅

## Customers also viewed these products



RFID Carbon Fiber
Wallets for Men -
Minimalist Aluminum
Wallet for Men...
★★★★★ 12,401
#1 Best Seller in Men's
Wallets
$19.99 - $25.99



Carbon Fiber Minimalist
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★★ 807
$15.95

Carbon Fiber Wallet and
Money Clip - RFID
Blocking Front Pocket
Wallet - Premium...
★★★★☆ 1,780
$12.99 - $18.99



Minimalist Carbon
Fiber/Aluminum Fibre
Slim Wallet, Slim Wallet
Wallets for Men Credit
& RFID Blocking Front...
★★★★☆ 269
$22.99 - $25.99

Carbon Fiber Minimalist
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 383
$36.90 - $39.90



FIDELO Minimalist
Wallets Card Wallet -
Hybrid RFID Wallets for
Men Slim Wallet
★★★★☆ 4,690
$12.95



Carbon Fiber Wallet,
Money Clip Wallet,
Minimalist RFID Blocking
Metal Wallet for Men
★★★★☆ 82

Page 1 of 7

## Customer questions & answers

Q Have a question? Search for answers

0 votes

**Question:** What's with the strap over the money? All of mine have been magnetic. Is it easy to get the cash out? Thanks

**Answer:** It is different than the others I've had too. It's secure. Cash certainly doesn't just slide or fall out. It seems to work just fine this way.

By Brock Day on September 9, 2020

0 votes

**Question:** How many cards does it hold?

**Answer:** I currently have put 8 cards in here with some cash strapped on the outside. I don't think there is necessarily a limit on the number of card. It depends on how stretchable that strap can handle.

By Shuyu Z on September 10, 2020

Maybe 15?

0 votes

**Question:** What about your ID?

**Answer:** I carry 3 credit cards, a Costco card, my drivers license, and a health insurance card. It all fits nicely. Much more than that and it'll be tight.

By Brock Day on September 21, 2020

˅ See more answers (1)

## Videos

Videos for related products

Upload your video



Top 10 Zone
Top 10 Coolest Smart Wallet for Men
14:39



Top 10 Zone
Top 10 Best Anti-Theft Smart Wallets for Men
20:05



Top 10 Zone
Top 10 Amazing Smart Wallet Every Men Should Have
12:11



Top 10 Zone
5 Best Tactical EDC Wallets
9:06



Ezvid Wiki
The 10 Best Slim Wallets
4:07

Ezvid W
The 10

Page 1 of 2

## Customer reviews

★★★★☆ 4.4 out of 5

32 global ratings

| | |
|---|---|
| 5 star | 75% |
| 4 star | 5% |

## Customer images






## Read reviews that mention

See all customer images

| card holder | cards | sleek | wallets | minimalist | carry | solid |

### By feature

| Craftsmanship | ★★★★★ 5.0 |
| Giftable | ★★★★★ 5.0 |
| Sturdiness | ★★★★☆ 4.6 |

˅ See more

˅ How are ratings calculated?

| 3 star | | 9% |
| 2 star | | 5% |
| 1 star | | 5% |

### Review this product

Share your thoughts with other customers

Write a customer review

---

## Top reviews from the United States



**Rohan**

★★★★★ **An amazing value!**

Reviewed in the United States on September 25, 2020

**Verified Purchase**

I've been looking for a wallet like this for weeks. I've been looking at the brand name but couldn't justify the price. After looking at some reviews about other branded wallets I decided to try and get one this one. Let me tell you it was well worth it! The videos I watched said a lot of the lower cost minimalist wallets don't have a beveled edge to make sliding cards in an out easier. Well this one does. I keep about 6 cards in to and they're all easy to slide in and out. The quality on this wallet is amazing. Way better than what I expected. Now as for this style of wallet as a whole it's a game changer. It's half the thickness of my old leather wallet. I barely notice it when I'm sitting down. Took me a while to get used to. I kept thinking I lost my wallet but it was just too small in my pocket to be noticed. Overall great product.

 

Helpful   |   Comment   |   Report abuse

---



**Shyu Z**

★★★★★ **Portable and affordable card holder**

Reviewed in the United States on September 8, 2020

**Verified Purchase**

I replaced my double folding leather wallet after five years of usage and found this minimalist wallet. I compared it with ridge and didn't find anything wrong with it, from design to material. They all seem solid enough to endure what a leather wallet can endure. Also, it is now significantly thinner than my leather wallet.

 

Helpful   |   Comment   |   Report abuse

---

**Li**

★★★★★ **Nice small wallet**

Reviewed in the United States on September 29, 2020

**Verified Purchase**

Nice small wallets for me, I can fit all my cards and some cash in it, enough for my daily use.
Further more, it also blocks RFID signal, protects my money in the credit card.
Good feature, good value, nice minimalist wallet.
I really like it

Helpful   |   Comment   |   Report abuse

 Brock Day

★★★★★ **Sleek and sturdy**

Reviewed in the United States on September 6, 2020

Verified Purchase

First thing I noticed with this product is how sleek and small it is. After years of carrying around a trifold wallet with several credit cards, gift cards, and rewards cards from retailers that I frequent, I was looking for something to help me consolidate all of that. This wallet did just that. It's super easy to slide the card you want out as shown in my third picture. It's super nice to know that my private information will be safe too. I love the material it is made out of. Would highly recommend the product.

   

Helpful    Comment    Report abuse

 Danny H.

★★★★★ **Great quality thin wallet.**

Reviewed in the United States on September 17, 2020

Verified Purchase

Quality built. I like thin wallets. This holds all my cards nice and tight. The strap for bills also keeps it secure. It's a bit thicker than some "thin" wallets like Radix, but it's also a higher quality materials.

 

Helpful    Comment    Report abuse

 Ebay

★★★★★ **mini Wallet**

Reviewed in the United States on September 6, 2020

Verified Purchase

This piece is awesome. Inever owned a clip wallet before, but I really love the design and the feel for this Card Holder.

Helpful    Comment    Report abuse

 Amrita

★★★★ **Very happy with the purchase.**

Reviewed in the United States on October 10, 2020

Verified Purchase

Eventhough it looks very small when open the package but it fits as many cards as u want to put in.

It also holds the money outside.

And one more thing it is so easy to carry than any wallet

Helpful    Comment    Report abuse

Ce

★★☆☆☆ **Hard to get credit cards out of the wallet!**

Reviewed in the United States on September 29, 2020

Verified Purchase

Nice and compact but hard to get credit cards out of wallet! Pain in the butt!

| Helpful | Comment | Report abuse |

See all reviews ›

## Feedback

▸ If you have a question or problem, visit our Help pages.

▸ If you are a seller for this product and want to change product data, click here (you may have to sign in with your seller id).

## Deals in magazine subscriptions

**Tile Slim (2020) 1-pack - Slim & Sleek Bluetooth Tracker, Item Locator and Finder for Wallets,...**
★★★★☆ 8,554
$28.32

**Carbon Fiber wallet Money Clip Credit Card holder-CL CARBONLIFE Clips for men**
★★★★☆ 2,670
$8.88 - $16.00

**Travelambo Carbon Fiber Wallet Minimalist Wallet Slim Wallet Credit...**
★★★★☆ 2,146
$8.99

**Minimalist Aluminum Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket...**
★★★★☆ 317
$16.99 - $20.99

**TRAVANDO Slim Wallet with Money Clip AUSTIN RFID Blocking Card Mini Bifold Men**
★★★★☆ 9,351
$29.95

**Organic Liquid Elderberry - Immune System Support Syrup - Maximum Strength...**
★★★★☆ 164
$13.87

**GOVO Badge Holder/Wallet - Durable Polycarbonate ID/Credit Holder with Metal Clip...**
★★★★☆ 7,520
$17.99

**Your Browsing History**   View or edit your browsing history  ›

**Taste of Home**
★★★★☆ 49
Print Magazine
$5.00

**Elle**
★★★☆☆ 13
Print Magazine
$5.00

**Martha Stewart Living**
★★★☆☆ 35
Print Magazine
$5.00

**Reader's Digest**
★★★★☆ 56
Print Magazine
$5.00

**HGTV Magazine**
★★★★☆ 16
Print Magazine
$10.00

**Real Simple**
★★★★☆ 28
Print Magazine
$5.00

**Better Homes and Gardens**
★★★★☆ 35
Print Magazine
$5.00

See personalized recommendations
Sign in
New customer? Start here.

Back to top

Amazon Fashion

‹ Back to results

carbon fiber wallet

Clothing, Shoes & Jewelry ▾ | Holiday Deals | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Gift Cards | Free Shipping | Registry | Sell | Coupons | #FoundItOnAmazon | New Arrivals | Our Brands

Hello Select your address

Hello, Sign in Account & Lists ▾   Returns & Orders   Try Prime ▾   Cart

Shop deals before they're gone

prime wardrobe
Try before you buy

Roll over image to zoom in

Geelyda

## Geelyda Carbon Fiber Wallet Mini Credit Card Holder, RFID Blocking Slim Wallet and Money Clip, Front Pocket Wallets for Men - Minimalist Futuristic Design (Black)

Visit the Geelyda Store

★★★★☆ ▾   721 ratings | 11 answered questions

Was: $16.99

Price: **$14.99** FREE Shipping on your first order. Details & FREE Returns

You Save: $2.00 (12%)

- 🟧 RFID Blocking Wireless Theft – The RFID wallets for men keep your private information and credit card away from thieves' scanning devices, insure your private property safety.
- 🟧 Money Clip & Elastic Band – The money clip is made of stainless steel and carbon fiber, it can be used to hold cash handy, Flexible elastic webbing on three sides greatly improved the card holding capacity. your card will not slip out easily, C shape mount design card case convenient for you to take out the cards.
- 🟧 Slim & Ultra Light – Wallets for men, thinner than traditional wallets, larger capacity storage design for up to 15 cards. This slim wallet can hold all your cards, clip money at the same time. Ultra light and thick body makes it comfortable for daily life or travel.
- 🟧 Excellent Quality and Good Appearance – 100% real carbon fiber RFID credit card holder which ensures long service life, anti-corrosion, durable and wear. 304 stainless steel metal clip, slim yet expandable build, you can enjoy a durable wallet with good touch and stylish simplicity.
- 🟧 Minimalist Wallet – The wallet is made of carbon fiber material which better than alloy. A slim, light body, Fashionable and convenient appearance, RFID blocking protection design, Let everyone be free from the heavy purse strings and suit for everyone.

New (2) from $11.99 & FREE Shipping on orders over $25.00

$14.99

FREE Shipping on your first order. Details & FREE Returns ▾

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Thursday, Oct 22** Details

**In Stock.**

Qty: 1 ▾

**Secure transaction**

| Ships from | Amazon |
| Sold by | OPhoenix |

☐ Add gift options

⊘ Select delivery location

**Buy Now**

**Add to Cart**

Add to List

Share ✉ f ✈ 🅿

### Other Sellers on Amazon

$11.99
& FREE Shipping on eligible orders.
Details

Sold by: 360 Spatial

Add to Cart

New (2) from $11.99 & FREE Shipping on orders over $25.00

Have one to sell?

Sell on Amazon

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00** instead of **$14.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Frequently bought together



Total price: **$39.94**

Add both to Cart

Add both to List

☑ **This item:** Geelyda Carbon Fiber Wallet Mini Credit Card Holder, RFID Blocking Slim Wallet and Money Clip, Front... $14.99

☑ RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men - Carbon Fiber Money Clip... $24.95

*EXHIBIT 1018*

**Product Description**

# Geelyda
### Sold by OPhoenix



Why Choose RFID Blocking Wallet?

RFID Is The Technology Enabling People To Pay By Touching The Card Reader With The Debit Or Credit Card.

It Was Invented To Make People's Life Easier But Thieves Could Steal Your Data With A Special Device.

RFID Signals Don't Go Through Credit Card Holder Wallet Aluminum Plates And Helps To Prevent RFID Theft.

Your Data Stays Securely In Your Slim Wallet.

You Absolutely Deserve A New Design Card Wallet.

Now, Invest This Slim Card Wallet, The Key To Start Your Minimalist Life!



### RFID BLOCKING
Protect Your Card Information

### RFID Blocking Wireless Theft

The RFID Wallets For Men Keep Your Private Information And Credit Card Away From Thieves' Scanning Devices, Insure Your Private Property Safety.

Geelyda slide wallet farthest protects your credit cards, debit cards, passports and driver licenses.

### Slim & Ultra Light

This Minimalist Wallets Is Thinner Than Traditional Wallets, Larger Capacity Storage Design For Up To 15 Cards.

This Slim Wallet Can Hold All Your Cards, Clip Money At The Same

### Ultra  Thin Wallet
Large Capacity Storage Design for Up to 15 Cards and 5 Folded Bills with Money Clip

## Product Information

| | |
|---|---|
| Package Dimensions | 4.96 x 3.27 x 0.91 inches |
| Item Weight | 1.7 ounces |
| Manufacturer | Geelyda |
| ASIN | B07G38TKB7 |
| Customer Reviews | ★★★★½ ~ 721 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #19,656 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)<br>#72 in Men's Wallets, Card Cases & Money Organizers<br>#4,373 in Men's Shops |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ~

---

time.

Ultra Light And Thick Body Makes It Comfortable For Daily Life Or Travel.

No Need To Worry About Your Bloated Back Pocket Anymore With This New Released Slim Card Wallet.





### Suitable for Any Occasions

An Exceptional Wallet Of All Ages, And Suitable For Any Occasions.

We Design This Wallet Aim To Bring The Users More Convenience And Safety.

Amazing Touching Feeling And Reasonable Dimensions Of The Wallet, Which Makes Users Feel Comfortable And Look Stylish.

It Is A Good Accessory For Your Daily Life, Travel And Business Situation.



PERFECT GIFT

### The Perfect Present

The Carbon Fiber Wallet Is The Perfect Gift For Any Occasion. Father´s Day, Graduation, Birthday, Valentine´s Day, Christmas And Anniversaries With Designer Quality Packaging And The Mentioned Additional Features!







