# Exhibit I

Case 2:20-cv-04556-AB-JC Document 103-16 Filed 03/19/21 Page 2 of 47 Page ID
Case 2:20-cv-04556 Document 1 Filed 05/20/20 Page 1 of 20 Page ID #:1
#:3197

Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCTI P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiff

<br>

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **Mosaic Brands, Inc.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**The Ridge Wallet LLC**, a California company,<br><br>Defendant. | Case No. 2:20-cv-04556<br><br>**COMPLAINT FOR PATENT, COPYRIGHT AND TRADE DRESS INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

For its Complaint, Plaintiff Mosaic Brands, Inc. hereby alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action including for infringement under the patent laws of the United States, 35 U.S.C. § 101, *et. seq.*, the copyright laws of the United States, 17 U.S.C. § 101, *et. seq.*, and the trademark laws of the United States, 15 U.S.C. § 1051, *et. seq.*  This Court has subject matter jurisdiction including under 28 U.S.C. §§ 1331 and 1338(a).

2.      This Court has personal jurisdiction over Defendant because it is headquartered and/or has its primary place of business in this District, where it has committed the infringing acts alleged herein.

3.      Venue is proper in this Judicial District under 28 U.S.C. §§ 1391(b)-(c) and 1400.

## **PARTIES**

4.      Plaintiff is a Delaware corporation having its principal place of business in Alamo, California.

5.      Upon information and belief, Defendant The Ridge Wallet LLC is a California company having a principal place of business at 28632 Roadside Drive #265, Agoura Hills, CA 91301.

## **CLAIM I—PATENT INFRINGEMENT**

6.      Plaintiff incorporates by this reference all of the allegations stated in the above paragraphs.

7.      Plaintiff is the exclusive licensee of U.S. Patent No. 7,334,616 ("the '616 patent") entitled "Card-Holding and Money Clip Device," which duly and lawfully issued on February 26, 2008.  A true and correct copy of the '616 patent is attached hereto as Exhibit A.

8.      The '616 patent covers the products and methods claimed, and protects the exclusive right to utilize those inventions, which were not routine or conventional at the time of the inventions.

9.      The claims of the '616 patent are directed to, in Claim 1 for example, "a holder for securely and simultaneously retaining flexible articles and rigid cards" including, *inter alia*: (a) "a nominally rectangular and nominally flat planar first panel having interior and exterior surfaces," (b) "a lip extending nominally around three edges of said first panel along said interior surfaces," (c) "said lip being at right angles to the plane of said first panel," (d) "a nominally rectangular and nominally flat planar second panel having interior and exterior surfaces," (e) "a lip

Case 2:20-cv-04556-AB-JC Document 102-16 Filed 03/19/21 Page 4 of 47 Page ID
#:3199
Case 2:20-cv-04556-AB-JC Document 1 Filed 05/20/20 Page 3 of 20 Page ID #:3

extending nominally around three edges of said second panel along said interior surface and configured to form a mirror image of said first panel," (f) "said second panel being adapted to be attached to said first panel along said three edges to form an open-ended enclosure of sufficient size to store said rigid cards within said interior of said enclosure," (g) "said enclosure being nominally rectangular with two longitudinal sides, an open end, and a closed end," (h) "a resilient article retaining member having an attached end and a free end extending from one end of said enclosure and over the exterior of said first panel," (i) "said free end of said article retaining member being biased toward said exterior surface of said first panel," and (j) "wherein said first panel and said second panel each has lips of varying thickness."

10.     Defendant has made, used, offered for sale, sold and/or imported into the United States products covered by the claims of the '616 patent.  For example, as shown in Exhibit B, Defendant sells "The Ridge Wallet" which meets all of the elements of Claim 1 of the '616 patent.

11.     On information and belief, Defendant has caused, encouraged and aided others, including customers, to directly infringe the '616 patent having full knowledge of the '616 patent and the specific intent that its acts and the acts of its customers and/or others to directly and/or indirectly infringe the '616 patent.

12.     By the acts of making, using, offering to sell, selling and/or importing the accused infringing systems and/or methods, Defendant has directly infringed the '616 patent under 35 U.S.C. § 271(a).

13.     By the acts of actively inducing others to infringe the '616 patent, Defendant has infringed the '616 patent under 35 U.S.C. § 271(b).  On information and belief, having knowledge of the '616 patent, Defendant specifically intended for its customers to infringe the '616 patent by using and/or re-selling the accused infringing systems and/or methods.

COMPLAINT FOR INFRINGEMENT
Case No. _____

14.     The acts of infringement asserted herein have been and continue to be deliberate and willful, at least since Defendant first learned about the '616 patent.

15.     Defendant has derived and received gains, profits and advantages from the aforesaid acts of infringement, and Plaintiff has lost profits and has otherwise been damaged and is entitled to monetary relief in an amount to be determined at trial.

16.     The infringement of the '616 patent has caused and continues to cause irreparable harm to Plaintiff, for which there is no adequate remedy at law, and the infringement will continue unless and until it is enjoined by this Court.

## CLAIM II—COPYRIGHT INFRINGEMENT

17.     Plaintiff incorporates by this reference all of the allegations stated in the above paragraphs.

18.     Plaintiff has applied to register its copyrights in and to its "Storus Smart Money Clip II" product design, which was created in about 2011 and first published in 2019.  A true and correct copy of the copyright application is attached hereto as Exhibit C.

