# Exhibit J

All ▾ | storus smart money clip

Improve your delivery experience »

Supporting: Woodland Hills Rotary Club Charitable Foundation

Deliver to Michael
Oak Park 91377

Departments    Buy Again    EN    Hello, Michael
Account for SoCal IP Law...    Lists    Try
Business Prime    0

1-48 of 92 results for **"storus smart money clip"**    Sort by: Featured

**Amazon Prime**

**Delivery Day**
  Get It by Tomorrow

**Seller Type**
  Business Seller

**Department**
Men's Accessories
  Men's Money Clips
  Men's Wallets
Women's Fashion
  Women's Accessories
  See All 6 Departments

**Avg. Customer Review**
  & Up
  & Up
  & Up
  & Up

**Amazon Fashion**
  Our Brands
  Premium Brands
  Popular Brands

**Brand**
kinzd
Travelambo
Speidel
Toughergun
CL CARBONLIFE
Widely Quality
M-Clip
See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

$ Min | $ Max | Go

**Deals**
  Today's Deals

**New Arrivals**
Last 30 days
Last 90 days

**Color**



Coin Money Clips from American Coin Treasures

Shop American Coin Treasures ›

$19⁹⁵     $69⁹⁵ prime

Sponsored

Price and other details may vary based on size and color

Best Seller    Amazon's Choice

        

+6 colors/patterns
Sponsored
**TRAVANDO**
Mens Slim Wallet with Money Clip AUSTIN RFID Blocking...
25,694
Limited time deal
$23⁹⁵ $34.95
Save 5% with coupon (some sizes/colors)
FREE One-Day


**Storus Corporation**
Storus Smart Money Clip, Slim Double-Sided w/Clip +...
695
$29⁹⁹
FREE One-Day

**Storus Corporation**
Storus Smart Money Clip + Card Holder Slim Minimalis...
13
$29⁹⁹

        

**Storus Corporation**
Storus Smart Money Clip, Slim Double-Sided Card + Cash...
$39⁹⁹
FREE Shipping

**Storus Corporation**
Storus Smart Money Clip Leather, Stainless Steel Mon...
3
$29⁹⁹

**Storus Corporation**
Storus Smart Money Clip Card Holder Wallet Slim Minimali...
7
$39⁹⁹
FREE Shipping




Sponsored
**Vaultskin**
NOTTING HILL Slim Zip Wallet with RFID Protection for Car...
2,794
$35⁹⁹ $36.99
Save 10% on 2 select item(s)






**Storus Corporation**
Storus Smart Money Clip Lite, Slim Double-Sided w/Clip ...
25
$9⁹⁹
FREE One-Day

**Storus Corporation**
Storus Smart Money Clip + Card Holder | Minimalist...
2
$49⁹⁹
FREE Shipping

**Storus Corporation**
Storus Men's Stainless Steel Smart Money Clip (Gold Tone)
7
$39⁹⁵
FREE One-Day





| Storus | Storus Corporation | Storus |
|---|---|---|
| Smart Money Clip Leather Card Holder \| Slim Minimali… | Storus Smart Money Clip Leather Wallet + Stainless… | Smart Money Clip Leather \| Slim Leather Card Holder +… |
| 8 | $39⁹⁹ | 5 |
| $29⁹⁹ | FREE Shipping | $39⁹⁹ |
| FREE One-Day | | FREE Shipping |

  

**Storus Corporation**
Storus Smart Money Clip Card Holder Wallet | Minimalist…
1
$39⁹⁹
FREE Shipping

**Storus Corporation**
Storus Smart Fitness Wallet, Clips Onto Waistband, for…
28
$7⁹⁹
FREE Shipping

**Storus Corporation**
Storus Smart Money Clip + Card Holder | Slim Minimali…
2
$49⁹⁹
FREE Shipping

  

**Storus Corporation**
Smart Wallet + Non Removable Money Clip As…
7
$25⁹⁹
FREE Shipping

**Storus Corporation**
Smart Wallet w/Nonremovable Money Cli…
9
$34⁹⁹
FREE Shipping

+3 colors/patterns
**CL CARBONLIFE**
Carbon fiber wallet Money Clip Credit Card holder-CL…
3,643
$9⁹⁹
FREE One-Day

Best Seller

   

3/11/2021   Case 2:20-cv-04556-AB-JC   Document 102-17   Filed 03/19/21   Page 5 of 11   Page ID
Amazon.com : storus smart money clip
#:3247



