# Exhibit K

# TOP ART CO., LTD

INTERNATIONAL TRADE CITY,
FUTIAN MARKET, YIWU CITY, ZHEJIANG CHINA
E-MAIL: liu021036@163.com
TEL:86-579-85289086   FAX:86-579-85289187

CUSTOMER: US-STORUS-01
NO:101009-1
MESSERS" STORUS CORPORATION
12919 ALCOSTA BOULEVARD, SUITE 1
SAN RAMON, CA 94583 U.S.A.

CURRENCY:US$
DATE:Oct 09,2010

TEL:925-867-1300
FAX:925-867-1333

## PROFORMA INVOICE

| UPC code | PHOTO | DESCR | Quantity | UNIT | PRICE | UNIT | AMOUNT | PACKING |
|---|---|---|---|---|---|---|---|---|
| TBD | Mr. Scott drawings | money clip card holder, carbon fiber plates, stretch bands | 960 | Pcs | 2.87 | Pc | 2755.20 | bulk |
| | | clip mold | 1 | Pcs | 900 | Pc | 900.00 | |
| | | plate and panel molds | 4 | Pcs | 200 | Pc | 800.00 | |
| | TOTAL AMOUNT: | | 965 | Pcs | US$ | | 4455.20 | |

STORUS

TOP ART CO., LTD.

MOSAIC000039

Metal Version SML-Lite ~~y~~ etc

Stamped
Use. 0.5mm - like SML
Use 301 SS. check y factory

- Talk to factory
Keep wall thickness at 0.5
Hook may need to extend further.

Machined - AL
(Thin as possible)

**FIG. 7**

all screws on clip side..

Screws.

Screws
(Use 4 or 6 total)
+ Aesthetic
Use Micro Torx.

**FIG. 8**

Don't care about wall thickness.
Check y fact.

Aluminum Machined.

**FIG. 9**

MOSAIC000040