Exhibit L



storus smart money clip II - Google Search                                                                    6/25/20, 7:37 PM

Google

storus smart money clip II                                                                   ✕    🔍

🔍 All    🛍 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More                    Settings    Tools

⬤ Before Oct 31, 2019 ▾    All results ▾    Clear

www.storus.com › collections › smart-money-clip ▾
**The Smart Money Clip® – Storus.com**
Sep 5, 2013 - The **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to ... **Smart Money Clip II** - both sides shown side by side.

www.storus.com ▾
**Official Site of Storus® - Shop Smart Money Clip® + Storage ...**
Feb 25, 2009 - **Storus**® was founded in 1996 by Scott Kaminski with its first patented product, the **Smart Money Clip**® as seen on TV and QVC for 10+ years. It specializes in ...
Money Clips · Smart Money Clip® II Storus ... · Wallets · Smart Money Clip® Leather

www.storus.com › products › smart-money-clip-titanium ▾
**Smart Money Clip® - Titanium – Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$39.99 - In stock

www.storus.com › pages › search-results › smart mone... ▾
**SMART MONEY CLIP | Storus - Storus.com**
Oct 20, 2016 - SKU: 00005-2. $39.99. The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store credit cards and IDs ...

www.storus.com › products › smart-money-clip-stainless ▾
**Smart Money Clip® - Brushed Stainless – Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$29.99 - Out of stock

www.storus.com › products › smart-money-clip-black-s... ▾
**Smart Money Clip® - Black Soft Touch ... - Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$29.99 - Out of stock

www.storus.com › collections › smart-money-clip-leather ▾
**Smart Money Clip® Leather – Storus.com**
Jul 17, 2016 - Same compact and **slim** design as the metal **Smart Money Clip**®, but soft and pliable like an old fashioned leather **wallet**. The **Smart Money Clip** Leather fits ...

www.storus.com › products › smart-money-clip-gun-m... ▾
**Smart Money Clip® - Gun Metal – Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$39.99 - In stock

kk.org › cooltools › storus-smart-mo... ▾
**Storus Smart Money Clip | Cool Tools - Kevin Kelly**
Nov 13, 2018 - As few as one or two cards still works though, then they won't slide out. —

Luke Kanies. I have used the **smart money clip** for six years. No more **wallet**, just the ...

## Videos



1:23

Smart Money Clip

Samuel Kruse
YouTube - Aug 9, 2010



1:16

Smart Money Clip® by Storus®

Storus Products
YouTube - Aug 23, 2019



4:49

10 Best Money Clip Wallets 2018

Ezvid Wiki
YouTube - Dec 28, 2017

0:53                    2:10

1 **2** 3 4 5 6 7 8 9 10      Next

**Westlake Village, California** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms