# Exhibit M

storus smart money clip II - Google Search
Case 2:20-cv-04556-AB-JC   Document 102-20   Filed 03/19/21   Page 2 of 3   Page ID #:3261
6/29/20, 7:37 PM



storus smart money clip II

All • Shopping • Images • News • Videos • More       Settings  Tools

Before Dec 1, 2019 ▾   All results ▾   Clear

www.storus.com › collections › smart-money-clip ▾
**The Smart Money Clip® – Storus.com**
Sep 5, 2013 - The **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to ... **Smart Money Clip II** - both sides shown side by side.

www.storus.com ▾
**Official Site of Storus® - Shop Smart Money Clip® + Storage ...**
Feb 25, 2009 - **Storus**® was founded in 1996 by Scott Kaminski with its first patented product, the **Smart Money Clip**® as seen on TV and QVC for 10+ years. It specializes in ...
Money Clips · Smart Money Clip® II Storus ... · Wallets · Smart Money Clip® Leather

www.storus.com › products › smart-money-clip-ii ▾
**Smart Money Clip® II – Storus.com**
Nov 27, 2019 - **Storus**® **Smart Money Clip**® **II** is the NEW version of the original **Smart Money Clip**. The **Smart Money Clip II** is PATENTED. It is a **2**-in-1 product, a **money clip** + ...
$29.99 - In stock

www.storus.com › pages › search-results › smart mone... ▾
**SMART MONEY CLIP | Storus - Storus.com**
Oct 20, 2016 - SKU: 00005-**2**. $39.99. The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store credit cards and IDs ...

www.storus.com › products › smart-money-clip-titanium ▾
**Smart Money Clip® - Titanium – Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$39.99 - In stock

www.storus.com › products › smart-money-clip-stainless ▾
**Smart Money Clip® - Brushed Stainless – Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$29.99 - Out of stock

www.storus.com › products › smart-money-clip-black-s... ▾
**Smart Money Clip® - Black Soft Touch ... - Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$29.99 - Out of stock

www.storus.com › collections › smart-money-clip-leather ▾
**Smart Money Clip® Leather – Storus.com**
Jul 17, 2016 - Same compact and **slim** design as the metal **Smart Money Clip**®, but soft and pliable like an old fashioned leather **wallet**. The **Smart Money Clip** Leather fits ...

www.storus.com › products › smart-money-clip-gun-m... ▾
**Smart Money Clip® - Gun Metal – Storus.com**
Nov 21, 2018 - The **Storus**® **Smart Money Clip**® is the first patented, double-sided, stainless

steel **money clip**. It is designed to store cards on the channel side and cash on the ...
$39.99 - In stock

kk.org › cooltools › storus-smart-mo ▼

### Storus Smart Money Clip | Cool Tools - Kevin Kelly

Nov 13, 2018 - As few as one or two cards still works fine, though, and they won't slide out. — Luke Kanies. I have used the **smart money clip** for six years. No more **wallet**, just the ...

1  2  3  4  5  6  7  8  9  10       Next

**Westlake Village, California** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms