# Exhibit N

       



**Storus**
November 27, 2019

Storus Smart Money Clip II is the ⓝⓔⓦ version of the original patented Smart Money Clip. The II is patented too. It is a 2 in 1 product, a money clip + wallet made out of carbon fiber. It has RFID blocking to keep your identity safe. It is a great gift 🎁 for anyone in your life. Go to 👉🏻👉🏻👉🏻Storus.com. #storus #smartmoneyclip #moneyclipwallet #carbonfiber #slimwallet #rfidwallet #minimalist #menswallet

 2

 

👍 Like          💬 Comment          ↗ Share

 Write a comment...