# Exhibit O



prime wardrobe Try before you buy ›

‹ Back to results

Roll over image to zoom in

Visit the Storus Corporation Store

# Storus Smart Wallet | Carbon Fiber RFID Blocking Card Holder Money Clip | Minimalist Slim Pocket Wallet for Men

52 ratings

Amazon's Choice for "storus"

Price: $19.99
FREE Returns

Get $125 off: Pay $0.00 upon approval for the **Amazon Business Prime Card**. Terms apply.

- RFID Blocking Technology: protects private information, credit cards, IDs, and driver's license from scanning devices. Ensures safety of private information an identity theft. US GOVT. FIPS 201 APPROVED
- Design: It is a 2-in-1 product with a traditional style money clip attached to a chamber, The clip can be used to hold dollar bills and receipts. The chamber is used to store credit cards and IDs. The chamber is made with a flexible elastic webbing to increase the card capacity. Cards will not slip out easily. It has a cut out design for easy removable of cards.
- Slim + Ultra Light: It is significantly thinner than a traditional leather wallet but can hold up to 12 cards and IDs. It is ultra light and is comfortable in a front [pants or jacket pocket making it great for travel.
- High Quality: It is made from 100 percent real carbon fiber and 304 stainless steel money. It is durable and lasts.
- For men, women, students, seniors, travel and more. It makes the perfect birthday gift, Christmas gift or stocking stuffer. Fill it with a gift card or cash to make it complete.

Report incorrect product information.

Share

$19.99
& FREE Returns

FREE delivery: **Wednesday, Oct 21**
Order within 22 hrs and 14 mins
Details

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... Amazon
Sold by ... Mosaic Brands

Return policy: Returnable until Jan 31, 2021

Add gift options

Deliver to Jonathan - Westlake ... 91361

Add to List

Add to Wedding Registry

Share

## Special offers and product promotions

Storus Smart Wallet | Carbon Fiber RFID Blocking Card Holder Money...inimalist Slim Pocket Wallet for Men at Amazon Men's Clothing store 10/19/20, 12:00 PM

Case 2:20-cv-04556-AB-JC   Document 102-22   Filed 03/19/21   Page 3 of 3   Page ID #:3268

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Get a $125 Amazon.com Gift Card upon approval for the Amazon Business Prime American Express Card. Terms apply. **Learn more.**

## Have a question?

Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

## Product Description

**Our Mission at Storus**

At **Storus** our mission is to redefine everyday products and develop innovative storage solutions that keep customers more organized and less stressed. Staying organized increases efficiency, allowing our customers more time to enjoy their lives. Storus has been redefining wallets, money clips, valet trays and other consumer products since 1996. We turn everyday items into tools to help one maintain a better quality of life. It is no wonder why Storus has a loyal customer following. We believe in quality while focusing on the details to offer unique and innovative products not offered anywhere else. Storus pioneered the "*alternative walle*t" category in 1996 with its first patented invention, the **Smart Money Clip**. Storus was one of the first companies to design and manufacture a Carbon Fiber RFID Blocking Card Holder Money Clip **BEFORE** scanner theft was even an issue. In 2008, it patented the **Smart Wallet**, the wallet redefined, to keep your valuables safe and secure.

**Stay Organized, Live Better.**

**SLEEK + COMPACT**

The Smart Wallet is patented and was designed to fit into a front pant or jacket pocket with ease. Storus invented the tapered clip in 1996 with this detail in mind. The tapered design allows the Smart Wallet to slide in and out of a pocket without ripping or tearing the fabric.

**CARBON FIBER RFID BLOCKING**

The Smart Wallet is made out of carbon fiber RFID blocking material. It has a dual inner plate design to protect valuable credit cards, IDs and information from scanner fraud and theft.

**CUSTOMIZE JUST FOR YOU**

Design your own Smart Wallet with an engraving just for you, *or for a gift*. All engravings are done in-house to make it convenient for our customers. Engrave initials, a name, sentiment or logo. It is easy and affordable adding that extra special touch.

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 3.4 x 2.12 x 0.5 inches; 0.63 Ounces

**Department :** Mens

**Date First Available :** November 27, 2019

**Manufacturer :** Mosaic Brands Inc.

**ASIN :** B08236HZZB

**Amazon Best Sellers Rank:** #246,426 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
 #50 in Men's Money Clips