# Exhibit P

http://www.storus.com/
340 captures
4 Mar 2000 – 19 Nov 2019
JAN FEB JUN
26
2010 2011 2012

Home | More Accessories | Smart Money Clips® | Italian Leather | SALE | ShareThis | view cart

Free Standard Shipping on all US and Canada orders of $50 or more!

Alternate HTML content should be placed here.This content requires the Adobe Flash Player. Get Flash





### The Official Site of Storus Corporation and Manufacturer of the Smart Money Clip®

Storus Corporation manufactures innovative personal storage solutions. From the Smart Money Clip®, Fine Italian Leather Smart Accordion Wallet to the Jelly Wallet, made from silicone. Click on the Storus Logo in the middle of the page to view all products.

This is your one stop shop for the best money clips on the market! Our slim, ultra sleek, durable, and stylish money clips can be customized for your needs. We engrave! Pick one of our different money clip designs for yourself, a gift, or for a company promotion!

**European Orders** please click HERE to to order a Smart Money Clip® from our European reseller.

Become a fan of our facebook page! Receive exclusive offers and discounts! Click here to become a fan!

Frequently Asked Questions | Facebook Fan | Newsletter | International Orders | Retailers | Contact Us | Privacy Policy | **Home**

INTERNET ARCHIVE
WaybackMachine

http://www.storus.com/
340 captures
4 Mar 2000 – 19 Nov 2019

JUN SEP OCT
02
2011 2012 2013

About this capture

Home | More Accessories | Smart Money ClipsÂ® | Italian Leather | SALE |  ShareThis  | view cart

Free Standard Shipping on all US and Canada orders of $50 or more!

Alternate HTML content should be placed here.This content requires the Adobe Flash Player.Get Flash









### The Official Site of Storus Corporation and Manufacturer of the Smart Money Clip®

Storus Corporation manufactures innovative personal storage solutions. From the Smart Money Clip®, Fine Italian Leather Smart Accordion Wallet to the Jelly Wallet, made from silicone. Click on the Storus Logo in the middle of the page to view all products.

This is your one stop shop for the best money clips on the market! Our slim, ultra sleek, durable, and stylish money clips can be customized for your needs. We engrave! Pick one of our different money clip designs for yourself, a gift, or for a company promotion!

**European Orders** please click HERE to to order a Smart Money Clip® from our European reseller.

Become a fan of our facebook page! Receive exclusive offers and discounts! Click here to become a fan!

Frequently Asked Questions | Facebook Fan | Newsletter | International Orders | Retailers | Contact Us | Privacy Policy | **Home**

Case 2:20-cv-04556-AB-JC   Document 102-23   Filed 03/19/21   Page 4 of 11   Page ID #:3272

http://www.storus.com/
340 captures
4 Mar 2000 – 19 Nov 2019
Go
APR MAY JUL
06
2012 2013 2014

Home | More Accessories | Smart Money ClipsÂ® | Italian Leather | SALE | ShareThis | view cart

Free Standard Shipping on all US and Canada orders of $50 or more!

Receive $2 off your purchase when you enter coupon code STGIFT at checkout!

Alternate HTML content should be placed here.This content requires the Adobe Flash Player.Get Flash

# STORUS®







### The Official Site of Storus Corporation and Manufacturer of the Smart Money Clip®

Storus Corporation manufactures innovative personal storage solutions. From the Smart Money Clip®, Fine Italian Leather Smart Accordion Wallet to the Jelly Wallet, made from silicone. Click on the Storus Logo in the middle of the page to view all products.

This is your one stop shop for the best money clips on the market! Our slim, ultra sleek, durable, and stylish money clips can be customized for your needs. We engrave! Pick one of our different money clip designs for yourself, a gift, or for a company promotion!

**European Orders** please click HERE to to order a Smart Money Clip® from our European reseller.

Become a fan of our facebook page! Receive exclusive offers and discounts! Click here to become a fan!

Frequently Asked Questions | Facebook Fan | Newsletter | International Orders | Retailers | Contact Us | Privacy Policy | **Home**

STORUS®













# STORUS®

Home · Money Clips › · Wallets › · Desk Accessories › · Jewelry Cases › · Accessories ›

Log in · Cart · Search

Home of the Smart Money Clip®

## Best Selling Items



Smart Jewelry Case® - Silver
Storus
$ 22.99



Smart Valet Tray® - Oak
Storus
$ 24.99



Smart Money Clip® - Gun Metal
Storus
$ 39.99

Free shipping for orders over $25

Home of the Smart Money Clip® + Other Innovative Products

# STORUS®

**HOME** | MONEY CLIPS › | WALLETS › | DESK ACCESSORIES › | JEWELRY CASES › | ACCESSORIES ›

Log in | Cart | Search

# Smart Money Clip® II
## RFID Blocking Carbon Fiber
### Money Clip + Wallet

**PATENTED**




## Best Selling Items