# Exhibit R







Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets

Visit the Storus Corporation Store

## Smart Wallet w/Nonremovable Money Clip - Carbon Fiber Minimalist Wallet for Men Slim Metal Wallet Card Holder Money Clip - Front Pocket Wallet - RFID Blocking - 2 Lines ENGRAVING INCLUDED

★★★★½    9 ratings

Price: **$34.99**

| | |
|---|---|
| Material | Aluminum, Leather, Carbon fiber |
| Color | Black and Gray |
| Style | Slim Wallet |
| Brand | Storus Corporation |
| Item Dimensions LxWxH | 3.4 x 2.1 x 0.5 inches |

This product needs to be customized before adding to cart.

**Customize Now**

Share

5% off coupon

RUNBOX Minimalist Slim Wallet for Men with Money Clip RFID...
★★★★½ 8,501
$29.99 ✓prime

Sponsored

### About this item

- NEW + POPULAR - **Smart Wallet is a PATENTED 2-in-1 credit card holder + money clip all in one.**
- RFID BLOCKING – Credit cards will be surrounded by the metal body of this wallet protecting them from even the most powerful RFID Chip Readers.

Dimensions LxWxH

### About this item

- NEW + POPULAR - Smart Wallet is a PATENTED 2-in-1 credit card holder + money clip all in one.
- RFID BLOCKING – Credit cards will be surrounded by the metal body of this wallet protecting them from even the most powerful RFID Chip Readers.
- DURABLE – Aluminum plating and interchangeable elastic screws. Made from 6061-T6 aluminum | anodized.
- **FUNCTIONAL & SLIM – Holds 1-12 cards** without stretching out. The slim wallet is ideal for carrying business cards, credit and debit cards, bills etc. **The outside notch allows you to push out the cards easily.**
- FREE LASER ENRAVING INCLUDED - select up to 2 lines of laser engraving. Use up to 50 characters per line. Select your choice of font and type exactly what you want engraved with UPPER and lower case and punctuation if desired.



5% off coupon

RUNBOX Minimalist Slim Wallet for Men with Money Clip RFID Blocking Front Pocket...
★★★★½ 8,501
$29.99 ✓prime

## Inspired by your recent shopping trends
Page 1 of 13

 Smart Wallet + Non Removable Money Clip As Seen On TV Carbon Fiber Wallet Card Holder Money Clip RFID Blocking Wallet Slim... ★★★★½ 7  $29.99

 Smart Wallet Screwless RFID Blocking Carbon Fiber Minimalist Wallet for Men - Slim Metal Pocket Wallet - Card Holder Money Clip - Plus FREE Laser Engraving... $29.99

 Smart Wallet with No Screws + Permanent Clip - FID Blocking Slim Minimalist Wallet | Carbon Fiber Wallet Money Clip | Credit... ★★★★½ 4  $29.99

 Carbon Fiber Wallet, ARW Metal Money Clip Wallet, RFID Blocking Minimalist Wallet for Men Aluminum Slim Cash Credit Card Holder ★★★★½ 2,120  $19.97

 Carbon Fiber Wallet RFID Blocking Anti-Theft Minimalist Convenient Pullout Tab Credit Card Holder for Women Men ★★★★½ 746  $23.09

## 4 stars and above
Sponsored
Page 1 of 18

 Carbon Fiber Money Clip Minimalist Front Pocket Wallet Minimalist Wallet RFID Block... ★★★★☆ 59  $22.99 ✓prime

 Carbon Fiber Wallet, RFID Blocking Front Packet, Metal Business Credit Card Holder,... ★★★★½ 450  $12.99 ✓prime

 OMO Carbon Fiber Wallet Metal Money Clip Wallet RFID Blocking Minimalist Wallet for... ★★★★☆ 212  $29.99 ✓prime

 RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Metal Money Clip... ★★★★½ 719  $29.95 ✓prime

 WICHEMI Aluminum Money Clip Wallet Credit Card Holder Mens RFID Blocking Minimalist... ★★★★☆ 83  $10.72 ✓prime