### Excellent Quality & Good Appearance

Carbon Fiber RFID Credit Card Holder Which Ensures Long Service Life, Anti-Corrosion, Durable And Wear.

304 Stainless Steel Metal Clip, Slim Yet Expandable Build, You Can Enjoy A Durable Wallet With Good Touch And Stylish Simplicity.





## Customers also viewed these products

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 807
$19.99 - $25.99

Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium...
★★★★☆ 1,780
$15.95

RFID Carbon Fiber Men, LOOKES RFID Minimalist Aluminum Wallet for Men...
#1 Best Seller in Men's Wallets
★★★★☆ 12,401
$24.95

Aluminum Wallets for Men, Money Clip...
★★★★☆ 796
$15.59 - $22.99

Buffway Slim Minimalist Front Pocket RFID Blocking Leather Wallets for Men Women
★★★★☆ 29,561
$9.99 - $16.99

Carbon Fiber Minimalist Wallet for Men - RFID Money Clip Wallets for Men - Slim RFID...
★★★★☆ 96
$9.99 - $13.99

The Ridge Slim Minimalist Front Pocket RFID Blocking Metal Wallets for Men with...
★★★★☆ 4,523
$75.00 - $105.00

Is Discontinued By Manufacturer    No

Page 1 of 7

## Customer questions & answers

🔍 Have a question? Search for answers



Question: How many card slots?
Answer: It doesn't have card slots, it is an expandable compartment. I currently have 10 cards stored in mine. It is very easy to load your cards and when you need a particular one, easy to get the card out.
By Wayne Rollins on July 27, 2020
⌄ See more answers (3)

0 votes

Question: Is the clip removable?
Answer: No...clip is not removable
By Charlie Roark on May 18, 2020
⌄ See more answers (4)

0 votes

Question: How can I get the replaceable elastic ?
Answer: sorry, we don't sale replaceable elastic.
By OPhoenix seLLER on April 17, 2020

0 votes

Question: Is it big enough to hold Yen?
Answer: Yes
By Amazon Customer on July 8, 2020

0 votes

See more answered questions (7)

## Related video shorts (0)   Upload your video

## Be the first video

Your name here

## Customer reviews

★★★★☆ 4.4 out of 5

721 global ratings

| | |
|---|---|
| 5 star | 68% |
| 4 star | 16% |
| 3 star | 8% |
| 2 star | 3% |
| 1 star | 5% |

˅ How are ratings calculated?

### By feature

| | |
|---|---|
| Stretch | ★★★★★ 4.6 |
| Sturdiness | ★★★★★ 4.6 |
| Value for money | ★★★★☆ 4.5 |

˅ See more

### Review this product

Share your thoughts with other customers

Write a customer review

## Customer images








See all customer images

### Read reviews that mention

| money clip | front pocket | carbon fiber | looks great |
|---|---|---|---|
| holds a lot of cards | easy to use | credit cards | great money |
| compact | bulky | slim | holding | carry | cash | holder |
| | | | | | | wallet |

### Top reviews from the United States

 Ryan

★★★★★ **Great Mini Wallet**

**Verified Purchase**

Reviewed in the United States on April 22, 2020

Item as described. It only has the money clip and the main compartment for your credit cards.

I keep in my wallet:

6x ---- I.D. / Health Insurance / Debit / Credit card

6x ------ Business cards

The wallet with the money clip is about 3/4 of an inch thick with all my stuff in it. Perfect for a front pocket.

18 people found this helpful

Helpful | Comment | Report abuse

 D. Golden

★☆☆☆☆ **Fat and Sharp**

**Verified Purchase**

Reviewed in the United States on September 20, 2020

I bought this because I wanted to have a slim wallet. This thing is 5/16"--BEFORE you add a driver's license (and not including the money clip). With the money clip, it is 5/8" thick. There's really no need for this wallet to be so thick--each side of the holder is over 1/8" thick--why?

On top of that, the edges are really pointy/sharp. It is uncomfortable in my pocket with even slightly tight jeans.

I'll probably just use it to hold and organize cards in a drawer that I rarely use.

I was hoping for a thin and small alternative to a traditional wallet. This is not it, in my opinion.

Helpful | Comment | Report abuse

**Solongo Ganbold**
★★★☆☆ **Good alternative to bulky wallets**
Reviewed in the United States on August 29, 2020
**Verified Purchase**

For the most part, my husband liked the product. Holds 5 cards (definitely can fit more) and the money clip works as expected. But because we have never used such compact wallets before, we both think it might be too small. But my husband thinks he will get used to it pretty easily. Also there is no way of pulling one specific card out, you have to push all cards out which can be a bit bothersome sometimes. But for the money we paid, we think it is good alternative to a bulky leather wallet.

One person found this helpful

Helpful | Comment | Report abuse

**Didi sisi**
★☆☆☆☆ **Nop**
Reviewed in the United States on August 16, 2019
**Verified Purchase**

Its feels cheap...it made with plastic..I won't recommend it to anybody

4 people found this helpful

Helpful | Comment | Report abuse

**Serg**
★★★★★ **I love it!**
Reviewed in the United States on June 11, 2020
**Verified Purchase**

Best wallet I've gotten to be honest. It's small and compact. It holds up my 7 credit cards plus a debit card and my student and state ID and it's still tiny and fits perfectly in my wallet. I love having it and keeping all my cards in it. They don't fall out and I don't have that fear of them falling out.honestly would highly recommend it.

15 people found this helpful

Helpful | Comment | Report abuse

**Amazon Customer**
★★★★☆ **Time will tell.**
Reviewed in the United States on July 2, 2020
**Verified Purchase**

This wallet is nice and compact and feels very sturdy. The money clip also seems to be well made. It's a huge difference from the bulky leather wallet I carried around before. The one downside that I see is that, because it's so compact, it's a bit difficult to extract your cards or driver's license, which makes them rub against each other. That may cause damage to the cards over time, but I guess we'll see.

One person found this helpful

Helpful | Comment | Report abuse

Lori Philpot

☆☆☆☆☆ **Geelyda? That label wasn't in the picture when I bought this...**

Reviewed in the United States on July 13, 2020

**Verified Purchase**

I wanted a generic carbon wallet to replace one I lost. I didn't want any kind of label. I bought this one specifically because I saw no name plate on the clip in any of the pics. And now I see the Amazon pic shows it as well.. Did my best to remove the name with a sharpie, but it's there. Annoying...

Helpful    Comment    Report abuse

☆☆☆☆☆ **Cheap Construction**

Jericho Rosas

Reviewed in the United States on July 8, 2020

**Verified Purchase**

The wallet I received had a screw fall out almost immediately after unboxing. I tried to screw it back in but found that the thread was destroyed. At this point I pulled the carbon fiber plate off and found that the construction was cheap and made out of stamped metal rather than billeted or forged. The thread post was nonexistent (likely from overtensioning of the screw).

If you want a better value wallet, get the one from jjsunRidE. I pulled that CF plate off and it is made from much sturdier metal and included spare screws.

I am very disappointed with the quality of this product, especially after seeing what I could've gotten for the same price.

Helpful    Comment    Report abuse

See all reviews ›

**Pages with related products.** See and discover other items: rfid blocking tech products, Minimalist Design Wallets

**Feedback**

► If you have a question or problem, visit our **Help pages**.

► If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

Get to Know Us

Make Money with Us

Amazon Payment Products

Let Us Help You

Back to top

amazon

EXHIBIT 1019

Hello
Select your address

Amazon Fashion

Clothing, Shoes & Jewelry ▼    carbon fiber wallet

Hello, Sign in
Account & Lists ▼    Returns
& Orders    Try Prime ▼    Cart

prime wardrobe
Try before you buy

Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   Shopper Toolkit   Find a Gift

Sales & Deals   Women   Men   Kids   Luggage   New Arrivals   Our Brands

‹ Back to results

Roll over image to zoom in

JNC

Carbon Fiber Wallets for Men, Minimalist Aluminum Metal Wallet, RFID Money Clip Wallet for Men, Mens Wallet Carbon Fiber Card Holder with Cash Strap

Brand: JNC

★★★★☆ ·   32 ratings | 3 answered questions

Price: **$15.96** FREE Shipping on your first order. Details & FREE Returns

Coupon ☐ Save an extra 5% when you apply this coupon. Details

- RFID Blocking Wallet: Our carbon fiber card holder is treated with anti-scratch technology to protect your private information and credit cards, ID card, passport, driver license from thieves scanning devices, ensure your private property safety
- Slim Wallet: Significantly thinner than traditional wallets, this Minimalist wallet can easily holds up to 12 cards and 5 bills. Ultra light and thick body makes it comfortable for daily life or travel.
- Touch Carbon Fiber: This carbon wallet made of world-class real carbon fiber, slim yet expandable build, you can enjoy a longer-lasting and better-looking wallet
- Integrated Cash Strap: The cash strap allows you to clip several bills or cash inside your wallet. A minimalist slim wallet without being limiting, can hold cash and all your cards at the same time.
- Gift Box Packaging: Each wallet has gorgeous gift box packaging. Fashionable design card clip wallet is decent gifts for friends and your family

$15.96
FREE Shipping on your first order. Details & FREE Returns ▼

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Tomorrow**
Order within 5 hrs and 37 mins
Details

**In Stock.**

Qty: 1 ▼

**Buy Now**

**Add to Cart**

🔒 Secure transaction

Ships from    Amazon
Sold by      YIZTEK

☐ Add gift options

◉ Select delivery location

Add to List

Share ✉ f ⓥ 🅿

Have one to sell?
Sell on Amazon

- Your cost could be $0.00 instead of $15.96! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

Page 1 of 13

Lightning Deal has ended
See more deals

**Inspired by your recent shopping trends**

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 807
$19.99

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 585
$22.99

RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men...
★★★★☆ 12,401
$24.95
Wallets
#1 Best Seller in Men's Wallets

Minimalist Aluminum Wallet, Slim Money Clip Metal Wallet RFID Front Pocket Wallet for Men...
★★★★☆ 1,088
$20.99

Limited Edition Skull & Bones - RFID Carbon Fiber Wallet for Men - Minimalist Aluminum...
★★★★☆ 55
$19.99

Carbon Fiber Wallet for Men - Minimalist RFID Metal Wallet for Men - Aluminum Wallet...
★★★★☆ 159
$12.98

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

**A New Minimalist Wallet:**

RFID Blocking Wallet, ensure your private property safety

Slim Wallet-Holds up to 12 cards without stretching out

Cash Strap, hold all your card&and cash at the same time

Gift Box Packaging, this wallet is a great gift for your friend

## Product information

| Package Dimensions | 4.53 x 3.74 x 1.02 inches |
| --- | --- |
| Item Weight | 4.2 ounces |
| Department | Mens |
| ASIN | B08F7CFNRC |
| Customer Reviews | ★★★★☆ ˅  32 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #43,139 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)<br>#44 in Men's Wallets<br>#8,693 in Men's Shops |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ˅

## Customers also viewed these products




RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men...
★★★★☆ 12,401
**#1 Best Seller** in Men's Wallets
$19.99 - $25.99

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal,...
★★★★☆ 807
$19.99 - $25.99




Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium,...
★★★★☆ 1,780
$15.95

Minimalist Carbon Fiber/Aluminum Fibre Slim Wallet, Slim Wallet Wallets for Men Credit & RFID Blocking Front...
★★★★☆ 269
$12.99 - $18.99




Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal,...
★★★★☆ 383
$22.99 - $25.99




FIDELO Minimalist Wallets Card Wallet - Hybrid RFID Wallets for Men Slim Wallet
★★★★☆ 4,690
$36.90 - $39.90



Carbon Fiber Wallet, Money Clip Wallet, Minimalist RFID Blocking Metal Wallet for Men
★★★★☆ 82
$12.95



Page 1 of 7

## Customer questions & answers

Q. Have a question? Search for answers

**0**
votes

**Question:** What's with the strap over the money? All of mine have been magnetic. Is it easy to get the cash out? Thanks

**Answer:** It is different than the others I've had too. It's secure. Cash certainly doesn't just slide or fall out. It seems to work just fine this way.
By Brock Day on September 9, 2020

**0**
votes

**Question:** How many cards does it hold?

**Answer:** I currently have put 8 cards in here with some cash strapped on the outside. I don't think there is necessarily a limit on the number of card. It depends on how stretchable that strap can handle.
Maybe 15?
By Shiyu Z on September 10, 2020

**0**
votes

**Question:** What about your ID?

**Answer:** I carry 3 credit cards, a Costco card, my drivers license, and a health insurance card. It all fits nicely. Much more than that and it'll be tight.
By Brock Day on September 21, 2020

∨ See more answers (1)

## Videos

Upload your video

### Videos for related products



Top 10 Zone — Top 10 Coolest Smart Wallet for Men — 14:59

Top 10 Zone — Top 10 Best Anti-Theft Smart Wallets for Men — 20:05

Top 10 Zone — Top 10 Amazing Smart Wallet Every Men Should Have — 12:11

Top 10 Zone — 5 Best Tactical EDC Wallets — 9:06

Ezvid Wiki — The 10 Best Slim Wallets — 4:07

Ezvid W — The 10 — BEST I

Page 1 of 2

### Customer reviews

★★★★☆ 4.4 out of 5

32 global ratings

5 star  75%
4 star  5%



### Customer images





### How are ratings calculated?

| | |
|---|---|
| 5 star | 9% |
| 4 star | |
| 3 star | 9% |
| 2 star | 5% |
| 1 star | 5% |

#### By feature

| | |
|---|---|
| Craftsmanship | ★★★★★ 5.0 |
| Giftable | ★★★★★ 5.0 |
| Sturdiness | ★★★★☆ 4.6 |

˅ See more

### Review this product

Share your thoughts with other customers

**Write a customer review**

### Read reviews that mention

See all customer images

card holder    cards    sleek    wallets    minimalist    carry    solid

### Top reviews from the United States

 Rohan

★★★★★ **An amazing value!**

Reviewed in the United States on September 25, 2020

**Verified Purchase**

I've been looking for a wallet like this for weeks. I've been looking at the brand name but couldn't justify the price. After looking at some reviews about other branded wallets I decided to try and get one this one. Let me tell you it was well worth it! The videos I watched said a lot of the lower cost minimalist wallets don't have a beveled edge to make sliding cards in an out easier. Well this one does. I keep about 6 cards in to and they're all easy to slide in and out. The quality on this wallet is amazing. Way better than what I expected. Now as for this style of wallet as a whole it's a game changer. It's half the thickness of my old leather wallet. I barely notice it when I'm sitting down. Took me a while to get used to. I kept thinking I lost my wallet but it was just too small in my pocket to be noticed. Overall great product.