19.     By the acts of reproducing, distributing and/or selling "knock off" and/or substantially similar copies, or derivative works, of Plaintiff's original designs and products, Defendant has infringed Plaintiff's exclusive rights in copyrighted works under 17 U.S.C. § 106, in violation of 17 U.S.C. § 501. Examples of the asserted infringement are depicted in the attached Exhibit B.

20.     The acts of copyright infringement asserted herein by Defendant have been and continue to be deliberate and willful.

21.     Defendant has derived and received gains, profits and advantages from the aforesaid acts of infringement, and Plaintiff has lost profits and has otherwise been damaged and is entitled to monetary relief in an amount to be determined at trial.

Case 2:20-cv-04556-AB-JC Document 102-16 Filed 03/19/21 Page 6 of 47 Page ID
#:3201
Case 2:20-cv-04556-AB-JC Document 1 Filed 05/20/20 Page 5 of 42 Page ID #:5

22.     Defendant's copyright infringement has caused and continues to cause irreparable harm, for which there is no adequate remedy at law, and the infringement will continue unless and until it is enjoined by this Court.

## CLAIM III—TRADE DRESS INFRINGEMENT

23.     Plaintiff incorporates by this reference all of the allegations stated in the above paragraphs.

24.     Through many years of consistent, creative effort, Plaintiff has created numerous original designs and products that have proven to be very popular with consumers and successful at retail in the United States, including the designs and products depicted in Exhibit D.

25.     Because of the popularity and success of Plaintiff's designs and products, the non-functional aspects of Plaintiff's original designs and products has become distinctive; that is, the appearance of Plaintiff's original designs and products indicates to consumers that the source and origin of these products is Plaintiff, not competitors or others.  For example, Plaintiff's "Storus Smart Money Clip II" product is distinctive and has secondary meaning among the relevant consuming public.

26.     Certain of the products sold by Defendant—including but not limited to those shown in Exhibit B—are likely to cause confusion (and indeed, have caused confusion) among consumers concerning whether the products originated or are licensed or authorized or endorsed by Plaintiff.

27.     Defendant's false designations of origin have occurred in interstate commerce and have caused injury to Plaintiff including loss of goodwill and diversion of sales that likely would have been acquired by Plaintiff.

28.     Defendant's false designations of origin have caused Plaintiff to suffer actual damages including lost profits, in an amount to be determined at trial, plus consequential damages.  Defendant's false designations also have resulted and continue to result in the unjust enrichment via profits to Defendant.

COMPLAINT FOR INFRINGEMENT
Case No. _____

29.     Defendant has committed its acts of false designation willfully and maliciously to injure Plaintiff's business and improve its own, thereby entitling Plaintiff to an award of increased damages and attorney's fees.

30.     Plaintiff also has suffered and continues to suffer irreparable injury, including damage to its customer relationships because of the false designations. Such irreparable injury cannot be remedied adequately unless Defendant is enjoined immediately from further false designations.

31.     Plaintiffs has no adequate remedy at law for the injuries it has suffered and continues to suffer, as it will be impossible for Plaintiff to determine the precise amount of damage it will suffer if Defendant's conduct is not restrained.

## CLAIM IV—UNFAIR COMPETITION

32.     Plaintiff incorporates by this reference all of the allegations stated in the above paragraphs.

33.     By its acts alleged herein, Defendant has employed unlawful and unfair business acts or practices, in violation of Cal. Bus. & Prof. Code § 17200 *et seq.*

34.     Defendant's unfair competition has resulted in and continues to result in unjust enrichment, and Defendant has committed its acts of unfair competition willfully and maliciously to injure Plaintiff's business and improve its own.

35.     Plaintiff also has suffered and continues to suffer irreparable injury, including damage to customer relationships because of Defendant's unfair competition.  Such irreparable injury cannot be remedied adequately unless Defendant is enjoined immediately from further unfair competition.

## PRAYER FOR RELIEF

Therefore, Plaintiff prays for the following relief:

A.     A determination that Defendant has infringed the '616 patent under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents;

B.     A determination that Defendant has infringed Plaintiff's copyright under 17 U.S.C. § 101 *et seq.*;

C.     A determination that Defendant has infringed Plaintiff's trade dress rights under 15 U.S.C. § 1052 *et seq.*;

D.     A determination that Defendant has committed unfair competition under Cal. Bus. & Prof. Code § 17200 *et seq.*;

E.     An accounting for damages adequate to compensate for the patent, copyright, and/or trade dress infringement, including Plaintiff's actual damages including lost profits, treble damages, pre-judgment and post-judgment interest, and costs;

F.     A determination of willful patent, copyright and/or trade dress infringement, and that this is an exceptional case, and an award of attorney's fees and expenses to Plaintiff; and

G.     Such other and further relief as this Court deems just and proper.

## **JURY TRIAL DEMAND**

Pursuant to Fed. R. Civ. P. 38(b)(1) and (c), and L.R. 38-1, Plaintiff hereby demands a jury trial on all the issues in this action so triable of right by a jury.

Respectfully submitted,

Dated:  May 20, 2020      **SML AVVOCATI P.C.**

By:    /s/ Stephen M. Lobbin
Attorneys for Plaintiff

# EXHIBIT A

US007334616B2

(12) **United States Patent**　(10) **Patent No.:**　**US 7,334,616 B2**

Kaminski　(45) **Date of Patent:**　**Feb. 26, 2008**

(54) **CARD-HOLDING AND MONEY CLIP DEVICE**

(76) Inventor: **Scott T. Kaminski**, 12919 Alcosta Blvd., San Ramon, CA (US) 94583

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 134 days.