○ ○ ○ ○ ○ ○  +5

**kinzd**
Money Clip, Front Pocket Wallet, Leather RFID Blockin...

11,816

$13⁹⁹



**CL CARBONLIFE**
Carbon Fiber Money Clip Wallet-CL CARBONLIFE...

610

$15⁹⁸



**Slim Clip**
Ontel Slim Card Clip Double-sided Money Clip - 2 Clips

216

$13⁸⁸  $19.99

$6.10 shipping



**Storus Corporation**
Executive Gift Shoppe | Personalized Money Clip &...

23

$35⁰⁰

FREE Shipping



○ ○ ○ ○ ○

**DUXTIO**
Slim Minimalist Aluminum Wallet for Men/Credit Card...

1,241

$24⁹⁵  $34.99

FREE One-Day
More Buying Choices
$23.42  (7 used & new offers)



Sponsored

**EXA**
Money Clip Wallets For Men- Money Clip-Carbon Fiber...

$17⁹⁹

FREE One-Day



+8 colors/patterns

Sponsored

**TRAVANDO**
Slim Wallet with Money Clip SEATTLE RFID Blocking Car...

780



+8 colors/patterns

Sponsored

**TRAVANDO**
Money Clip Wallet Atlanta Mens Front Pocket Slim RFI...

925



**TIROS**
Minimalist Carbon Fiber Wallet, Metal Wallet with...

550

$13⁹⁹  $16.99

3/11/2021  Case 2:20-cv-04556-AB-JC  Document 102-17  Filed 03/19/21  Page 6 of 11  Page ID
Amazon.com : storus smart money clip
 #:3248

$24$^{95}$
Save 5% with coupon (some sizes/colors)

$24$^{95}$
Save 5% with coupon (some sizes/colors)
FREE One-Day

$13.29 with quantity discounts
FREE One-Day


Best Seller







**Dorrado**
Carbon Fiber Wallet - Metal Wallet - Minimalist Wallet -...
616
$12$^{95}$
FREE One-Day

 +1
**TRAVANDO**
Mens Slim Wallet with Money Clip AUSTIN RFID Blocking...
25,694
Limited time deal
$23$^{95}$ $34.95
Save 5% with coupon (some sizes/colors)
FREE One-Day

**Travelambo**
Carbon Fiber Money Clip Front Pocket Wallet Minimalist...
3,572
$9$^{89}$ $9.99
$9.30 with quantity discounts
FREE One-Day







**Yeacun**
Carbon Fiber Wallet RFID Blocking Anti-Theft Minimali...
746
$18$^{99}$ $25.99
$18.04 with quantity discounts
FREE One-Day
Get it **Tomorrow, Mar 12**

 +8
**YINUODE**
Carbon Fiber Credit Card Holder RFID Blocking Anti...
489
$18$^{59}$
FREE One-Day

 +3
**TRAVANDO**
Money Clip Wallet Atlanta Mens Front Pocket Slim RFI...
3,505
$24$^{95}$ $26.95
Save 5% with coupon (some sizes/colors)
FREE One-Day
More Buying Choices
$20.90 (14 used & new offers)





**Unknown**
Gerber GDC Money Clip w/ Built-in Fixed Blade Knife [3...
5,634
$28$^{45}$ $32.00
FREE One-Day
Get it **Tomorrow, Mar 12**
More Buying Choices
$21.18 (7 used & new offers)

**BULLIANT**
Mens Wallet Money Clip 20Cards,Bulliant Slim Front...
558
$18$^{99}$
FREE One-Day

**The Ridge**
Slim Minimalist Front Pocket RFID Blocking Metal Wallet...
7,369
$85$^{00}$
FREE One-Day





**Tuopuke**
Minimalist Wallet for Men Carbon Fiber Card Holder...
4,778
$15$^{30}$ $22.99

+8
**Buffway**
Slim Minimalist Front Pocket RFID Blocking Leather Walle...
47,492
$12$^{99}$ $15.99

**Storus**
Smart Money Clip Card Holder Wallet | President Trump Ke...
7
$49$^{99}$
Only 6 left in stock - order soon.





+3
+3
**Storus Corporation**

3/11/2021   Case 2:20-cv-04556-AB-JC   Document 102-17   Filed 03/19/21   Page 8 of 11   Page ID
Amazon.com : storus smart money clip
#:3250

**Zitahli**
Slim Mens Wallets RFID Minimalist Front Pocket Wall...
4,230
Limited time deal
$22.17 $36.99
FREE One-Day

**TRAVANDO**
Money Clip Wallet"RIO" - Mens Wallets slim Front Pocket RF...
18,297
$29.95
Save 10% with coupon (some sizes/colors)
FREE One-Day