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



STORUS®



**Our Mission at Storus**

At **Storus** our mission is to redefine everyday products and develop innovative storage solutions that keep customers more organized and less stressed. Staying organized increases efficiency, allowing our customers more time to enjoy their lives. Storus has been redefining wallets, money clips, valet trays and other consumer products since 1996. We turn everyday items into tools to help one maintain a better quality of life. It is no wonder why Storus has a loyal customer following. We believe in quality while focusing on the details to offer unique and innovative products not offered anywhere else. Storus pioneered the "*alternative wallet*" category in 1996 with its first patented invention, the **Smart Money Clip**. Storus was one of the first companies to design and manufacture a Carbon Fiber RFID Blocking Card Holder Money Clip **BEFORE** scanner theft was even an issue. In 2008, it patented the **Smart Wallet**, the wallet redefined, to keep your valuables safe and secure.

**Stay Organized, Live Better.**







**SLEEK + COMPACT**

The Smart Wallet is patented and was designed to fit into a front pant or jacket pocket with ease. Storus invented the tapered clip in 1996 with this detail in mind. The tapered design allows the Smart Wallet to slide in and out of a pocket without ripping or tearing the fabric.

**CARBON FIBER RFID BLOCKING**

The Smart Wallet is made out of carbon fiber RFID blocking material. It has a dual inner plate design to protect valuable credit cards, IDs and information from scanner fraud and theft.

**PERSONALIZE A PRODUCT JUST FOR YOU**

Design your own Smart Wallet with an engraving just for you, *or for a gift*. All engravings are done in-house to make it convenient for our customers. Engrave initials, a name, sentiment or logo. It is easy and affordable adding that extra special touch.



## Product details

**Is Discontinued By Manufacturer :** No
**Product Dimensions :** 3.4 x 2.1 x 0.5 inches; 4 Ounces
**Item model number :** 00051-9 2 lines engraving
**Department :** Unisex-adult
**Date First Available :** March 13, 2020
**Manufacturer :** Mosaic Brands Inc.
**ASIN :** B083BG9YD1
**Amazon Best Sellers Rank:** #355,099 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #1086 in Women's Wallets
  #1525 in Men's Wallets
  #99700 in Men's Shops
**Customer Reviews:** ★★★★½  9 ratings

## Videos

Help others learn more about this product by uploading a video!

[Upload video]

## Products related to this item

Page 1 of 28

Sponsored










| RFID Carbon Fiber Wallets for Men - Minimalist Aluminum Metal Money Clip... | Perfect Gent Carbon Fiber Minimalist RFID Blocking Slim Wallet Sleek No Screws | Carbon Fiber Money Clip Minimalist Front Pocket Wallet Minimalist Wallet RFID Block... | Carbon Fiber Wallet, RFID Blocking Front Packet, Metal Business Credit Card Holder,... | RFID Carbon Fiber Wallets for Men - Denfany Minimalist Aluminum Wallet for... |
|---|---|---|---|---|
| ★★★★☆ 719 | ★★★★★ 10 | ★★★★☆ 59 | ★★★★☆ 450 | ★★★★☆ 170 |
| $29.95 ✓prime | $19.99 ✓prime | $22.99 ✓prime | $12.99 ✓prime | $15.99 ✓prime |

**5% off coupon**

RUNBOX Minimalist Slim Wallet for Men with Money Clip RFID Blocking Front Pocket Leather Mens Wallets

★★★★☆ 7,934

$29.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.7 out of 5

9 global ratings

| 5 star | 70% |
| 4 star | 30% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

› How are ratings calculated?

### Review this product
Share your thoughts with other customers

[ Write a customer review ]

Top reviews ▾

### Top reviews from the United States

👤 C. Parker

★★★★★ **Great**

Reviewed in the United States on July 14, 2020

**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

My husband loves it!

One person found this helpful

[ Helpful ]   Report abuse

👤 deanna bloch

★★★★★ **Nice and efficient**

Reviewed in the United States on October 7, 2020

**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Was a gift for my husband and he loved it. He no longer needs to carry a big wallet and it fits nice in his front pocket

[ Helpful ]   Report abuse

👤 John34

★★★★★ **Great quality and holds a lot of cards!**

Reviewed in the United States on November 1, 2020

**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

My slim clip broke and I ordered the storus to hold my cash and cards. I love it!