Helpful    Comment    Report abuse

  Shiyu Z

★★★★★ **Portable and affordable card holder**

Reviewed in the United States on September 8, 2020

**Verified Purchase**

I replaced my double folding leather wallet after five years of usage and found this minimalist wallet. I compared it with Ridge and didn't find anything wrong with it, from design to material. They all seem solid enough to endure what a leather wallet can endure. Also, it is now significantly thinner than my leather wallet.

Helpful    Comment    Report abuse

 Li

★★★★★ **Nice small wallet**

Reviewed in the United States on September 29, 2020

**Verified Purchase**

Nice small wallets for me. I can fit all my cards and some cash in it, enough for my daily use. Further more, it also blocks RFID signal, protects my money in the credit card. Good feature, good value, nice minimalist wallet. I really like it

Helpful    Comment    Report abuse



**Brock Day**

★★★★★ **Sleek and sturdy**

Reviewed in the United States on September 6, 2020

**Verified Purchase**

First thing I noticed with this product is how sleek and small it is. After years of carrying around a trifold wallet with several credit cards, gift cards, and rewards cards from retailers that I frequent, I was looking for something to help me consolidate all of that. This wallet did just that. It's super easy to slide the card you want out as shown in my third picture. It's super nice to know that my private information will be safe too. I love the material it is made out of. Would highly recommend the product.



Helpful   Comment   Report abuse

**Danny H.**

★★★★★ **Great quality thin wallet.**

Reviewed in the United States on September 17, 2020

**Verified Purchase**

Quality built. I like thin wallets. This holds all my cards nice and tight. The strap for bills also keeps it secure. It's a bit thicker than some "thin" wallets like Radix, but it's also a higher quality materials.





Helpful   Comment   Report abuse

**Ebay**

★★★★★ **mini Wallet**

Reviewed in the United States on September 6, 2020

**Verified Purchase**

This piece is awesome. Inever owned a clip wallet before, but I really love the design and the feel for this Card Holder.

Helpful   Comment   Report abuse

**Amrita**

★★★★★ **Very happy with the purchase.**

Reviewed in the United States on October 10, 2020

**Verified Purchase**

Eventhough it looks very small when open the package but it fits as many cards as u want to put in. It also holds the money outside.

And one more thing it is so easy to carry than any wallet

Helpful   Comment   Report abuse

**Ce**

★★☆☆☆ **Hard to get credit cards out of the wallet!**

Reviewed in the United States on September 29, 2020

**Verified Purchase**

## Inspired by your browsing history

Nice and compact but hard to get credit cards out of wallet Pain in the butt!

Helpful   Comment   Report abuse

See all reviews ›

Page 1 of 6

### Feedback

▶ If you have a question or problem, visit our **Help pages**.

▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).



Tile Slim (2020) 1-pack -
Slim & Sleek Bluetooth
Tracker, Item Locator
and Finder for Wallets,...
★★★★☆ 8,554
$28.32



Carbon fiber wallet
Money Clip Credit Card
holder-CL CARBONLIFE
Clips for men
★★★★☆ 2,670
$8.88 - $16.00



Travelambo Carbon Fiber
Money Clip Front Pocket
Wallet Minimalist Wallet
Slim Wallet Credit...
★★★★☆ 2,148
$8.99



Minimalist Aluminum
Fibre Slim Wallet, Slim
Wallet & RFID Blocking
Front Pocket...
★★★★☆ 317
$16.99 - $20.99



TRAVANDO Slim Wallet
with Money Clip AUSTIN
RFID Blocking Card Mini
Bifold Men
★★★★☆ 9,351
$29.95



Organic Liquid
Elderberry - Immune
System Support Syrup -
Maximum Strength...
★★★★☆ 164
$13.87



GOVO Badge
Holder/Wallet - Durable
Polycarbonate ID/Credit
Holder with Metal Clip...
★★★★☆ 7,520
$17.99



Carbon Fiber Minimalist
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 807
$19.99 - $23.99



### Deals in magazine subscriptions



Taste of Home
Print Magazine
★★★★☆ 49
$5.00



Elle
Print Magazine
★★★☆☆ 13
$5.00



Martha Stewart Living
Print Magazine
★★★★☆ 35
$3.00



Reader's Digest
Print Magazine
★★★★☆ 56
$5.00



HGTV Magazine
Print Magazine
★★★★☆ 16
$10.00



Real Simple
Print Magazine
★★★★☆ 28
$5.00



Better Homes and
Gardens
Print Magazine
★★★★☆ 35
$3.00

Food Network Magazine
Print Magazine
★★★★☆ 45
$6.00

### Your Browsing History

View or edit your browsing history ›



See personalized recommendations

Sign in

New customer? Start here.

Back to top

amazon

🌐 English

🇺🇸 United States

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

AudibleListen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads © 1996–2020, Amazon.com, Inc. or its affiliates



‹ Back to results



**Brand: Heartburg**

## Slim Carbon Fiber Wallet with Money Clip & Real Carbon Fiber Bottle Opener Keychain & Black Metal Minimalist Multitool - RFID Blocking Front Pocket Credit Card Holder for Men and Women

★★★★☆ ⌄

312 ratings | 6 answered questions

Price: **$16.99** FREE Shipping on your first order. Details
FREE Returns

- REAL CARBON FIBER WALLET: 5 times stronger than steel - ultra durable. Scratch, dent & fingerprint resistant. Fits front and back pockets. Keeps your bills and cards organized and feels amazing. A polished interior surface allows cards to slide out smoothly.
- SLIM, COMPACT & ULTRALIGHT: 5 times lighter than steel - significantly smaller than traditional wallets. Dimensions are 3.4 x 2.2 x 0.3 inch (8.7 x 5.5 x 0.8 cm) and you can remove cash money clip to make it even thinner.
- RFID BLOCKING TECHNOLOGY: while debates about RFID skimming danger still going on, it's always better to have the protection of your money.
- CUTE SHARK BOTTLE OPENER KEYCHAIN: a bottle opener can be more than just functional. It can also be stylish and fun! Especially when it has the same design with your wallet. Dimensions: 3.4 x 0.9 x 0.1 inch (8.7 x 2.3 x 0.3 cm).
- EDC STAINLESS STEEL CREDIT CARD SIZED SURVIVAL TOOL, easily fits in your wallet, pocket, purse, or a small compartment. It comes with a matte black finish. 11 in 1 Multi-Tool: Screwdriver, Ruler, Knife Edge, Can Opener, Bottle Opener, Saw Blade, Butterfly Wrench,4 -Position Wrench, Lanyard hole, Wrench, Ancillary Direction Indicator. Dimensions: 2.8 x 1.8 x 0.1 inch (7.1 x 4.6 x 0.3 cm).

Share ☑ 🖪 ⍾ ⍾

$16.99
FREE Shipping on your first order. Details & FREE Returns ⌄

Arrives: **Dec 2 - 4**

Fastest delivery **Nov 26 - 27**

In stock on November 24, 2020.
Order it now.

[ Buy Now ]

[ Add to Cart ]

🔒 Secure transaction

Ships from   Amazon
Sold by   Heartburg

☐ Add gift options

⊕ Select delivery location

Add to List

---

Inspired by your recent shopping trends



Carbon Fiber Wallets for Men - Minimalist Aluminum RFID Wallet for Men - Metal Wallet...
★★★★☆ 96
$13.98



MouZie Carbon Fiber Money Clip + Cash Strap Band Slim Aluminum RFID Blocking...
★★★★☆ 559
$39.99



Carbon Fiber Minimalist Wallet for Men Credit Card Holder Metal...
★★★★☆ 807
$19.99




Slim Metal Wallet for Men - RFID Money Clip Wallets for Men - Minimalist Rigid...
★★★★☆ 692
$19.99




Carbon Fiber RFID Wallet - Minimalist Credit Card Holder - Slim Rigid Front Pocket With Cash...
★★★★☆ 247
$18.99



RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men...
★★★★☆ 12,401
#1 Best Seller in Men's Wallets
$29.95



Slim Minimalist Wallet for Men/Credit Card Holder for Men with Money Clip (Carbon...
★★★★☆ 786
$29.95

Page 1 of 11



EXHIBIT 1020



prime wardrobe Try before you buy ›

## Special offers and product promotions

- **Amazon Business:** For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $16.99!** Get a $50 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card. Apply now

$24.95

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Slim Carbon Fiber Wallet with Money Clip & Real Carbon Fiber Bottle Opener Keychain & Black Metal Minimalist Multitool - RFID Blocking Front Pocket Credit Card Holder for Men and Women

## Product details

**Package Dimensions** : 3.95 x 2.8 x 0.65 inches; 3.21 Ounces

**Department** : Mens

**Date First Available** : April 9, 2019

**Manufacturer** : Hearthung

**ASIN** : B07QDS4SJC

**Amazon Best Sellers Rank:** #641,706 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)

#2461 in Men's Wallets

#195126 in Men's Shops

**Customer Reviews:** ★★★★☆ ˅   312 ratings

## Related video shorts (0)   Upload your video



**Be the first video**
Your name here

## Compare with similar items






|  | This item Slim Carbon Fiber Wallet with Money Clip & Real Carbon Fiber Bottle Opener Keychain & Black Metal Minimalist Multitool - RFID Blocking Front Pocket Credit Card Holder for Men and Women | RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men - Carbon Fiber Money Clip Wallet Metal - Mens Carbon Fiber Wallet Slim - Mens Wallet Carbon Fiber Card Holder with Money Clip | Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium Minimalist Wallets for Men - Slim Credit Card Holder - Business Card Holder - Mens Wallet - Aluminum Metal Wallet | Wallets for Men, Money Clip & RFID Blocking Wallet, Minimalist Metal Credit Card Wallet RFID - Mens Minimalist Front Pocket Wallets for Men - 2020 Version | Carbon Fiber Money Clip Wallet - Metal Credit Card Wallet RFID - Mens Minimalist Front Pocket Wallets for Men - 2020 Version |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | Add to Cart | Add to Cart 1 lim Stock | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (312) | ★★★★☆ (12,401) | ★★★★☆ (1,780) | ★★★★☆ (1,315) | ★★★★☆ (182) |
| Price | $16⁹⁹ | $24⁹⁵ | $15⁹⁵ | $14⁹⁹ | $11⁹⁵ |
| Shipping | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details |
| Sold By | Heartburg | SHEVROV SV | VIKROM | Joyborg | tohin |
| Color | carbon | Black | Black | Black | Carbon |
| Size | Small | — | Small | Large | — |

## Customer questions & answers

🔍 Have a question? Search for answers

| 1 vote | Question: | Does the multitool fit inside the wallet? |
|---|---|---|
| ▲ 1 ▼ vote | Answer: | Yes, as it is credit card size. The shark shaped piece does not. |

By Jason Watson on July 13, 2020

˅ See more answers (1)

| ▲ 0 ▼ votes | Question: | Cuántas tarjetas de crédito puede contener?? |
|---|---|---|
|  | Answer: | Llevo 7 tarjetas..pero entran muchas más ya que tiene una goma que estira bastante. |

By jose mateo perez on May 14, 2020

| ▲ 0 ▼ votes | Question: | is the whole thing real carbon fiber? or a wrap |
|---|---|---|
|  | Answer: | Key Organizer - whole thing real carbon fiber. Wallet - only wrap. |

By Heartburg SELLER on September 22, 2019

| ▲ 0 ▼ votes | Question: | How many keys does it hold? |
|---|---|---|
|  | Answer: | It can hold up to 18 keys, but it depends on keys thickness. |

By Heartburg SELLER on July 2, 2019

See more answered questions (2)

## Customer reviews

## Customer images

★★★★½  4.3 out of 5

312 global ratings

| | |
|---|---|
| 5 star | 61% |
| 4 star | 21% |
| 3 star | 10% |
| 2 star | 4% |
| 1 star | 5% |

˅ How are ratings calculated?

**By feature**

Durability   ★★★★½ 4.4
Stretch      ★★★★½ 4.4
Giftable     ★★★★½ 4.3

˅ See more

**Review this product**

Share your thoughts with other customers

[ Write a customer review ]

**Read reviews that mention**

[ carbon fiber ] [ money clip ] [ cards ] [ elastic ] [ compact ]

[ pulling ] [ bands ] [ durable ] [ bottle opener ] [ everyday ] [ holds ] [ tool ]

See all customer images

**Top reviews from the United States**

[ Top reviews ˅ ]


optimus

★★★☆☆  **Extremely tight for everyday use. Damages your cards.**
Reviewed in the United States on October 11, 2020
**Verified Purchase**

Not what I expected. This is nothing but 2 thick pieces of hard plastic attached to tight elastic bands between the 2. Although small and compact it is extremely tight to put your cards in or take them out. Which is why they put that notch in to push them out with your thumb. The problem is you push the corners of all of them out at the same time and then you have to use your fingers to sift through the one you want...

I didn't think it was a big deal after about 2 weeks of use I'm noticing the edges of my cards beginning to peel back... especially my main debit card which they recommend to put on top for easy access....

I fear that with continuous use I'll have to order a new debit card every 6 months, which is a pain since they give you a new card number each time and you'll have to update all your finances with the new card...the only thing I found convenient was the multi-tool which I keep under the metal clip where dollar bills would go. Other than that this wallet is a big inconvenience overall, I'll be returning this one and look for something more practical with more room.

Helpful   |   Comment   |   Report abuse

Juliocactus

★★★★☆  **Good for what it is**
Reviewed in the United States on February 24, 2020
**Verified Purchase**

The wallet and goodies are made very well for the design BUT with the elastic bands it's a bit complicated to pull a credit card out. Pulling ALL of them out is easy and often happens on accident but one single specific card is a chore to get out. Size is perfect and small even with 10+ cards like me. Money clip isn't bulky or bothersome. And it looks sleek and nice.

3 people found this helpful

Helpful   |   Comment   |   Report abuse



WalkingDeadJedi

★★★★☆ **Well made, durable**

Reviewed in the United States on October 6, 2019

**Verified Purchase**

This wallet is real carbon fiber not printed plastic. It is sturdy and well made. I bought this as a travel wallet but I found getting the cards in and out to be overly cumbersome. It seems to be a solid product, just not for me so much.

3 people found this helpful

Helpful | Comment | Report abuse



Trevor Bateman

★★★★★ **Key chain issue**

Reviewed in the United States on July 23, 2019

**Verified Purchase**

So far the product is great. I love the wallet, the only reason I didnt give 5 stars was because I have one defective piece. The key chain comes with extensions or spacers so you can have more room for your keys. I dont necessarily need the large spacers so I was going to use the short ones. I cant however because one of the spacers never got threaded so I cant screw it on. I could probably return this and get it replaced all together, but I've already gone through the trouble of removing the money clip and adding the band that I'd rather not spend the time going to the post office over one screw. I'll just have to use the large spacers.

One person found this helpful

Helpful | Comment | Report abuse



Diamond 💎 Princess 👑

★★★★★ **Very convenient and compact size**

Reviewed in the United States on December 11, 2019

**Verified Purchase**

My daughter's boyfriend loved that it fits all of his stuff and it's compact size yet still easy to get what card you need out without a hassle due to elastic type band that helps connect it and helps with the convenience of being able to store all your cards without then being snug and hard to get out what one you want

2 people found this helpful

Helpful | Comment | Report abuse

Joe G.

★★★★★ **Really good.**

Reviewed in the United States on August 8, 2020

**Verified Purchase**

Similar to others on Amazon, but carbon fiber seems to be higher quality than my last one. Multi tool and bottle opener are pretty damn cool!

One person found this helpful

Helpful | Comment | Report abuse

Joel B.

★★★★★ **Last Wallet You'll Ever Buy**

Reviewed in the United States on May 29, 2020

**Verified Purchase**

Great build quality. Looks amazing. The bottle opener and multi tool are a nice add-on to the already great product this wallet is.

One person found this helpful

Helpful | Comment | Report abuse



edwin enrique laguan trejo

★★★★★ **Durable**

**Verified Purchase**

Reviewed in the United States on March 1, 2020

Best part is, it doesn't even look like a wallet! Less likely to be taken and comes with a few extra items and holds everything in place well.

One person found this helpful

Helpful | Comment | Report abuse

See all reviews ›

Pages with related products. See and discover other items: slim cash wallet, Slim Cash Wallets, Explore wallets for keys

## "Inspired by your browsing history

| Tie Slim (2020) 1-pack - Slim & Sleek Bluetooth Tracker, Item Locator and Finder for Wallets... ★★★★☆ 8,054 $28.32 | Carbon fiber wallet Money Clip Credit Card holder-CL CARBONLIFE Clips for men (carbon... ★★★★☆ 2,670 $8.88 - $16.00 | Travelambo Carbon Fiber Money Clip Front Pocket Wallet Minimalist Wallet Slim Wallet Credit... ★★★★☆ 2,148 $8.99 | Minimalist Aluminum Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket... ★★★★☆ 317 $16.99 - $20.99 | TRAVANDO Slim Wallet with Money Clip AUSTIN RFID Blocking Card Mini Bifold Men ★★★★★ 9,351 $29.95 | Organic Liquid Elderberry - Immune System Support Syrup - Maximum Strength... ★★★★☆ 164 $13.87 | GOVO Badge Holder/Wallet - Durable Polycarbonate ID/Credit Holder with Metal Clip... ★★★★☆ 2,320 $17.99 |

## Deals in magazine subscriptions

| Reader's Digest ★★★★☆ 56 Print Magazine - - - | Real Simple ★★★★☆ 28 Print Magazine - - - | Martha Stewart Living ★★★★☆ 35 Print Magazine - - - | Food Network Magazine ★★★★☆ 45 Print Magazine - - - | Do It Yourself ★★★★☆ 13 Print Magazine - - - | EatingWell ★★★★☆ 15 Print Magazine - - - | Taste of Home ★★★★☆ 49 Print Magazine - - - |

$53.00

$53.00

$53.00

$6.00

$53.00

$53.00

$53.00

EXHIBIT 1021

≡ amazon

Hello
Select your address

Clothing, Shoes & Jewelry ▾   carbon fiber wallet

Hello, Sign in
Account & Lists ▾   Returns
& Orders   Try Prime ▾

Cart

Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   Shopper Toolkit   Find a Gift

Amazon Fashion   Sales & Deals   Women   Men   Kids   Luggage   New Arrivals   Our Brands

prime wardrobe
Try before you buy

‹ Back to results

Roll over image to zoom in

## RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Mens Wallet - Money Clip Metal Slim Card Holder

Visit the Access Denied Store

★★★★☆ ·   22 ratings

Price: **$25.00** & FREE Shipping. Details & FREE Returns

Color: **Black Carbonfiber**

- ✿ HANDMADE, BUILT TO LAST: This minimalist wallet is handmade out of carbon fiber aluminum metal and is made with precision and detail. Expect it to last for years!
- ✿ MINIMAL DESIGN: Small and compact built for only what you need, and nothing more. FEATURES: Holds up to 12 cards and 9 bills at once. MEASURES 3.5" x 2.2"
- ✿ SMART WALLET: RFID Blocking Guaranteed on your Credit Cards, Debit Cards, Driver License, and ID Cards. (NOTE: This wallet may not block ID badges, access cards, or hotel room cards which operate at a much lower frequency (120-150 KHz))
- ✿ PERFECT GIFT: Comes in a neat Gift Box making it the best choice for Business Gifts, Corporate Gifts, Birthdays, Anniversaries, Christmas, Father's Day, Valentine's Day, Brides, Groomsmen, and other special occasions.
- ✿ LIFETIME WARRANTY: Lifetime Warranty is provided for this wallet. We are able to implement this warranty because we believe in the quality of our product. ✿ FREE RETURNS: Don't like it? Send it back for a full refund so you can buy risk free!

New (2) from $25.00 + FREE Shipping

$25.00
& FREE Shipping. Details
& FREE Returns ▾

Arrives: **Wednesday, Oct 28**
Details

Fastest delivery: **Wednesday, Oct 21**
Order within 13 hrs and 22 mins
Details

**In Stock.**

Qty: 1 ▾

Buy Now

Add to Cart

Secure transaction

Ships from   Amazon
Sold by   Access Denied

□ Add gift options

⊙ Select delivery location

Add to List

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

New (2) from
$25.00 + FREE Shipping

Share ☑ f ⚈ 🅿

Have one to sell?

Sell on Amazon

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $25.00!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

## Frequently bought together



Total price: **$49.99**

Add both to Cart

Add both to List

These items are shipped from and sold by different sellers. Show details

☑ **This item:** RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Mens Wallet - Money Clip Metal Slim Card... $25.00
☑ Amazon Smart Plug, works with Alexa – A Certified for Humans Device $24.99

## Inspired by your recent shopping trends

**Product Description**

Introducing Our Newest Carbon Fiber Money Clip Wallet

# AD
## ACCESS DENIED ®

**Have a question?**

Find answers in product info, Q&A, reviews

🔍 Type your question or keyword

Carbon Fiber Wallets for
Men - Minimalist
Aluminum RFID Wallet
for Men - Metal Wallet...
★★★★☆ 96

MouZie Carbon Fiber
Money Clip + Cash Strap
Band Slim Aluminum
RFID Blocking...
★★★★☆ 559

Carbon Fiber Minimalist
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 807

Slim Metal Wallet for
Men - RFID Money Clip
Wallets for Men -
Minimalist Rigid...
★★★★☆ 492

Carbon Fiber RFID Wallet
- Minimalist Credit Card
Holder - Slim Rigid Front
Pocket With Cash...
★★★★☆ 247



RFID Carbon Fiber
Wallets for Men -
Minimalist Aluminum
Wallet for Men...
★★★★☆ 12,401
Wallets
$24.95

## Learn More About Our Luxurious Card Case

### HANDMADE, BUILT TO LAST

- This minimalist wallet is handmade out of carbon fiber aluminum metal and is made with precision and detail. Expect it to last for years!

### MINIMAL DESIGN

- Small and compact built for only what you need, and nothing more. FEATURES: Holds up to 12 cards and 9 bills at once. MEASURES: 3.5" x 2.2"

### SMART WALLET

- RFID Blocking on your Credit Cards, Debit Cards, Driver License, and ID Cards.
- NOTE: This wallet may not block ID badges, access cards, or hotel room cards that operate at a much lower frequency (120-150 KHz).

### PERFECT GIFT

- Comes in a neat Gift Box making it the best choice for Business Gifts, Corporate Gifts, Birthdays, Anniversaries, Christmas, Father's Day, Valentine's Day, Brides, Groomsmen, and other special occasions.

## Learn Everything You Need To Know





### Premium Quality Materials

- This minimalist wallet is handmade out of carbon fiber aluminum metal and is made with precision and detail.
- Expect it to last for years!

### Minimal Design Maximum Capacity

- Small and compact built for only what you need, and nothing more.
- FEATURES: Holds up to 12 cards and 9 bills at once.
- MEASURES: 3.5" x 2.2"




### Comes In a Classy Gift Box

- This slim Card Holder comes in a gift box offering a special gift for Business Gifts, Corporate Gifts, Birthdays, Anniversaries, Christmas, Mother's Day, Father's Day, Valentine's Day, Brides, Groomsmen, and other special occasions.
- Treat your loved ones with a high quality wallet, so they can be reminded of you every time they use their wallet.

### RFID Blocking

- All our wallets for men and women have been tested to block High Frequencies RFID signals (13.56 MHz) in which credit cards, debit cards, driver licenses and passports operate.
- Please note that most id badges, access cards and hotel room cards operate at a much lower frequency (120-150 KHz) and may not be blocked by this wallet.

| | Slim Money Clip Bifold Wallet | Slim Trifold Wallet | Vegan Leather Bifold Wallet |
|---|---|---|---|
| Card Slots | 7 | 7 | 9 |
| ID Window | ✓ | ✓ | ✓ |
| Size | 4.5" x 3" x 0.4" | 4.5" x 3.25" x 0.75" | 4.4" x 3.6" x 0.75" |
| Material | Genuine Leather | Genuine Leather | Genuine Leather |






## Product information

**Color Black Carbonfiber**

| | |
|---|---|
| Product Dimensions | 3.5 x 2.2 x 0.1 inches |
| Item Weight | 2.39 ounces |
| Department | Mens |
| Manufacturer | Access Denied |
| ASIN | B080TH385W |
| Item model number | HB1000-Black-Carbon |
| Customer Reviews | ★★★★☆ ⌄ 22 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #175,750 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)<br>#699 in Men's Wallets<br>#42,517 in Men's Shops |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Customer questions & answers

🔍 Have a question? Search for answers

**Question:** how durable is this item?

**Answer:** Indontknow

By Angel on September 17, 2020

0 votes

**Question:** Do they all have AD inscribed on them?

# Videos

0 votes

**Answer:** Hi there,

Yes, AD is our logo and is on every single money clip! ... see more

By Access Denied SELLER on September 16, 2020

∨ See more answers (1)

Upload your video

## Videos for this product



du@sh

**Customer Review:** Lost 2 stars because of functionality

4:26

## Videos for related products

Top 10 Coolest Smart Wallet for Men

TOP 10 SMART WALLET

Top 10 Zone

14:59

Top 10 Best Anti-Theft Smart Wallets for Men

TOP 10 SMART WALLET

Top 10 Zone

20:05

Top 10 Amazing Smart Wallet Every Men Should Have

TOP 10 SMART WALLET

Top 10 Zone

12:11

5 Best Tactical EDC Wallets

TACTICAL EDC WALLETS

Top 10 Zone

9:06

The 10

BEST

Ezvid W

Page 1 of 2

## Customer reviews

★★★★☆ 4.3 out of 5

22 global ratings

| | |
|---|---|
| 5 star | 63% |
| 4 star | 18% |
| 3 star | 6% |
| 2 star | 6% |
| 1 star | 6% |

∨ How are ratings calculated?

## By feature

Thickness ★★★★★ 5.0

Stretch ★★★★★ 5.0

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

Top reviews ∨

## Top reviews from the United States

du@sh

★★★☆☆ **Lost 2 stars because of functionality**

Reviewed in the United States on August 27, 2020

Color: Black Carbonfiber   **Verified Purchase**





It's midnight, so I have to mute this, but...

The video explained all.
Like: look and quality.
Dislike: hard to pull cards out.

3 people found this helpful

Helpful | Comment | Report abuse



### J. Hilgers
⭐⭐⭐⭐⭐ **Best wallet I've ever owned--I love it**

Reviewed in the United States on October 8, 2020

Color: Black CarbonfiberVerified Purchase

This is precisely what I have been looking for over 50 years. I was so tired of the fat wallets that were uncomfortable carrying in your pants or jacket. This little compact guy does everything the big boys do but at about one-fourth of the size. Every time I pull it out, people around me want to see it, feel it, and check out its' functionality. I may be one of their best salespeople! It's just such a blessing after you have been toting around the the fat boys. Try it; you will love it!

Helpful | Comment | Report abuse

### Patsy

Reviewed in the United States on September 28, 2020

Color: Black CarbonfiberVerified Purchase

I gave this to my son-in-law. Wasn't sure he would really like it and much to my surprise he loved it!!! He said it was perfect since he only needs to carry his driver's license and a credit card. The wallet is small, easy to fit into any pocket and he knows his credit card or cards are safe!

Helpful | Comment | Report abuse

### Jordan Hitt
⭐⭐⭐⭐⭐ **gifted**

Reviewed in the United States on August 28, 2020

Color: Black CarbonfiberVerified Purchase

Ordered this because I needed something small and manageable. So far I am liking it, money clip is sturdy, can easily fit 10 cards in it, and the elastic is stretchy but holds strong so cards don't fall out. Already notice a difference when I sit down compared to my old bigger wallet. Would definitely recommend this low profile wallet.

Helpful | Comment | Report abuse

### James kocot
⭐⭐⭐⭐⭐ **Already notice a difference**

Reviewed in the United States on September 29, 2020

Color: Black CarbonfiberVerified Purchase

This is really a great wallet. It is so small and flat the it almost disappears in your pocket. Looks great and works great.

Helpful | Comment | Report abuse

### Caroline Barako
⭐⭐⭐⭐⭐ **perfect fit**

Reviewed in the United States on September 13, 2020

Color: Black CarbonfiberVerified Purchase



Looks like works as it should

Helpful    Comment    Report abuse

Susie g Lopez

★★★★★ **Great traveling wallet**
Reviewed in the United States on October 15, 2020
Color: Black Carbonfiber    **Verified Purchase**
This wallet was great for traveling

Helpful    Comment    Report abuse

Spencer W.

★★★★★ **Great purchase**
Reviewed in the United States on October 17, 2020
Color: Black Carbonfiber    **Verified Purchase**
This is the second wallet I have bought from this company and I just love them. I could not recommend them highly enough!

Helpful    Comment    Report abuse

See all reviews ›

**Feedback**

› If you have a question or problem, visit our **Help pages.**

› If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**EXHIBIT 1022**

## amazon

Clothing, Shoes & Jewelry ▾ | carbon fiber wallet | 🔍

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

🛒 Cart

Hello
Select your address

**Amazon Fashion** | Holiday Deals | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Gift Cards | Free Shipping | Registry | Sell | Coupons | #FoundItOnAmazon | Shopper Toolkit | Find a Gift

Hello, Sign in
Account & Lists ▾

Our Brands

prime wardrobe
Try before you buy

‹ Back to results

Roll over image to zoom in

### Minimalist Carbon Fiber Slim Wallet | RFID Blocking Front Pocket Wallet | Carbon Fiber Money Clip | Carbon Wallet | Credit Card Holder for Men | Metal Wallet

Brand: Crosten

★★★★☆ ˅   38 ratings

Price: **$11.95** FREE Shipping on your first order. Details & FREE Returns

- ✓ RFID Blocking Technology: This money clip or business card holder can protect your private information and credit cards, ID card, passport, driver license from thieves' scanning devices, ensure your private property safety. US GOVT. FIPS 201 APPROVED.
- ✓ Money Clip & Elastic Webbing: Made of 304 stainless steel and carbon fiber, it can be used to hold cash and bills handy. Humanized and easy-to-use design, flexible elastic webbing on three sides greatly improved the card holding capacity, your card will not slip out easily. The card portion has a convenient cut out where with a simple thumb maneuver your cards are exposed for you to choose the one needed.
- ✓ Slim & Ultra Light: Significantly thinner than traditional wallets, this RFID wallet can easily holds maximum 12 cards. You can use it to hold your ID card, credit cards, debit cards, passport, driver license, club membership and so on. Ultra light and thick body makes it comfortable for daily life or travel.
- ✓ High Quality and Good Appearance: 100 percent real carbon fiber RFID credit card holder which ensures long service life. 304 stainless steel money clip, slim yet expandable build, you can enjoy a durable wallet with good touch and stylish simplicity.

**$11.95**

FREE Shipping on your first order. Details & FREE Returns ˅

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Wednesday, Oct 21**
Order within 11 hrs and 7 mins
Details

**In Stock.**

Qty: 1 ˅

**Buy Now**

**Add to Cart**

🔒 Secure transaction

Ships from   Amazon
Sold by   Kypex

☐ Add gift options

◉ Select delivery location

Add to List

Have one to sell?

Sell on Amazon

Share  ✉ 📘 🐦 📌

### Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $11.95!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

### Frequently bought together

Total price: **$46.95**

Add both to Cart

Add both to List

Show details

### Inspired by your recent shopping trends

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** Minimalist Carbon Fiber Slim Wallet | RFID Blocking Front Pocket Wallet | Carbon Fiber Money Clip… $11.95

☑ Natural Shilajit Resin (7 Grams) - Top Quality Source of Organic, Plant-Based Nutrients for Energy… $35.00 ($142.86 / 1 Ounce)



Carbon Fiber Wallets for Men - Minimalist Aluminum RFID Wallet for Men - Metal Wallet...
★★★★☆ 96
$13.98

MouZie Carbon Fiber Money Clip + Cash Strap Band Slim Aluminum RFID Blocking...
★★★★☆ 559
$39.99

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 807
$19.99

Slim Metal Wallet for Men - RFID Money Clip - Minimalist Credit Card Wallets for Men -...
★★★★☆ 492
$19.99

Carbon Fiber RFID Wallet - Minimalist Credit Card Holder - Slim Rigid Front Pocket With Cash...
★★★★☆ 247
$18.99

RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men...
★★★★☆ 12,401
#1 Best Seller in Men's Wallets
$24.95

$29.95

## Have a question?

Find answers in product info, Q&A, reviews

🔍 Type your question or keyword

## Product information

| | |
|---|---|
| Package Dimensions | 3.8 x 2.8 x 0.6 inches |
| Item Weight | 2.39 ounces |
| Department | Mens |
| Manufacturer | Croslen |
| ASIN | B08B2MOQHP |
| Customer Reviews | ★★★★☆ ˅ 38 ratings 4.7 out of 5 stars |
| Best Sellers Rank | #56,124 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #197 in Men's Wallets #12,672 in Men's Shops |

## Warranty & Support

Product Warranty: For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ˅

## Customer questions & answers

🔍 Have a question? Search for answers

**Question:** What's the screwdriver for?

**Answer:** A screwdriver is needed to disassemble the carbon fiber and thoroughly clean it from dust and dirt.

By Kypex seller on August 16, 2020

► ◄ 0 votes ►

**Question:** Does it include any extra screws?



## Videos

### Videos for related products

0 votes

**Answer:** Yes, there are two extra screws included.
By Kypex seller on August 18, 2020
See more answers (2)

Top 10 Coolest Smart Wallet for Men
Top 10 Zone — 14:39

Top 10 Best Anti-Theft Smart Wallets for Men
Top 10 Zone — 20:05

Top 10 Amazing Smart Wallet Every Men Should Have
Top 10 Zone — 12:11

5 Best Tactical EDC Wallets
Top 10 Zone — 9:06

The 10 Best Slim Wallets
Ezvid Wiki — 4:07

The 10
Ezvid W

Page 1 of 2

Upload your video

## Customer reviews

★★★★½ 4.7 out of 5

38 global ratings

| | |
|---|---|
| 5 star | 76% |
| 4 star | 15% |
| 3 star | 9% |
| 2 star | 0% |
| 1 star | 0% |

How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Amazon Customer

★★★★★ **Good product**
Verified Purchase
Reviewed in the United States on October 15, 2020
Good quality

Helpful | Comment | Report abuse

Daniel Parker

★★★★★ **Best for price and best all around micro wallet**
Verified Purchase
Reviewed in the United States on October 11, 2020
Tiny but big lol it works perfectly as it should quality unmatched 5 star all the way

Helpful | Comment | Report abuse

See all reviews ›

Top reviews ˅

## Feedback

- If you have a question or problem, visit our **Help pages**.
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Deals in magazine subscriptions



TRADER, TIDITY LOGADU and Finder for Wallets...
★★★☆ 8,654
$28.32

TRADER GL CARBONFIBRE Clips for men's 2,670
$8.88 - $16.00

Wallet, minimalist Wallet Slim Wallet Credit...
★★★★☆ 2,148
$8.99

Wallet & RFID Blocking Front Pocket...
★★★☆ 317
$16.99 - $20.99

RFID Blocking Card min Bifold Men
★★★★☆ 9,351
$29.95

System Support Syrup - Maximum Strength...
★★★★☆ 164
$13.87

Polycarbonate ID/Credit Holder with Metal Clip...
★★★★☆ 7,520
$17.99

Reader's Digest
★★★★☆ 56
Print Magazine
$5.00

Food & Wine
★★★★☆ 12
Print Magazine
$3.00

Better Homes and Gardens
★★★★☆ 55
Print Magazine
$5.00

Martha Stewart Living
★★★★☆ 55
Print Magazine
$5.00

Elle
★★★☆☆ 13
Print Magazine
$5.00

HGTV Magazine
★★★★☆ 16
Print Magazine
$10.00

Bicycling
★★★★☆ 6
Print Magazine
$20.00

Your Browsing History   View or edit your browsing history ›

See personalized recommendations

Sign in

### Get to Know Us

Careers

Blog

About Amazon

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

New customer? Start here.

**EXHIBIT 1023**

Page 1 of 10

amazon

Hello
Select your address

Clothing, Shoes & Jewelry ▾   carbon fiber wallet

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

Cart

Amazon Fashion   Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   Shopper Toolkit   Find a Gift

Men   Women   Kids   Luggage   New Arrivals   Our Brands

prime wardrobe
Try before you buy

‹ Back to results

Roll over image to zoom in

CARDEE Aluminum Wallets for Men, Slim Carbon Fiber Wallets with Money Clip, Minimalist Front Pocket Card Holder Metal Wallet, Personalized Mens Gifts for Birthday (Blue)

Brand: n-a

★★★★☆ ˅   33 ratings

Price: **$11.99** FREE Shipping on your first order. Details & FREE Returns

Join Prime to save $1.80 on this item

Color: **Blue**

| | | | |
|---|---|---|---|
| $11.99 | **$11.99** | $11.99 | $11.99 |

- **[RFID BLOCKING TECHNOLOGY]** - This rfid blocking slim wallet can protect your private information and credit cards, ID card, passport, driver license from thieves' scanning devices, ensure your private property safety.
- **[HOLDS UP TO 12 CARDS WITHOUT STRETCHING]** - This slim money clip wallet can hold up to 12 cards without getting uncomfortable to carry. The money clip keeps your cash in place too. It's easy to insert and pull out the cards you need from this card wallet.
- **[SLIM & ULTRA LIGHT]** - This minimalist aluminum metal wallet is significantly thinner than traditional wallets. Ultra light and thick body makes it comfortable for daily life or travel.
- **[HIGH QUALITY AND GOOD APPEARANCE]** - 100% real carbon fiber card holder wallet which ensures long service life. 304 stainless steel metal clip, slim yet expandable build, you can enjoy a durable wallet with good touch and stylish simplicity.
- **[A GIFT FOR THE MAN IN YOUR LIFE]** - If you're looking for great personalized birthday gifts for men, this carbon fiber wallet is the answer. Regardless of the occasion, this minimalist wallet for men is attractive and practical gift.

**$11.99**

FREE Shipping on your first order. Details & FREE Returns ˅

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Tomorrow**
Order within 3 hrs and 57 mins
Details

**In Stock.**

Qty: 1 ˅

**Buy Now**

**Add to Cart**

🔒 Secure transaction

Ships from   Amazon
Sold by   darksign

☐ Add gift options

⊘ Select delivery location

Add to List

Share ✉ f ⦿

Have one to sell?

Sell on Amazon

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $11.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**Inspired by your recent shopping trends**

| | Minimalist Carbon Fiber Wallet, Metal Wallet with Money Clip, RFID Blocking Credit Card… | Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium… | Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal… | Slim Metal Wallet for Men - RFID Money Clip Wallets for Men - Minimalist Rigid… | Carbon Fiber RFID Wallet - Minimalist Credit Card Holder - Slim Rigid Front Pocket With Cash… | Wallets for Men, Money Clip & RFID Blocking Wallet, Minimalist Carbon Fiber Wallet |
|---|---|---|---|---|---|---|
| | ★★★★★ 257 | ★★★★★ 1,780 | ★★★★★ 807 | ★★★★★ 492 | ★★★★★ 247 | ★★★★★ 1,315 |
| | $15.99 | $15.95 | $19.99 | $19.99 | $18.99 | $14.99 |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color: Blue

**Why choose this wallet**

**RFID BLOCKING:**
Minimalist slim wallet can block RFID signals from cards working at 13.56MHz, includes credit card/debit cards, ID cards and driver license.

**High Quality & Long Lasting Durable:**
Durable stainless steel carbon fiber aluminum material and high quality accessories make the wallet last a lifetime.

**ULTRA COMPACT:**
The wallet fits comfortably in your pocket and simplify your life.

**BIG CAPACITY:**
The main compartment can holds 1-12 cards and stretches to hold exactly what you need; money clip can hold your cash/notes at the same time, and it is removable when you don't need it.

**PERFECT GIFT FOR:**
friends
husband
business
partners

**PACKAGE INCLUDE:**
1x carbon fiber card holder

## Product information

Color: **Blue**

| | |
|---|---|
| Package Dimensions | 3.85 x 2.6 x 0.5 inches |
| Item Weight | 2.25 ounces |
| Department | Unisex-adult |
| ASIN | B088LRCHXP |
| Customer Reviews | ★★★★☆ 33 ratings<br>4.1 out of 5 stars |
| Best Sellers Rank | #262,840 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)<br>#1,053 in Men's Wallets<br>#87,954 in Men's Shoes |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄



## Customers also viewed these products

Carbon Fiber Minimalist Wallet for Men - RFID Wallets for Men Credit Card Holder Metal...
★★★★☆ 807
$19.99 - $25.99

Carbon Fiber Minimalist Money Clip Wallets for Men - Slim RFID...
★★★★☆ 96
$9.99 - $13.99

Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium...
★★★★☆ 1,780
$15.95

Aluminum Wallets for Men, LOOKISS RFID Minimalist Wallet for Men, Money Clip...
★★★★☆ 796
$15.39 - $22.99

Carbon Fiber Wallets for Men - Minimalist RFID Aluminum RFID Wallet for Men - Metal Wallet...
★★★★☆ 96
$13.98

Carbon Fiber Wallet for Men - Minimalist RFID Metal Wallet for Men - Aluminum Wallet...
★★★★☆ 159
$12.98

Page 1 of 7

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

Page 1 of 2

## Videos

### Videos for related products

Upload your video

Top 10 Coolest Smart Wallet for Men
Top 10 Zone
14:59

Top 10 Best Anti-Theft Smart Wallets for Men
Top 10 Zone
20:05

Top 10 Amazing Smart Wallet Every Men Should Have
Top 10 Zone
12:11

5 Best Tactical EDC Wallets
Top 10 Zone
9:06

The 10 Best Slim Wallets
Ezvid Wiki
4:07

The 10
Ezvid W

## Customer reviews

★★★★☆ 4.1 out of 5

Top reviews

33 global ratings

| | |
|---|---|
| 5 star | 56% |
| 4 star | 21% |
| 3 star | 11% |
| 2 star | 5% |
| 1 star | 8% |

˅ How are ratings calculated?

## By feature

| | |
|---|---|
| Giftable | ★★★★★ 4.8 |
| Thickness | ★★★★★ 4.6 |
| Durability | ★★★★☆ 4.6 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States



Hamilton

★★★★★ **It's cheaper all the ways next to ridge...**

Reviewed in the United States on October 3, 2020

Color: Silver   **Verified Purchase**

I have 2 of these .. this one one I paid 95 for.. the one is real. it is way nicer.. and I won't ever replace it .. the second one is cheap. it is not junk. But cheap.. it chips and scratch easier. It 12 dollars. It's worth it ..it makes u get rid of all the junk in the wallet .. ridge is much better.. but it is not super junk. It is not as nice as the real one.. but u can buy 8 for the same price.. it works

Helpful   Comment   Report abuse



br0

★★★★★ **Lightweight, sturdy, and recommended.**

Reviewed in the United States on September 7, 2020

Color: Black   **Verified Purchase**

Good stuff. Obviously it isn't 100% carbon fiber, but it still looks and feels great. Bought this to replace my tired, beat up wallet from 9 years ago and it gave me great incentive to toss all the unnecessary cards I was carrying. Super lightweight and the money clip is WICKED strong. Maybe not the best choice if you carry lots of cash.

Helpful   Comment   Report abuse



Angelo

★★★★★ **Worth every penny!!**

Reviewed in the United States on September 18, 2020

Color: Red   **Verified Purchase**

Worth every penny even if it was 3x's as much well made works well I have 16 cards in it and still could fit more if I wanted to totally over load it as it pretty much is and works awesome would and did recommend to a few friends

Helpful   Comment   Report abuse



P. J. Srate

★★★★☆ **Different**

Reviewed in the United States on September 19, 2020

Color: Red   **Verified Purchase**

Not sure. Thought it would be easier to use. Took a minute to figure it out.

Helpful   Comment   Report abuse

Jordan Olson

★★★☆☆ **Good Product**

Reviewed in the United States on August 24, 2020

Color: Black   **Verified Purchase**   **Early Reviewer Rewards** (What's this?)

Product is just as described. Holds my necessities well. Worth the money

Helpful   Comment   Report abuse

Darian Dillard

★★★★★ **The best wallet ever!**

Reviewed in the United States on August 6, 2020

Color: Black   **Verified Purchase**   **Early Reviewer Rewards** (What's this?)



I love it! I'm not going back to a regular wallet!

Helpful | Comment | Report abuse

Luis A. Hernandez

★★★★☆ **Better than a wallet**
Reviewed in the United States on August 26, 2020
Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)
Is thinner not as bulky than a regular wallet

Helpful | Comment | Report abuse

Austin Hundley

★★★★★ **Great purchase**
Reviewed in the United States on August 6, 2020
Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)
Great for the price. Exactly what I needed

Helpful | Comment | Report abuse

See all reviews ›

**Feedback**

▸ If you have a question or problem, visit our Help pages.

▸ If you are a seller for this product and want to change product data, click here (you may have to sign in with your seller id).

### Best sellers in Kindle eBooks

Print Magazine
$5.00
★★★★☆ 23

$5.00
1 2 3 4 5 Angelos PC

$7.50
1 2 3 4 5 Angelos PC

$5.00
1 2 3 4 5 Angelos PC

$5.00
1 2 3 4 5 Angelos PC

$5.00
1 2 3 4 5 Angelos PC

$5.00
1 2 3 4 5 Angelos PC

## Your Browsing History

View or edit your browsing history ›

Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,183
Kindle Edition
$12.99

The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★★ 5,157
Kindle Edition
$13.99

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 548
Kindle Edition
$14.99

The Key to Rebecca
› Ken Follett
★★★★☆ 1,652
Kindle Edition
$1.99

If You Tell: A True Story of Murder, Family...
› Gregg Olsen
★★★★☆ 16,718
Kindle Edition
$4.99

Pretty Things: A Novel
› Janelle Brown
★★★★☆ 1,280
Kindle Edition
$13.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
★★★★☆ 3,201
Kindle Edition
$4.99

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



EXHIBIT 1024

amazon

Hello
Select your address

Clothing, Shoes & Jewelry ▾   carbon fiber wallet

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

Cart

Amazon Fashion   Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Men   Kids   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   New Arrivals   Our Brands

Sales & Deals   Women   Luggage

prime wardrobe
Try before you buy ▾

Shop deals before they're gone   prime wardrobe
Try before you buy

‹ Back to results

Jurtasjo

**Brand: Jurtasjo**

Carbon Fiber Money Clip Wallet | Aluminum Wallet For Men | Metal Money Clip Elastic Wallets | Men Metal Wallet

★★★★☆ ▾   319 ratings | 6 answered questions

Price: **$10.99** FREE Shipping on your first order. Details.
FREE Returns

**Material:** carbon fibre

**Color:** Black

- 无衬里 lining
- Snap closure
- ✓ 【RFID shield design】The metal wallet can effectively block THE NFC RFID, preventing the credit card inside the wallet from being stolen.
- ✓ 【minimalist Wallet】Designed to be thinner and smaller than a traditional wallet, it can hold up to 12 CARDS. This ultra-thin wallet is very suitable for carrying business CARDS, ID CARDS, credit CARDS, etc. The external notch makes it easy to roll out CARDS.
- ✓ 【Carbon fiber wallet】The carbon fiber material case makes the wallet stronger, more durable and proven.
- ✓ 【material and craft】The internal structure is shown in the figure. The base plate is made of solid aluminum plate by precise NUMERICAL control processing. The Money Clip is strengthened and upgraded by screws to ensure that it will not fall off easily and can hold a few banknotes. Fine woven elastic for reuse.
- ✓ 【Worry free after sale】The right price, let the price return to the product itself. Jurtasjo is responsible for the goods sold. If you have any questions about the products purchased, Please contact us，we will give you a quick solution within 24 hours.

$10.99
FREE Shipping on your first order. Details & FREE Returns ▾

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Tomorrow**
Order within 3 hrs and 37 mins
Details

**In Stock.**

Qty: 1 ▾

**Buy Now**

**Add to Cart**

Secure transaction

Ships from   Amazon
Sold by   Jurtasjo

☐ Add gift options

Select delivery location

Add to List

Share ☑ 🔗 📌

## Special offers and product promotions

- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $10.99**: Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

Share ☑ 🔗 📌

## Product description

## Product details

**Product Dimensions** : 3.4 x 2.2 x 0.5 inches; 2.5 Ounces
**Department** : Mens
**Date First Available** : August 9, 2019
**Manufacturer** : Jurtasjo
**ASIN** : B07W72ZYZ2
**Amazon Best Sellers Rank**: #532,508 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#1340 in Men's Wallets
#88657 in Men's Shops
**Customer Reviews:** ★★★★☆ ∨   319 ratings

## Videos

### Videos for related products


Top 10 Coolest Smart Wallet for Men
Top 10 Zone
14:39


Top 10 Best Anti-Theft Smart Wallets for Men
Top 10 Zone
20:05


Top 10 Amazing Smart Wallet Every Men Should Have
Top 10 Zone
12:11


5 Best Tactical EDC Wallets
Top 10 Zone
9:06


The 10 Best Slim Wallets
Ezvid Wiki
4:07


The 10
Ezvid W

∧

Upload your video

Page 1 of 2

## Compare with similar items


**This item** Carbon Fiber Money Clip Wallet | Aluminum Wallet For Men | Metal Money Clip Plastic Wallet |


RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Wallet for Men - Carbon Fiber Money Clip


Carbon Fiber Wallet and Money Clip - RFID Blocking Front Pocket Wallet - Premium Minimalist


Slim Metal Wallet for Men - RFID Money Clip Wallets for Men - Minimalist Rigid Wallets for Men


Carbon Fiber Money Clip Wallet - Metal Credit Card Wallet RFID - Mens Minimalist Front Pocket

| | Men Metal Wallet | Wallet Metal - Mens Carbon Fiber Wallet Slim - Mens Wallet Carbon Fiber Card Holder with Money Clip | Wallets for Men - Slim Credit Card Holder - Business Card Holder - Mens Wallet - Aluminum Metal Wallet | Credit Card Holder | Wallets for Men - 2020 Version |
|---|---|---|---|---|---|
| | | #1 Best Seller | | | |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (319) | ★★★★☆ (12,401) | ★★★★☆ (1780) | ★★★★☆ (492) | ★★★★☆ (182) |
| Price | $10⁹⁹ | $24⁹⁵ | $15⁹⁵ | $19⁹⁹ | $11⁹⁵ |
| Shipping | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. |
| Sold By | Jurtasjo | SHEVROV SV | VIKROM | ROSSM | tohin |
| Color | Black | Black | Black | Black | Carbon |
| Size | One_Size | — | Small | Small | — |

## Customer questions & answers

Have a question? Search for answers

**votes** 0

**Question:** Can the money clip be removed?

**Answer:** A 1.5mm thick hex wrench is needed to remove it, but a screwdriver is not currently available.
By Jurtasjo SELLER on April 24, 2020
˅ See more answers (1)

**votes** 0

**Question:** Is that real carbon fiber used as a panel or just imitation, painted to look like carbon fiber?

**Answer:** The panel is made of carbon fiber, not painted imitation, and lined with aluminum, which is fastened to the panel by screws. If you have any questions, please feel free to contact me. We are happy to provide after-sales service for you.
By Jurtasjo SELLER on June 5, 2020
˅ See more answers (3)

**votes** 0

**Question:** Does it have the 'jurtasjo' logo on it? I think i would prefer not to have any logo on it rather than having 'jurtasjo'

**Answer:** It has some kind of small logo on it but not very noticeable
By Mel on December 24, 2019
˅ See more answers (1)

**votes** 0

**Question:** The clip was not attached for one of my wallets.

**Answer:** Send it back and let them you know you want a clip on your wallet.
By Sven on September 19, 2020
˅ See more answers (1)

See more answered questions (2)

## Customer reviews

★★★★☆ 4.4 out of 5

## Customer images



319 global ratings

˅ How are ratings calculated?

| | |
|---|---|
| 5 star | 68% |
| 4 star | 18% |
| 3 star | 8% |
| 2 star | 2% |
| 1 star | 4% |

## By feature

| Thickness | ★★★★☆ 4.7 |
|---|---|
| Sturdiness | ★★★★☆ 4.4 |
| Durability | ★★★★☆ 4.3 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review

## Read reviews that mention

| money clip | credit cards | front pocket | card holder | like it so much |
| cards in my pocket | secure | holds | elastic | metal | pants |
| apart | bulky | carry | durable | tight |

See all customer images












## Top reviews from the United States

Top reviews ˅



👤 Gavin

★★★★★ **Great Wallet, Even Without the Screwdriver**

Reviewed in the United States on March 9, 2020

**Verified Purchase**

As a cheaper alternative to a certain wallet of the same design, it ticks all the boxes. Sturdy feeling, the metal is quite matte so it's not looking like a shiny knockoff, cards are easy to skip in and the money clip is strong. Only downside is it doesn't come with the screwdriver if it needs tightening, but the amount you'll save compared to versions that come with the screwdriver you can just buy another one...or a screwdriver. Your choice. Great wallet though.

4 people found this helpful

Helpful    Comment    Report abuse




👤 tiger222mi

★★★☆☆ **Looks nice, but definitely worse than a leather wallet**

Reviewed in the United States on August 23, 2020

**Verified Purchase**

If you're buying this product because you think it will be thinner than a wallet, don't, because it's not. It's the same thickness as my leather wallet, and while it looks nice, the functionality is much worse. If you want to remove any card that's not in the front or back of your pile, you have to remove every card. It took me 9 seconds to remove a middle card versus 3 from my wallet. Secondly, I fear that my cards are going to get worn down from the constant sliding in and out due to how strongly held together the two sides are. Lastly, it's pretty tough to actually pull apart the two sides to insert your cards, there's no grip and the band is pretty tight.

One person found this helpful

Helpful    Comment    Report abuse



Helpful ✓ from B. More



★★★★★ **Great for drivers**

Reviewed in the United States on July 28, 2020

Material: carbon fibre   Color: Black   **Verified Purchase**

When you drive a lot, a wallet can be a pain in the ass. So I using a money clip with a built-in credit card holder. The problem was that the credit cards would sometimes fall-out. This product holds my credit card and money secure. It also shielding my credit cards from scanners. I put this in my front pocket and away I go.

One person found this helpful

Helpful | Comment | Report abuse

 Sven

★★★★☆ **Product is 4 stars, Customer Service is 10 starts**

Reviewed in the United States on April 27, 2020

**Verified Purchase**

Over all it's a B+. I have only been using it for a few days and the metal paint is starting to wear off. But it's very durable and firmly holds everything in place.

Its now July and my elastic riped. Do not buy

2 people found this helpful

Helpful | Comment | Report abuse

 MK

★★★★★ **Just what I needed! Thank you.**

Reviewed in the United States on June 9, 2020

Material: carbon fibre   Color: Black   **Verified Purchase**

I've purchased this about 4 weeks ago and I love this! I've hated bulky wallets for so long! I started putting credit cards in my pocket and this was the best way to keep them secure and all in one place. I like it so much I bought my friend one just now.

One person found this helpful

Helpful | Comment | Report abuse

MoodyBlues2017

★★★★★ **Nice product**

Reviewed in the United States on February 23, 2020

**Verified Purchase**

Great

2 people found this helpful

Helpful | Comment | Report abuse

 Ehdeuld

★★★☆☆ **It was the cheapest for a reason**

Reviewed in the United States on April 28, 2020

**Verified Purchase**

Had it for about 2 weeks and the sides are caving in. Where it thins over the elastic straps, its bent. One

spot has a crack showing. We will hang on till mass apart. And get a more expensive one.

Amazon Customer

★★★☆☆ **Nice but didn't hold contents firmly**

Reviewed in the United States on November 19, 2019

**Verified Purchase**

The wallet is nice, and nicely constructed, but the elastic fails to hold the contents very firmly. As I walked, it released all of my cards into my pocket which made for a bit of a mess at the checkout of the store. I corrected this with a Velcro band, which they should probably include in the purchase.

Helpful | Comment | Report abuse

See all reviews ›

Helpful | Comment | Report abuse

## Inspired by your recent shopping trends

| | | | | |
|---|---|---|---|---|
| Minimalist Wallet for Men Carbon Fiber Aluminum Card Holder Money Clip RFID... ★★★★☆ 328 $19.99 | Minimalist Carbon Fiber Wallet, Metal Wallet with Money Clip, RFID Blocking Credit Card... ★★★★☆ 257 $15.99 | Carbon Fiber Wallet and Money Clip- RFID Blocking Front Pocket Wallet - Premium... ★★★★☆ 1,780 $15.95 | Carbon Fiber RFID Wallet - Minimalist Credit Card Holder - Slim Rigid Front Pocket With Cash... ★★★★☆ 247 $18.99 | Wallets for Men, Money Clip & RFID Blocking Wallet, Minimalist Carbon Fiber Wallet ★★★★☆ 1,315 $14.99 | Slim Carbon Fiber Rfid Blocking Wallet Money Clip For Men - Minimalist Mens Credit Card Cash... ★★★★☆ 168 $14.99 |

## Inspired by your browsing history

| | | | | |
|---|---|---|---|---|
| Tile Slim (2020) 1-pack - Slim & Sleek Bluetooth Tracker, Item Locator and Finder for Wallets... ★★★★☆ 8,554 $28.32 | Carbon Fiber wallet Money Clip Credit Card holder-CL CARBONLIFE Clips for men ★★★★☆ 2,670 $8.88 - $16.00 | Travelambo Carbon Fiber Money Clip Front Pocket Wallet Minimalist Wallet Slim Wallet Credit... ★★★★☆ 2,148 $8.99 | Minimalist Aluminum Fibre Slim Wallet, Slim Wallet & RFID Blocking Front Pocket... ★★★★☆ 317 $16.99 - $20.99 | TRAVANDO Slim Wallet with Money Clip AUSTIN RFID Blocking Card Mini Bifold Men ★★★★☆ 9,351 $29.95 | Organic Liquid Elderberry - Immune System Support Syrup - Maximum Strength... ★★★★☆ 164 $13.87 | GOVO Badge Holder/Wallet - Durable Polycarbonate ID/Credit Holder with Metal Clip... ★★★★☆ 7,520 $17.99 |

## Deals in magazine subscriptions



amazon

Hello
Select your address

carbon fiber wallet

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

Cart

Clothing, Shoes & Jewelry

**Amazon Fashion**

Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   Shopper Toolkit   Find a Gift

Sales & Deals   Women   Men   Kids   Luggage   New Arrivals   Our Brands

prime wardrobe Try before you buy

‹ Back to results



Brand: Northern Heritage

## RFID Blocking Carbon Fiber Credit Card Small Slim Wallet for Men with Money Clip

★★★★☆ ∨   49 ratings

Price: **$24.95** FREE Shipping on your first order. Details

FREE Returns

**Color: Black**

- Carbon Fiber
- RFID Signal Blocking lining
- Dynamic closure
- [RFID DATA PROTECTION] Does what it says. The carbon fiber layers and RFID blocking technology keep your card data SAFE. Reliably and consistently PREVENTS wireless data skimming fraud. Works in ALL environments and ANYWHERE you travel. A MUST in today's data-driven era
- [NOT A BULKY TRADITIONAL WALLET] A thin, slim, wallet for the modern technology era with a MINIMAL COMPACT design. Fits easily into a front, jacket or pants pocket and won't scratch your phone screen. or get scuffed after months of normal everyday use
- [CAPACITY FOR WHAT YOU NEED] Whether it's your driver's license, credit/debit, social security or other cards, securely and comfortably carry up to 12 cards (8-10 recommended) and up to 9 folded bills in the money clip.
- [EASY TO USE] YOU BET. Included instructions illustrate how to easily insert cards into the wallet and also push out the cards via the C shaped slot design for easy singular card removal. No need to fear new this new wallet design and an improvement on the traditional wallet design
- [NZON BRAND GUARANTEE] Not a cheap plastic imitation nor an over-priced RFID wallet. Our NZON BRAND GUARANTEE is simple. You or your gift recipient gets a polished, durable, well-made, everyday use or travel wallet with our brand's LIFETIME GUARANTEE. Add-to-cart and buy with CONFIDENCE

Share

**$24.95**

**FREE Shipping** on your first order. Details & FREE Returns ∨

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Thursday, Oct 22** Details

**In Stock.**

Qty: 1 ∨

**Buy Now**        **Add to Cart**

Secure transaction

Ships from   Amazon
Sold by      DEFXLOK

☐ Add gift options

Select delivery location

Add to List

Share

---

### Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

### Special offers and product promotions

- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $24.95!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card Apply now



*EXHIBIT 1025*

prime wardrobe
Try before you buy

# Product description

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 4.72 x 3.15 x 0.79 inches; 2.82 Ounces

**Item model number :** Nzon Carbon Fiber

**Department :** Mens

**Date First Available :** August 26, 2020

**Manufacturer :** Northern Heritage

**ASIN :** B07PWN8V5H

**Amazon Best Sellers Rank:** #316,183 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#1284 in Men's Wallets
#83710 in Men's Shops

**Customer Reviews:** ★★★★☆ ~   49 ratings

# Videos

## Videos for related products



Top 10 Coolest Smart Wallet for Men
Top 10 Zone   14:59



Top 10 Best Anti-Theft Smart Wallets for Men
Top 10 Zone   20:05




Top 10 Amazing Smart Wallet Every Men Should Have
Top 10 Zone   12:11





5 Best Tactical EDC Wallets
Top 10 Zone   9:06



The 10 Best Slim Wallets
Ezvid Wiki   4:07



The 10
Ezvid W

Upload your video

# Customer questions & answers


🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

Top reviews ⌄

Page 1 of 2

★★★★½ 4.5 out of 5

49 global ratings

| | |
|---|---|
| 5 star | 71% |
| 4 star | 15% |
| 3 star | 7% |
| 2 star | 4% |
| 1 star | 4% |

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

There are 0 reviews and 0 ratings from the United States

## Top reviews from other countries

 Sargun

★★★★★ **Great Wallet**

Reviewed in Canada on June 4, 2020

Color: Black · **Verified Purchase**

First time I've ever purchased a wallet in this style and I absolutely love it. Solid metal construction on both sides and good elastic on three sides. Takes some time to get used to fanning out cards but once you do, its simple. Would definitely buy again, and great deal at only $20. Highly Recommend

Report abuse

 Amazon Customer

★★★★★ **Nice wallet**

Reviewed in Canada on April 17, 2020

Color: Black · **Verified Purchase**

Very nice product. Seems very sturdy and well put together. Obviously I'll have to see how it holds up long term under daily use, but it seems excellent so far and at a very good price, thanks.

Report abuse

 Theodore

★★★★★ **Does exactly as advertised!**

Reviewed in Canada on October 10, 2019

Color: Black · **Verified Purchase**

Simple and straightforward, performs exactly as advertised.

I have 6-8 cards in there consistently.

Fits in the smaller pocket of my jeans leg pocket quite snugly (have used the money clip to clip it to my pocket)

Have used it for nearly three weeks now without a problem.

And hey, it's Canadian! Will always support local products if they are worth it, and this one is.

Report abuse

 ES

★★★☆☆ **Just not for me**

Reviewed in Canada on February 6, 2020

Color: Black · **Verified Purchase**

Design comes with elastic bands on both sides that you need to stretch in order to get the cards in the holder. Compact and sturdy design, just not for me, so I returned it.

Report abuse

 michael kipling

★★★★★ **nice product**

Reviewed in Canada on August 24, 2020

Color: Black

it takes a little to get used to it but it's a great product

Report abuse

See all reviews ›

## Customers who viewed this item also viewed



RFID Carbon Fiber
Wallets for Men -
Minimalist Aluminum
Wallet for Men...
★★★★☆ 12,401
#1 Best Seller in Mens
Wallets
$24.95

The Ridge Slim
Minimalist Front Pocket
RFID Blocking Metal
Wallets for Men with...
★★★★☆ 4,323
$75.00 - $105.00

FIDELO Minimalist
Wallets Card Wallet -
Hybrid RFID Wallets for
Men Slim Wallet
★★★★☆ 4,696
$36.90 - $39.90

Carbon Fiber Minimalist
Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 807
$19.99 - $25.99

Carbon Fiber Wallets for
Men - Minimalist
Aluminum RFID Wallet
for Men - Metal Wallet...
★★★★☆ 96
$13.98

Ekster: Aluminum
Cardholder - 0.2-inch
Slim Minimalist Wallet
with Expandable...
★★★★☆ 6
$69.00
In stock on October 26, 20...

Page 1 of 8

## Deals in magazine subscriptions

Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,185
Kindle Edition
$12.99

The Book of Lost
Friends: A Novel
› Lisa Wingate
★★★★☆ 3,137
Kindle Edition
$13.99

A Time for Mercy (Jake
Brigance Book 3)
› John Grisham
★★★★☆ 548
Kindle Edition
$14.99

The Key to Rebecca
› Ken Follett
★★★★☆ 1,652
Kindle Edition
$1.99

If You Tell: A True Story
of Murder, Family,...
› Gregg Olsen
★★★★☆ 16,718
Kindle Edition
$4.99

Pretty Things: A Novel
› Janelle Brown
★★★★☆ 1,280
Kindle Edition
$13.99

The Cipher (Nina
Guerrera Book 1)
› Isabella Maldonado
★★★★☆ 3,201
Kindle Edition
$4.99

## Your Browsing History   View or edit your browsing history ›

| Magazine | Rating | Reviews | Price |
|---|---|---|---|
| Real Simple | ★★★★☆ | 28 | Print Magazine $5.00 |
| Town & Country | ★★★☆☆ | 4 | Print Magazine $6.00 |
| Martha Stewart Living | ★★★★☆ | 55 | Print Magazine $3.00 |
| Harper's Bazaar | ★★★★☆ | 677 | Print Magazine $5.00 |
| Time | ★★★★☆ | 11 | Print Magazine $10.00 |
| Cosmopolitan | ★★★★☆ | 15 | Print Magazine $6.00 |
| Car and Driver | ★★★★☆ | 28 | Print Magazine $7.50 |

See personalized recommendations

**Sign in**
New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



EXHIBIT 1026

amazon

Amazon Fashion

Hello
Select your address

Select your address

Clothing, Shoes & Jewelry ▾    carbon fiber wallet

Holiday Deals   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   #FoundItOnAmazon   Shopper Toolkit   Find a Gift

Sales & Deals   Women   Men   Kids   Luggage   Our Brands

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

prime wardrobe
Try before you buy

Cart

‹ Back to results

Roll over image to zoom in

Minimalist Carbon Fiber Wallet, Metal Wallet with Money Clip, RFID Blocking Credit Card Holder, Slim Front Pocket Wallet for Men

Brand: TIROS

★★★★☆    257 ratings | 9 answered questions

Amazon's Choice    for "credit card money clip"

Price: **$15.99** FREE Shipping on your first order. Details & FREE Returns

- [Minimalist Wallet] - This new version of the wallet is designed for minimalists. Made of carbon fiber material that is better than alloys, the thin and light body lets you put it down and say goodbye to old-fashioned bulky wallet.
- [Card Wallet & Money Clip] - wallet that can hold almost all your credit cards. If you feel comfortable, this wallet can hold up to 12 cards and 5-10 banknotes.
- [Genuine Carbon Fiber] - Our lightweight RFID shielded wallet is made of 100% Japanese 3K carbon fiber, you can directly see the fascinating weave. The warm touch and stylish design are the best wallet for your trip.
- [RFID Blocking] - This wallet uses military-grade RFID metal shield protection technology, the ultra-thin TIROS wallet completely blocks your credit card from RFID scanners and protects your personal information from wireless theft.
- [Durable] - We use carbon fiber that is harder than metal to keep your wallet from being easily damaged. You will get 1*Carbon Fiber Wallet, 1* DIY Screwdriver, 1*Gift Box. If you have any questions, please activate your warranty and contact us.

$15.99

FREE Shipping on your first order. Details & FREE Returns ▾

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Tomorrow**
Order within 2 hrs and 7 mins
Details

In Stock.

Qty: 1 ▾

Buy Now

Add to Cart

Secure transaction

Ships from    Amazon
Sold by    Skysummer

☐ Add gift options

⊘ Select delivery location

Add to List

Share ✉ f ♥ ⦿

Have one to sell?

Sell on Amazon

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $15.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Frequently bought together



Total price: **$56.98**

Add all three to Cart

Add all three to List

☑ **This item:** Minimalist Carbon Fiber Wallet, Metal Wallet with Money Clip, RFID Blocking Credit Card Holder, Slim... **$15.99**

☑ Travelambo Carbon Fiber Money Clip Front Pocket Wallet Minimalist Wallet Slim Wallet Credit Business... **$8.99**

☑ Gerber GDC Money Clip w/ Built-in Fixed Blade Knife [31-002521] **$32.00**

ⓘ These items are shipped from and sold by different sellers. Show details

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Are you still using a bloated traditional wallet? In addition to the wallet in the pocket can no longer hold other things?

Living in modern times, each of us must carry a large number of business cards or credit cards.

But as a minimalist living person, I do n't want to bring anything except my phone.

Now that we are subverting the tradition, our newly designed wallet is only 0.28 inches thick and weighs only 2.0 ounces,

even lighter than a pen.

So what can this slim wallet do?

1. This minimalist TIROS wallet comfortably accommodates 12 debit cards, credit cards, ID cards and some cash.

2. It is ergonomically designed and uses a smart push-pull C-cut to let you use your card instantly without any hassles.

3. RFID shielding helps you always protect your most important information.

Whether you go to the gym, the grocery store, meet up with friends, and need some light items, you can carry this slim wallet.

## Product information

| | |
|---|---|
| Product Dimensions | 3.35 x 2.17 x 0.28 inches |
| Item Weight | 2.08 ounces |
| Department | Mens |
| ASIN | B0823P75ST |
| Customer Reviews | ★★★★☆ ˅   257 ratings |
| | 4.5 out of 5 stars |
| Best Sellers Rank | #78,883 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) |
| | #301 in Men's Wallets |
| | #17,967 in Men's Shops |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ˅

## Inspired by your recent shopping trends





Carbon Fiber Minimalist



Slim Metal Wallet for



Carbon Fiber Wallet and



Carbon Fiber Wallet -



CARDEE Aluminum



Slim Carbon Fiber Rfid



Carbon Fiber RFID Wallet

Page 1 of 12

## Customer questions & answers

Q. Have a question? Search for answers

◄ 0 ► votes

**Question:** Where are they made?

**Answer:** Don't know but it's an excellent quality item and constructed with great attention to detail.

By Jimmy on September 10, 2020

◄ 0 ► votes

**Question:** Can the clip on the wallet be removed?

**Answer:** Yes, the money clip on the wallet is fixed by screws and card slots. Loosen the screws on the clip to pull out the money clip.

By royjax on February 28, 2020

◄ 0 ► votes

**Question:** A screw loosened and fell out. Can I get replacements?

**Answer:** Yes, there is a replaceable screw and screwdriver in the gift box. Careful arrangement, and this carbon fiber wallet is durable.

By Skysummer SELLER on April 11, 2020

◄ 0 ► votes

**Question:** Can I put business cards in my wallet?

**Answer:** This thin wallet can insert up to 12 cards and a small amount of cash. If it is a business card of the same size as a credit card, I believe it can be easily inserted. Hope this wallet can satisfy you, thank you for your question. If necessary, contact TIROS support team.

By Mark A. on February 28, 2020

See more answered questions (5)

Wallet for Men - RFID
Wallets for Men Credit
Card Holder Metal...
★★★★☆ 807
$19.99

Men - RFID Money Clip
Wallets for Men –
Minimalist Rigid...
★★★★☆ 492
$19.99

Money Clip - RFID
Blocking Front Pocket
Wallet - Premium...
★★★★☆ 1,780
$15.95

Minimalist RFID Blocking
Slim Wallet -Front
Pocket Wallets for...
★★★★☆ 597
$11.99

Wallets for Men, Slim
Carbon Fiber Wallets
with Money Clip,...
★★★★☆ 33
$11.99

Blocking Wallet Money
Clip For Men - Minimalist
Mens Credit Card Cash...
★★★★☆ 168
$14.99

- Minimalist Credit Card
Holder - Slim Rigid Front
Pocket With Cash...
★★★★☆ 247
$18.99

## Videos

### Videos for related products

Upload your video



Top 10 Coolest Smart Wallet for Men
Top 10 Zone
14:59



Top 10 Best Anti-Theft Smart Wallets for Men
Top 10 Zone
20:05



Top 10 Amazing Smart Wallet Every Men Should Have
Top 10 Zone
12:11



5 Best Tactical EDC Wallets
Top 10 Zone
9:06



The 10 Best Slim Wallets
Ezvid Wiki
4:07

The 10
Ezvid W

Page 1 of 2

# Customer reviews

★★★★☆ 4.5 out of 5

257 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 17% |
| 3 star | | 6% |
| 2 star | | 3% |
| 1 star | | 2% |

˅ How are ratings calculated?

## By feature

| | |
|---|---|
| Thickness | ★★★★★ 5.0 |
| Giftable | ★★★★★ 4.9 |
| Durability | ★★★★★ 4.9 |

˅ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customer images



See all customer images

## Read reviews that mention

| money clip | carbon fiber | wallet | cards | screws | cash |
|---|---|---|---|---|---|
| minimalist | | | | | |

## Top reviews from the United States

  Joyce B.

★★★★☆ **one or two cards is good**

Reviewed in the United States on September 7, 2020

Verified Purchase

This is very nice but it doesn't hold enough credit cards and it's hard to get the right one out without having to take them all out. It would be fine for someone that carries only a couple cards.

2 people found this helpful

[ Helpful ]   Comment   Report abuse

  harrypotter

★★★★☆ **Sleek and compact**

Reviewed in the United States on May 7, 2020

Verified Purchase

I got this wallet for my boyfriend because he is always losing his cards and his current wallet is falling apart. He seemed pretty happy with the wallet for the most part.

Pros: Sleek, compact, minimal

Option to use or remove money clip

can fit up to 7 cards without it being difficult to use

Comes with all the tools you need to take apart/put together the wallet

Cons: It was hard to remove the cards at times which was a bit annoying

Overall it was a decent wallet for the price, you get what you paid for.

[ Helpful ]   Comment   Report abuse

  bod685  VINE VOICE

★★★★★ **Perfect way to carry the essentials**

Reviewed in the United States on September 17, 2020

Verified Purchase

Where has this been all of my adult life! This carbon fiber wallet carries my driver's license, credit cards, membership cards and cash in the most compact form I've ever had. I put the wallet in my front pocket and usually forget it's there. I DO keep reaching for my old wallet in my back pocket and start to freak out until I realize EVERYTHING is in my front pocket. Awesome product!

Helpful    Comment    Report abuse



**P. Morris**

★★★★★ **Love it. Great purchase**

Reviewed in the United States on January 26, 2020    Early Reviewer Rewards (What's this?)

**Verified Purchase**

It took a few days for the elastic to stretch enough to get the cards in and out without struggle. I started with 3 cards and am up to 6 now. The carbon fiber is nicely finished. The clip is great for securing it to a pocket, or storing a few bills.

2 people found this helpful

Helpful    Comment    Report abuse



**USA**

★★★★★ **Don't fall off the "Ridge" -- Buy this one.**

Reviewed in the United States on May 2, 2020

**Verified Purchase**

Do not waste money on the supposed top brand . This product is actually better. No need for the tool to retighten the screws that the expensive brand sends because they know theirs will fall apart. This one has screws that stay tight from day one. This inexpensive one has a much better money clip, rock solid. Have now used it for several months and will never go back to a leather wallet.

One person found this helpful

Helpful    Comment    Report abuse

**Bob**

★★★★☆ **Not bad overall**

Reviewed in the United States on July 29, 2020

**Verified Purchase**

It does it's job. Well constructed for the price, and the elastic seems to hold up well.

Only problem I've noticed are the screws. Regardless of how tight they are, they work loose and eventually fall out. I put a very tiny drop of super glue on each one to hold them in place, and it hasn't been a problem since.

One person found this helpful

Helpful    Comment    Report abuse



**Justaconsumer**

★★★★★ **Almost Ridge Quality for a fraction of the price.**

Reviewed in the United States on September 7, 2020

**Verified Purchase**

I was gifted a Ridge wallet which I love. I saw this on Amazon and it is pretty close to a replica of the Ridge but the price is so much lower. I bought two of them to gift to my sons and they love them.

Helpful    Comment    Report abuse

**Mr. De**

★★★★★ **Works as advertised**

Reviewed in the United States on July 6, 2020

Verified Purchase

Product arrived when promised. It works precisely as advertised. I wanted a minimalist wallet to fit my current lifestyle and this has met that desire quite well. I have owned this wallet a little over a week and have not had any problems thus far. YMMV.

| Helpful | Comment   Report abuse |

See all reviews ›

## Feedback

▸ If you have a question or problem, visit our **Help pages.**

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Deals in magazine subscriptions

**Tile Slim (2020) 1-pack -**
Slim & Sleek Bluetooth
Tracker, Item Locator
and Finder for Wallets,...
★★★★☆ 8,554
$28.32

**Carbon fiber wallet**
Money Clip Credit Card
holder-CL CARBONLIFE
Slim Wallet Credit...
★★★★☆ 2,670
$8.88 - $16.00

**Travelambo Carbon Fiber**
Money Clip Front Pocket
Wallet Minimalist Wallet
Slim Wallet Credit...
★★★★☆ 2,148
$8.99

**Minimalist Aluminum**
Fibre Slim Wallet, Slim
Wallet & RFID Blocking
Front Pocket...
★★★★☆ 317
$16.99 - $20.99

**TRAVANDO Slim Wallet**
with Money Clip AUSTIN
RFID Blocking Card Mini
Bifold Men
★★★★☆ 9,551
$29.95

**Organic Liquid**
Elderberry - Immune
System Support Syrup -
Maximum Strength...
★★★★☆ 164
$13.87

**GOVO Badge**
Holder/Wallet - Durable
Polycarbonate ID/Credit
Holder with Metal Clip...
★★★★☆ 7,520
$17.99

## Your Browsing History   View or edit your browsing history ›





**Real Simple**
★★★☆☆ 28
Print Magazine
$5.00

**Town & Country**
★★★★☆ 4
Print Magazine
$6.00

**Martha Stewart Living**
★★★★☆ 35
Print Magazine
$5.00

**Harper's Bazaar**
★★★★☆ 677
Print Magazine
$5.00

**Time**
★★★★☆ 11
Print Magazine
$10.00

**Cosmopolitan**
★★★★☆ 15
Print Magazine
$6.00

**Car and Driver**
★★★★☆ 28
Print Magazine
$7.50

See personalized recommendations

**Sign in**

New customer? Start here.

EXHIBIT 1027

From the manufacturer

Product description

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword



# A New Kind Of Wallet

- Comfortable Design
- Versatile Carbon Fiber
- Rfid Blocking
- Cash Clip

# Product Details

Understanding the characteristics of the product can help you to use the product better

**Gunmetal Clip**
Access cash easily

**Versatile Rubber**
Carry up to 12 cards

**Sturdy Aluminum**
Guard your information




## Product information

| Product Dimensions | 3.35 x 2.13 x 0.28 inches |
| --- | --- |
| Item Weight | 4.6 ounces |
| Department | Mens |
| Manufacturer | REGC |
| ASIN | B08F6VYVC4 |
| Customer Reviews | ★★★★★ ˅ 18 ratings 5.0 out of 5 stars |
| Best Sellers Rank | #194,682 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #784 in Men's Wallets #47,736 in Men's Shops |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ˅

## Customers also viewed these products







## Review this product

Share your thoughts with other customers

Write a customer review

| | |
|---|---|
| 5 Star | 100% |
| 4 Star | 0% |
| 3 Star | 0% |
| 2 Star | 0% |
| 1 Star | 0% |

˅ How are ratings calculated?

## Read reviews that mention

See all customer images







| | | | | | |
|---|---|---|---|---|---|
| small and compact | cards | clip | slim | cash | wallets | bills |
| carrying | credit | holds | | | |

## Top reviews from the United States

Top reviews ˅

  Raj

★★★★★ Simple Yet Helpful!

Reviewed in the United States on September 22, 2020

Verified Purchase

This product is just great, its super simple and easy to use while also being super tiny. It completely eliminates the mess that was my old wallet and I love it. Its small and light making it really portable and more importantly 'pocketable'. It works really well. I have absolutely no complains about how it works, my only issue is the size of the logo, in my opinion its just too big and just stands out too much, but in all fairness you rarely ever see it because its inside your pocket all day and its just a tiny cosmetic thing.

Overall just a really helpful product!

One person found this helpful

Helpful    Comment    Report abuse

  TechReviewer

★★★★★ I LOVE IT!

Reviewed in the United States on September 15, 2020

Verified Purchase

I used to have one of those old-fashioned leather wallets, and over time it just became very bulky. I was looking for slimmer wallets and I loved the Ridge Wallet design, but felt that it was too expensive just for a wallet. I came upon this, and it's literally perfect. The cards are securely held in the wallet and I feel that there is no risk of them falling out. The cash clip also seems very strong, and would require more than a simple 'brush' to take the cash out.

One person found this helpful

Helpful    Comment    Report abuse

  batufan

★★★★★ Definitely better than normal wallets

Reviewed in the United States on October 8, 2020

Verified Purchase

I loved this small, compact and cool minimalist wallet. You do not even feel that you have your wallet with you. I have 8 credit/debit/ID cards in total in this wallet and I am pretty sure I can add more. It is worth the money.




One person found this helpful

Helpful     Comment     Report abuse

-J.

★★★★★ a nice wallet that doesn't break the bank

Reviewed in the United States on September 2, 2020

Verified Purchase

I have seen ads from new york times for a similar wallet. It looks really nice. I wanted to buy one but it's super expensive. Then I saw this one. This is same nice but it does NOT cost a leg and an arm! The package is very nice. Product is well built, and it does change a big fat traditional wallet to this slim style wallet. It's a cool product with a cool concept. I like it!

Helpful     Comment     Report abuse