(21) Appl. No.: **10/963,032**

(22) Filed: **Oct. 12, 2004**

(65) **Prior Publication Data**

US 2006/0076094 A1　Apr. 13, 2006

(51) **Int. Cl.**
*A45C 11/18*　(2006.01)

(52) **U.S. Cl.** ...................... **150/147**; 206/38; 206/39.5; 24/3.12

(58) **Field of Classification Search** ............... 150/147, 150/148, 149; 24/3.12; 206/38, 39, 39.5; 40/658
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,040,051 A * 10/1912 Swihart ..................... 206/39.5

| | | | |
|---|---|---|---|
| 1,851,013 A * | 3/1932 | Michaud et al. .......... | 24/67.11 |
| 4,141,400 A * | 2/1979 | Mangan ..................... | 206/39.6 |
| 4,323,879 A * | 4/1982 | Kelley ........................ | 340/321 |
| 4,915,215 A * | 4/1990 | Brekke ....................... | 206/39 |
| 4,918,299 A * | 4/1990 | Ohmori ..................... | 235/488 |
| 5,592,767 A * | 1/1997 | Treske ...................... | 40/649 |
| 5,718,329 A * | 2/1998 | Ippolito et al. .............. | 206/38 |
| D393,813 S * | 4/1998 | Herdt ........................ | D11/78.1 |
| 6,082,581 A * | 7/2000 | Anderson et al. .......... | 221/232 |
| 6,427,837 B1 * | 8/2002 | Shields ...................... | 206/449 |
| 6,823,910 B1 * | 11/2004 | Elnekaveh .................. | 150/147 |
| 2003/0217936 A1 * | 11/2003 | Nourian ..................... | 206/39 |

FOREIGN PATENT DOCUMENTS

| EP | 0251900 A1 * | 1/1988 |
|---|---|---|
| EP | 0677257 A1 * | 10/1995 |
| FR | 2654081 A1 * | 5/1991 |

* cited by examiner

*Primary Examiner*—Sue A. Weaver

(57) **ABSTRACT**

A combination money clip and card holder adapted to retain paper currency and to removably store flexible cards such as credit cards. The product is constructed of three extrudable plastic material parts that are easily assembled to produce a durable, smooth exterior surface. The product is light weight and of a size to be conveniently carried in a pocket or purse.

**17 Claims, 5 Drawing Sheets**



Case 2:20-cv-04556-AB-JC Document 102-16 Filed 03/19/21 Page 11 of 47 Page ID
Case 2:20-cv-04556-AB-JC Document 1-1 Filed 05/20/20 Page 3 of 11 Page ID Page
#:3206

**U.S. Patent**      Feb. 26, 2008      Sheet 1 of 5      US 7,334,616 B2



FIG. 1



FIG. 2



FIG. 3

Case 2:20-cv-04556-AB-JC Document 102-16 Filed 03/19/21 Page 12 of 47 Page ID
Case 2:20-cv-04556-AB-JC Document 1-1 Filed 05/20/20 Page 4 of 11 Page ID Page
#:3207



**FIG. 4**



**FIG. 5**

**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**

Case 2:20-cv-04556-AB-JC Document 102-16 Filed 03/19/21 Page 14 of 47 Page ID
Case 2:20-cv-04556-AB-JC Document 1-1 Filed 05/20/20 Page 6 of 11 Page ID #:39
#:3209



**FIG. 10**



**FIG. 11**        **FIG. 12**



a) Forming a first panel with interior and exterior surfaces, lips (30), and a retaining channel (64);

b) Forming a second panel with interior and exterior surfaces, lips (32), and a retaining channel;

c) Forming a retaining member (24) having a bowed end (54), a flat midsection (52) and a proximal end (50);

d) Passing the bowed end (54) of the retaining member (24) up through the retaining channel (64) of the first panel such that bowed end (54) and flat midsection (52) are on the exterior (top) of the first panel and the proximal end (50) is below or within the interior of the first panel;

e) Aligning the first and second panels with the interior surfaces toward each other and aligning ribs (41) on each panel to be engaged with each other; and

f) Bonding the first and second panels together at the lips to form a holder with an interior enclosure between the interior surfaces of the two panels and an exterior retaining member at the exterior of the first panel.

**FIG. 13**

US 7,334,616 B2

**1**

## CARD-HOLDING AND MONEY CLIP DEVICE

STATEMENT REGARDING
FEDERALLY-SPONSERED RESEARCH OR
DEVELOPMENT

Not Applicable

REFERENCE TO MICROFICHE APPENDIX

Not Applicable

BACKGROUND OF THE INVENTION

This invention relates to a device for holding paper currency and cards, such as business cards and conventional credit cards. More particularly, the invention relates to a combination card holder and money clip adapted to retain paper currency as well as removably store flexible cards, e.g., credit cards, and sized to be conveniently carried in a pocket or purse. Furthermore, the device of the present invention is constructed of extrudeable plastic materials that can be joined to produce a smooth exterior surface while providing a durable assembly. The device of the present invention comprises three elements that are easily assembled to produce the durable product.

Prior-art holders for paper currency and cards are disclosed in U.S. Pat. Nos. 5,358,019 and 5,520,230 to Sumner III and my U.S. Pat. No. 6,082,422, all in metal construction. Some prior-art holders have been constructed of extrudable or castable plastic materials, but none have the simplicity of construction or ease of assembly of the present invention. The prior-art plastic holders are of designs that do not permit easy access to the interior of the holder while providing the needed rigidity to hold currency.

BRIEF SUMMARY OF THE INVENTION

It is accordingly desirable to provide a combination money clip and card holder that is inexpensive to construct and that includes means for removably retaining paper currency and cards therein.

It is further desirable to provide a card-holder and money clip that is light weight, durable and comfortable to carry in a pocket or purse.

Further, it is desirable to provide a holder that may be constructed of an injectable plastic material that has desired rigidity and flexibility to perform its desired duties.

It is further desirable to provide a card-holder and money clip that is assembled from a minimum of parts in an easy assembly process.

Further advantages of the invention will become apparent from consideration of the ensuing description and the accompanying drawings.

In one embodiment of the invention , the combination card-holder and money clip comprises a first panel element and a second panel element and a resilient article retaining member or money clip element. The money clip element has a portion that extends through a slot in the first panel and has a portion secured within the first panel and a portion extending along the surface of the first panel. The two panels are joined together by suitable methods, to be described, to produce a single structure card-holder and money clip device with an interior cavity easily accessible for inserting and withdrawing cards. The exterior surfaces of the assembly are rounded and smooth to prevent snagging to a surface

**2**

when in use. The interior cavity of the assembly includes a resilient element for releasable retaining cards inserted into the cavity.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWINGS

The present invention is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings, where:

FIG. **1** is a perspective view of the assembled card-holder and money clip device.

FIG. **2** is a side view of the assembled device.

FIG. **3** is a perspective view of the interior of the first panel of the device.

FIG. **4** is a perspective view of the interior of the second panel of the device.

FIG. **5** is a perspective view of the exterior surface of the first panel with the money clip extending from its interior.

FIG. **6** is a bottom end view of the assembled device.

FIG. **7** is a perspective view of the money clip element.

FIG. **8** is a perspective view of the exterior surface of first panel of the device.

FIG. **9** is a perspective view of the interior of the second panel of the device showing the contours and elements for connection to the first panel.

FIG. **10** is a sectional view taken along the lines **10-10** of FIG. **11**.

FIG. **11** is a front elevation view of the assembled device showing the money clip side of the device.

FIG. **12** is a front elevation of an alternative configuration of the first panel of the device.

FIG. **13** shows the steps of assembling the holder.

LIST OF NUMERALS AND ELEMENTS
THROUGHOUT THE SPECIFICATION

holder assembly **10**
first panel **20**
second panel **22**
money clip **24**
lip **30** in panel **20**
alignment holes **31**
lip **32** in panel **22**
alignment tabs **33**
longitudinal elements **34***a* and **36***a* of panel **20**
longitudinal elements **34***b* and **36***b* of panel **22**
lateral element **38***a* of panel **20**
lateral element **38***b* of panel **22**
"U" shaped mating surface **40***a* of panel **20**
"U" shaped mating surface **40***b* of panel **22**
structural openings **41***a* of panel **20**
structural openings **41***b* of panel **22**
lateral ribs **42***a* of panel **20**
lateral ribs **42***b* of panel **22**
longitudinal elements **34***b* and **36***b*
enclosure closed end **44**
enclosure open end **46**
money clip curved proximal end **50**
money clip substantially flat midsection **52**
money clip bowed distal end **54**
surface **56** of first panel **20**
retaining channel **64**
retaining channels **64***a* and **64***b*
money clip tab **66**
money clip shoulder **68**
card retainer **70**

US 7,334,616 B2

**3**

card retainer slot **72**
surface **74**
cutout portion **78** (panel **20**)
cutout portion **76** (panel **22**)

## DETAILED DESCRIPTION OF THE INVENTION

Throughout the following description, specific details are set forth in order to provide a more thorough understanding of the invention. However, the invention may be practiced without these particulars. In other instances, well-known elements have not been shown or described to avoid unnecessarily obscuring the present invention. Accordingly, the specification and drawings are to be regarded in an illustrative, rather than a restrictive, sense.

FIG. **1** illustrates, in perspective, the assembled embodiment of the combination card-holder and money clip. Holder assembly **10** consists of parts which preferably are either injection molded or cast: a nominally rectangular first panel **20**, a nominally rectangular second panel **22**, and a resilient article retaining element or money clip **24**.

FIG. **2** illustrates a side view of the assembled device **10** shown in perspective in FIG. **1** and shows the money clip **24** extending from the first panel **20** and the second panel **22** below the assembled device.

FIG. **3** illustrates, in perspective, the interior of the first panel **20** having a lip **30** which extends along three sides at right angles from the plane of panel **20** (nominally about 0.125 inch) forming a cavity. Lip **30** consists parially of three continuous and nominally straight sections: two longitudinal elements **34a** and **36a**, and a lateral element **38a**. Lip **30** is bounded by a "U" shaped mating surface **40a** around the periphery of panel **20**.

FIG. **4** shows, in perspective, the interior of the second panel **22** having a similar lip **32** along three sides, comprising two longitudinal elements **34b** and **36b**, a lateral element **38b**, and a "U" shaped mating surface **40b** around the periphery of the panel **22**. Mating surface **40b** conforms with mating surface **40a**, as described below.

The lips **30** and **32** are formed with structural openings (**41a** and **41b**) and lateral ribs (**41a** and **41b**) to provide strength with reduced weight and to form the mating surfaces. The mating surfaces are smooth and parallel so as to substantially completely align the mating surfaces **40a** and **40b** on the opposite panels.

Alignment holes **31** are provided along lip **30** of the first panel **20** and alignment tabs **33** are provided along the lip **32** of the second panel **22**. The holes **31** and the tabs **33** are mated with each other to align mating surfaces **40b** with mating surface **40a**.

It should be understood that the money clip **24** may be a separate part or can be molded with the formation of panel **20**. For ease of formation and assembly the separate part form is preferred.

FIGS. **1**, **2**, **6** and **10** shows panels **20** and **22** attached at mating surfaces **40a** and **40b** and bonded together as by glue, ultrasonic or electromagnetic welding or the like. The resulting assembled enclosure **10** can be seen to be nominally rectangular with one closed end **44** and one open end **46**. The interior dimensions of assembled enclosure **10** are of a predetermined size to accommodate rigid cards such as plastic credit cards, paper business cards, and the like, such cards being inserted and removed through open end **46**.

FIGS. **1**, **2**, **5**, **6** and **10** further show a money clip **24** extending from one end of first panel **20** and disposed to rest substantially along the center of panel **20**. Clip **24** is a

**4**

resilient member, as shown in FIG. **2**, having a curved proximal end **50**, a substantially flat midsection **52**, and a bowed distal end **54**. Proximal end **50** is formed so as to bias clip **24** toward surface **56** of panel **20**, whereby flexible articles, such as, foldable paper currency (not shown) can be secured between distal end **54** and surface **56**.

Two embodiments of money clip are described. FIG. **10** is a cross section of the assembly and showing money clip **24** integrally molded. Money clip **24** could be formed and with and extending from panel **20** or, money clip **24** can be a separately formed element. Money clip proximal end **50** attaches to the enclosure closed end **44**, the stronger end. The resilience required to bias money clip **24** toward the panel is derived from the rigidity and memory of the plastic material, using known plastic molding techniques.

FIGS. **7**, **8**, **9** and **10** show an embodiment in which money clip **24** is a separate element secured to the holder **10** by a retaining channel **64** molded into the first panel **20**. Retaining channels **64a** and **64b** may be molded into each of panels **20** and **22**. In FIGS. **7**, **8**, **9** and **10** retaining channel **64a** in panel **20** and **64b** in panel **22** are molded into the panels during their formation and are configured to be in alignment and to retain mating money clip tab **66** adjacent to the proximal end **50**. This configuration increases retention area and provides additional strength to resist bending forces in money clip **24**.

In the separate configuration, money clip **24** is added to the assembly as follows: Prior to joining the panels **20** and **22** of the enclosure, clip distal end **54** is inserted through the retainer channel **64** in first panel **20** and pulled through the slot until tab **66** engages in channel **64a** and shoulder **68** engages the interior of the panel at the channel edge. Panels **20** and **22** are then brought together, engaging tab **66** in channel **64b**. Finally, panels **20** and **22** are joined as by being glued or welded together.

As shown in FIGS. **3**, **6**, **8** and **10** first panel **20** has an integrally formed card retaining member **70** for retaining cards (not shown) within assembled enclosure **10**. Card retainer **70** is an integral resilient member defined by a "U" shaped slot **72** in first panel **20** and is biased toward second panel **22**, whereby cards can be secured between retainer **70** and surface **74** on the interior of panel **22**. The retainer **70** is formed with sufficient retention bias force to keep cards from falling out of enclosure **10** and is moderately curved and flexible to accommodate a varying number of cards and to provide a uniform sliding resistance as cards are removed or inserted.

FIGS. **1**, **4** and **9** show a cutout portion **76** in panel **22** and FIGS. **1**, **3**, **5** and **8** show a smaller cutout portion **78** in panel **20**. These two cutout portions **76** and **78** provide access to cards held within the interior of the assembled device **10**. The cutout **76** in panel **22** is larger to permit viewing of a surface of an outermost card within the device **10** and for finger contact in removing an outermost card. The cutout **78** in panel **20** permits adequate finger contact with an outermost card within the device to provide for ease of removal of such a card from the device the open end.

An alternative form for the panel **22** is shown in FIG. **12** where the cutout **761** is a substantial duplicate of the cutout **78** in panel **20** and the portion of the cutout **762** for viewing an outermost card retained in the assembled holder and for permitting finger contact with the surface of a card to assist in removal of a card at the open end of the assembly.

The perspective figures show lips **30** and **32** having varying thickness defining the outer dimension of enclosure **10**. It should be evident the exterior surfaces of the device **10**, in panels **20** and **22** and in the money clip **24** are rounded

US 7,334,616 B2

5

6

to provide a smooth exterior surface. Also, the ends and sides of the device are comfortably rounded to provide an esthetic appearance and a comfortable feel when the card-holding and money clip device **10** is used.

While certain preferred embodiments of the invention have been specifically disclose, it should be understood that the invention is not limited thereto as many variations will be readily apparent to those skilled in the art and the invention is to be given its broadest possible interpretation within the terms of the following claims.

What is claimed is:

**1**. A holder for securely and simultaneously retaining flexible articles and rigid cards, said holder comprising: a) a nominally rectangular and nominally flat planar first panel having interior and exterior surfaces, a lip extending nominally around three edges of said first panel along said interior surfaces, said lip being at right angles to the plane of said first panel; b) a nominally rectangular and nominally flat planar second panel having interior and exterior surfaces, a lip extending nominally around three edges of said second panel along said interior surface and configured to form a mirror image of said first panel, said second panel being adapted to be attached to said first panel along said three edges to form an open-ended enclosure of sufficient size to store said rigid cards within said interior of said enclosure, said enclosure being nominally rectangular with two longitudinal sides, an open end, and a closed end; c) a resilient article retaining member having an attached end and a free end extending from one end of said enclosure and over the exterior of said first panel, said free end of said article retaining member being biased toward said exterior surface of said first panel; wherein said first panel and said second panel each has lips of varying thickness.

**2**. The holder of claim **1** wherein said first panel has an integrally formed resilient card retaining member for removeably holding rigid cards within said holder, said card retaining member having an end attached to said first panel and a free end, said free end being biased toward said interior surface of said second panel.

**3**. The holder of claim **1** wherein, said lips of said first and second panels being adapted to engage and be secured to each other to form said enclosure, said enclosure being substantially rectangular with straight joined inner edges along three sides, the outer surface of said holder formed by said panels having rounded edges and smooth exterior surfaces.

**4**. The holder of claim **1** wherein said first panel and said second panel have cutouts along an edge forming said open end to facilitate insertion and removal of rigid cards, said cutouts extending from said open end and toward the interior of said enclosure.

**5**. The holder of claim **1** wherein said first panel and said second panel have cutouts to facilitate insertion and removal of said rigid cards, said cutout in said second panel being of sufficient length and width to allow viewing a substantial part of an outermost rigid card when retained within said enclosure and to allow removal of said outermost rigid card by sliding said card along the length of said cutout toward said open end.

**6**. The holder of claim **1** wherein said resilient article retaining member is integrally formed with said first panel.

**7**. The holder of claim **6** wherein said integrally formed article retaining member has a portion extending from said interior of said first panel, said integrally formed article retaining member having an interior portion engaging a cutout portion in said interior of said second panel.

**8**. The holder of claim **7** wherein said first panel includes a retaining channel for passage of said flat midsection and distal end from said first panel and for retaining said proximal end within said interior of said first panel.

**9**. The holder of claim **8** wherein said interior surface of said second panel includes a retaining channel aligned with said retaining channel in said first panel, said proximal end of said retaining member including an extension that mates with said retaining channel in said interior of said second panel.

**10**. The holder of claim **8** wherein said proximal end of said retaining member includes a shoulder, said shoulder engaging the interior surface of said retaining channel in said first panel to limit passage of said proximal end through said retaining channel, said retaining channel permitting passage of said flat midsection and said bowed distal end from the interior of said first panel to the exterior thereof.

**11**. The holder of claim **1** wherein said resilient article retaining member is separately formed, with a proximal end, a substantially flat midsection and a bowed distal end, said distal end extending from the exterior of said first panel, said midsection extending along and spaced from the exterior of said first panel, said bowed distal end extending outwardly from said first panel, said resilience of said retaining member causing said flat midsection and bowed distal end to be biased toward said exterior of said first panel.

**12**. A holder for securely and simultaneously retaining foldable articles and rigid cards, said holder comprising: a) a first panel comprising a concave first wall bonded to a second panel comprising a concave second wall forming a cavity, said cavity being nominally rectangular and having two longitudinal sides, an open end and a closed end, said cavity being of predetermined size to store rigid cards, said cards being inserted into and removed from said holder through said open end, b) a resilient article retaining member extending from the exterior of and at one end of said first panel and over said first panel, said article retaining member being biased toward said exterior of said first panel.

**13**. The holder of claim **12** wherein said first panel and said second panel have cutouts to facilitate insertion and removal of said rigid cards, said cutout in said second panel being of sufficient length and width to allow viewing a substantial part of an outermost rigid card when retained within said enclosure and to allow removal of said outermost rigid card by sliding said card along the length of said cutout toward said open end.

**14**. The holder of claim **12** wherein said first panel includes an integrally formed resilient card retaining member, said card retaining member being biased toward the interior of said second panel.

**15**. The holder of claim **12** wherein the outside surface of said holder has rounded edges for avoiding snagging and tearing of surrounding materials.

**16**. The holder of claim **12** wherein said first panel and said second panel includes cutouts to facilitate insertion and removal of rigid cards, said cutouts extending from said open end of said cavity.

**17**. A method of forming a holder for securely and simultaneously retaining flexible articles and rigid cards comprising the steps of: a) forming a first panel with interior and exterior surfaces, lips extending from the interior surface of said first panel, a retaining channel, said lips having flat surfaces along three sides of said first panel; b) forming a second panel with interior and exterior surfaces, lips extending from the interior surface of said second panel, said lips having flat surfaces along three sides of said second panel; c) forming a resilient retaining member having a

US 7,334,616 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

bowed end, a flat midsection and a proximal end; d) passing said retaining member through said retaining channel in said first panel with said bowed distal end and flat midsection extending to the exterior of said first panel and with said proximal end within the interior of said first panel; e) aligning said first and second panels with said interior surfaces toward each other and aligning said lips on each

panel to be engaged with each other; f) bonding said first and second panels together at said lips to form said holder with an interior enclosure between the interior surfaces of said panels and an exterior retaining member at the exterior of said first panel.

\* \* \* \* \*

# EXHIBIT B



Ridge Wallets ⌄   Ridge Products ⌄   Brand ⌄   Support ⌄

👤 Account   |   🛒 0   🔍

HOME / SHOP ALL / CARBON FIBER 3K

NEXT ›



○ ● ● ●

# Carbon Fiber 3K

★★★★★ 6671 REVIEWS

### $125 USD

Buy now, pay later with **Klarna.** Learn more

SELECT A STYLE:

| Cash Strap | **Money Clip** | Both |

Help Me Choose

**ADD TO CART**

Features ＋

Description ＋



Ridge Wallets ∨    Ridge Products ∨    Brand ∨    Support ∨

Account    🛒 0    🔍

HOME / SHOP ALL / CARBON FIBER 3K

NEXT >



• • • •

# Carbon Fiber 3K

★★★★★  6671 REVIEWS

## $125 USD

Buy now, pay later with **Klarna.** <u>Learn more</u>

SELECT A STYLE:

| Cash Strap | Money Clip | Both |

Help Me Choose

**ADD TO CART**

Features  +

Description  +



Ridge Wallets ⌄   Ridge Products ⌄   Brand ⌄   Support ⌄        👤 Account   |   🛒 0   🔍

HOME / SHOP ALL / CARBON FIBER 3K                                    NEXT ›



● ● ● ●

## Carbon Fiber 3K

★★★★★ 6671 REVIEWS

**$125 USD**



Buy now, pay later with **Klarna.** <u>Learn more</u>

SELECT A STYLE:

| Cash Strap | Money Clip | Both |

Help Me Choose

**ADD TO CART**

Features                                    +

Description                                 +

Case 2:20-cv-04556-JC   Document 1-1   Filed 05/20/20   Page 5 of 9   Page ID #:29

Ridge Wallets ⌄   Ridge Products ⌄   Brand ⌄   Support ⌄

the RIDGE

⌂ Account | 🛒 0   🔍

HOME / SHOP ALL / CARBON FIBER 3K                    NEXT ›

## Carbon Fiber 3K

★★★★★  6671 REVIEWS

**$125 USD**

Buy now, pay later with **Klarna.** Learn more

SELECT A STYLE:

| Cash Strap | Money Clip | Both |

Help Me Choose

**ADD TO CART**

Features                                        +

Description                                     +

Case 2:20-cv-04556-AB-JC Document 102-16 Filed 03/19/21 Page 25 of 47 Page ID
#:3220
Case 2:20-cv-04556-JC Document 1 Filed 05/20/20 Page 6 of 9 Page ID #:24





Storus                              Ridge

#:3221





Starus

Ridge

Case 2:20-cv-04556-JC Document 1 Filed 05/20/20 Page 8 of 9 Page ID #:28



Case 2:20-cv-04556 Document 1 Filed 05/20/20 Page 9 of 9 Page ID #:3223



# EXHIBIT C

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8851665581

## Mail Certificate _____

Mosaic Brands, Inc.
PO Box 585
Alamo, CA 94507 United States

**Priority:**   Special Handling          **Application Date:**   May 20, 2020

## Correspondent _____

**Organization Name:**   SML Avvocati P.C.
**Name:**   Stephen Lobbin
**Email:**   sml@smlavvocati.com
**Telephone:**   (951)315-2300
**Address:**   888 Prospect Street
Suite 200
San Diego, CA 92037 United States

Registration Number

# *-APPLICATION-*

## Title _____

              **Title of Work:**   Smart Money Clip II

## Completion/Publication _____

            **Year of Completion:**   2011
       **Date of 1st Publication:**   September 01, 2019
       **Nation of 1st Publication:**   United States

## Author _____

-         **Author:**   Mosaic Brands, Inc.
          **Author Created:**   sculpture
      **Work made for hire:**   Yes
             **Citizen of:**   United States

## Copyright Claimant _____

      **Copyright Claimant:**   Mosaic Brands, Inc.
                    PO Box 585, Alamo, CA, 94507, United States

## Rights and Permissions _____

      **Organization Name:**   Mosaic Brands, Inc.
               **Address:**   PO Box 585
                    Alamo, CA 94507 United States

## Certification _____

           **Name:**   Joshua N Osborn
             **Date**:   May 20, 2020

Case 2:20-cv-04556-JC   Document 1-3   Filed 05/20/20   Page 4 of 12   Page ID #:31





Case 2:20-cv-04555-JC Document 1 Filed 07/20/20 Page 8 of 42 Page ID #:56

Case 2:20-cv-04556-AB-JC   Document 102-16   Filed 03/19/21   Page 37 of 47   Page ID
#:3232
Case 2:20-cv-04556   Document 1-3   Filed 05/20/20   Page 9 of 12   Page ID #:36



Case 2:20-cv-04556 Document 1-3 Filed 05/20/20 Page 10 of 12 Page ID #:97







Case 2:20-cv-04556-AB-JC   Document 102-16   Filed 03/19/21   Page 41 of 47   Page ID
Case 2:20-cv-04556-JC   Document 1   Filed 05/20/20   Page 1 of 7   Page ID #:40
#:3236

EXHIBIT D









Storus

# Smart Money Clip® - Polished Stainless

### $ 29.99

**Engraving**

Please Select ▼

**Medal Style**

○ Trump-gold
○ Trump-silver
○ Biden-gold
○ Biden-silver
○ $ sign-gold
○ $ sign-silver
○ No medallion



**ADD TO CART**



The Storus® Smart Money Clip® is the first patented, double-sided, stainless steel money clip. It is designed to store cards on the channel side and cash on the clip side.  It can hold from 1 to 5 cards and up to 30 bills. It is slim and fits into a front pants pocket, jacket pocket or purse. No more bulky wallet! Get it engraved with a name or initials. There are 3 fonts to choose from: Traditional, Modern, or Script.

· Holds up to 5 credit cards on either side
· Carry up to 30 dollar bills
· Ultra-thin and light weight
· Scratch Resistant
· Measures 2.9"L x 2.25"W x 0.6"D
· Weighs 1 ounce





**Share this Product**

Home  ›  Smart Money Clip® Leather - Black













### Storus

# Smart Money Clip® Leather - Black

## $ 39.99

### Engraving

> Please Select ▲▼

### Medal Style

○ Trump-gold

○ Trump-silver

○ Biden-gold

○ Biden-silver

○ $ sign-gold

○ $ sign-silver

○ No medallion

**ADD TO CART**

Same compact and slim design as the metal Storus® Smart Money Clip®, but soft and pliable like an old fashioned leather wallet. The Smart Money Clip Leather fits comfortably in your front pocket or purse. Made with beautiful Italian leather and brushed stainless steel. Get it engraved with a name or initials. There are 3 fonts to choose from: Traditional, Modern, or Script.

Features + Benefits:

- Holds 1-10 credit cards

- Carry up to 30 dollar bills

- Ultra-thin and light weight

- Fine Italian Leather

- Measures 3.75"L x 3.0"W x 0.5"D

- Weighs 1 ounce

Home > Smart Money Clip® Lite - Charcoal















### Storus

# Smart Money Clip® Lite - Charcoal

## $ 9.99

**ADD TO CART**

Breeze through airport metal detectors without having to take out your wallet with the Storus® Smart Money Clip® Lite. This slim money clip/wallet is made of a highly durable poly-carbonate polymer material that is used in bullet proof windows. This material is lightweight, clear, heat resistant and non-metallic, which makes the Smart Money Clip Lite travel friendly. The double-sided design fully protects your credit cards, business cards, and cash. The Smart Money Clip Lite can hold up to 5 credit cards in the channel and 30 bills under the clip.

Measures: 4"L x 2.5"W x .5"H

Color: gray

### Share this Product

    










## Storus.com

# Smart Money Clip® II

### $ 29.99

**Engraving**

Please Select ⏷

**Medal Style**



○ Trump-gold

○ Trump-silver

○ Biden-gold

○ Biden-silver

○ $ sign-gold

○ $ sign-silver

○ No medallion



**ADD TO CART**

Storus® Smart Money Clip® II is the **NEW** version of the original Smart Money Clip. The Smart Money Clip II is PATENTED. It is a 2-in-1 product, a money clip + credit card holder all in one. It is slim and fits into a front pants or jacket pocket or purse. It measures 3.4 inches long by 2.1 inches wide x 0.50 inches deep with expandable capability. It made the perfect gift or stocking stuffer. 1 piece.

**Features + Benefits:**



- **RFID Blocking Technology**: protects private information, credit cards, IDs, and driver's license from scanning devices. Ensures safety of private information an identity theft. US GOVT. FIPS 201 APPROVED
- **Design**: It is a 2-in-1 product with a traditional style money clip attached to a chamber, The clip can be used to hold dollar bills and receipts. The chamber is used to store credit cards and IDs. The chamber is made with a flexible elastic webbing to increase the card capacity. Cards will not slip out easily. It has a cut out design for easy removable of cards.
- **Slim + Ultra Light**: It is significantly thinner than a traditional leather wallet but can hold up to 12 cards and IDs. It is ultra light and is comfortable in a front [pants or jacket pocket making it great for travel.
- **High Quality**: It is made from 100 percent real carbon fiber and 304 stainless steel money. It is durable and lasts.

Home  ›  Razor Wallet™  ›  Razor Wallet™ - Black









**Storus**

# Razor Wallet™ - Black

## $ 39.99

**ADD TO CART**

Storus® Razor Wallet™ is a "razor thin" wallet designed to fit in a front pants or jacket pocket. It has an innovative cash clamp that allows for a single bill to be removed at a time without having to take out all cash at once. It is made out of fine Italian leather with exterior and interior slots to hold cash and cards.

- Designed to fit in a front pants pocket
- Innovative cash clamp
- Holds up to 20 cards and 30 bills
- Color: dark brown
- Measures: 4.25"L x 2.75"W x 0.5"D

Home > Jelly Wallet™ > Jelly Wallet™ - Clear











**Storus**

# Jelly Wallet™ - Clear

## $ 9.99

**ADD TO CART**

Storus® Jelly Wallet™ is the first wallet made out of silicone material. It is slim, soft, and flexible. It is a unique way to store credit cards and cash. It has two chambers, one specifically for credit cards and the other for additional cards or folded dollar bills. It holds from 1 to 10 cards, 10 folded dollar bills, and coins. It was engineered precisely to hold a single card securely. It has a thumb slot for easy removal.

Features + Benefits:

- Slim and compact
- Soft and flexible
- Holds up to 10 cards and bills
- Measures 3.5 inches long x 2.5 inches wide x 0.5 inches deep
- Makes a great gift