Storus Smart Money Clip + Card Holder | Minimalist...
4
$49.99
FREE Shipping





**Travelambo**
Money Clip Front Pocket Wallet Slim Minimalist Wall...
2,616
$14.89 $14.99
$13.85 with quantity discounts
FREE One-Day

**kinzd**
Best Carbon Fiber Money Clip Wallets For Men Front Pock...
666
$17.99
$16.19 with quantity discounts
FREE One-Day

**KEDAY**
Carbon Fiber Walle -Metal Money Clip Wallet- RFID...
388
$16.99
FREE One-Day


    +5
**Zitahli**
Mens Wallet with Money Clip Slim RFID Front Pocket...
12,776
$26.09 $34.99
Includes $2.90 Prime savings
FREE One-Day


**Geelyda**
Geelyda Carbon Fiber Wallet Mini Credit Card Holder, RFI...
1,677
$19.99
Save 5% with coupon
FREE One-Day
Get it **Tomorrow, Mar 12**
More Buying Choices
$16.99 (3 used & new offers)


**Slim Clip**
Slim Double-Sided Money Clip
874
$14.99
FREE Shipping
More Buying Choices
$9.20 (4 used & new offers)

3/11/2021 Case 2:20-cv-04556-AB-JC Document 102-17 Filed 03/19/21 Page 9 of 11 Page ID
Amazon.com : storus smart money clip
#:3251


 +3


 +6


+3 colors/patterns
Sponsored
**The Ridge**
Slim Minimalist Front Pocket RFID Blocking Metal Wallet...
7,369
$85⁰⁰
FREE One-Day

**SERMAN BRANDS**
Money Clip Wallet - Mens Wallets slim Front Pocket RF...
2,161
$29⁹⁵
$26.96 with quantity discounts
FREE One-Day

**SERMAN BRANDS**
RFID Blocking Slim Bifold Genuine Leather Minimalis...
6,955
$29⁹⁹
$26.39 with quantity discounts
FREE One-Day

Best Seller





+7 colors/patterns
Sponsored
**YINUODE**
Minimalist Slim Wallet Front Pocket Wallet Minimalist...
106
$14⁹⁹
FREE One-Day

+10 colors/patterns
Sponsored
**kinzd**
Money Clip, Front Pocket Wallet, Leather RFID Blockin...
11,816
$13⁹⁹

+4 colors/patterns
Sponsored
**Speidel**
Mens Money Clip, Business, Credit Card Holder Engravab...
255
$99⁹⁹
FREE One-Day





+8 colors/patterns
Sponsored
TRAVANDO

+3 colors/patterns
Sponsored
CL CARBONLIFE

**M-Clip**
Tightwad Men's Black Carbon

3/11/2021　　Case 2:20-cv-04556-AB-JC   Document 102-17   Filed 03/19/21   Page 10 of 11   Page ID
　　　　　　　　　　　　　　　　　　　　　　　#:3252
Amazon.com : storus smart money clip

TRAVANDO
Money Clip Wallet"RIO" - Mens Wallets slim Front Pocket RF…

2,179

$29.95 $34.95

Save 10% with coupon (some sizes/colors)

FREE One-Day

CL CARBONLIFE
Carbon fiber wallet Money Clip Credit Card holder-CL…

3,643

$9.99

FREE One-Day

Fiber Money Clip

47

$79.95





SERMAN BRANDS
Carbon Fiber Money Clip Credit Card Holder Slim…

713

$17.99

$16.19 with quantity discounts

FREE One-Day

← Previous   1   2   Next →

## Brands related to your search
Sponsored



Coin Money Clips from American Coin Treasures

Shop American Coin Treasures ›



RUNBOX- Your Best Choice

Shop RUNBOX ›

## Need help?

Visit the help section or contact us

Have an idea to help us improve? Send feedback ›

## Get to Know Us
Careers
Press Releases
Amazon and Our Planet
Amazon in the Community
Company Facts

## Let Us Help You
Help
Shipping Rates & Policies
Business FAQ
Contact Us

## Work with Amazon
Sell on Amazon Business
Fulfillment By Amazon
Advertise on Amazon
Sell Services on Amazon
Amazon Global Selling

## Business Solutions
Amazon Business Solutions
Purchasing Systems
Amazon Business Card
Pay by Invoice Purchasing Line
Amazon Business Blog

## Business Settings
Add people
Billing & shipping
Buying Policies & Approvals
Certifications
System integrations

English     United States

Alexa
Actionable Analytics for the Web

Amazon Marketing Services
Self-service Advertising Solutions

Amazon Payments
Login and Pay with Amazon

Amazon Web Services
Scalable Cloud Computing Services

Mechanical Turk
On-demand Scalable Workforce

Whispercast
Kindle Management and Content Distribution

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates