# Exhibit T

FREE SHIPPING ON ORDERS OVER $25

INNOVATIVE STORAGE SOLUTIONS

Log in

Cart

Search

Menu                                                                                                         Cart

INNOVATIVE STORAGE SOLUTIONS

HOME        ALTERNATIVE WALLETS ⌄        WALLETS ⌄

DESK ACCESSORIES ⌄        OUTDOOR + FITNESS ⌄        MISCELLANEOUS ⌄

FOR HER ⌄

Home    ›    Smart Wallet® Premium Gift Box - Premium Gunmetal



Smart Wallet®
STORUS
STORUS®
Extra Screws













# Smart Wallet® Premium Gift Box - Premium Gunmetal

## $ 79.99

PERSONALIZE IT

ADD TO CART

Storus® Smart Wallet® Premium Gift Box makes the perfect gift. The quality magnetic gift box with viewing window includes 1 Premium Finish Smart Wallet, a Micro Torx screw driver, a pack of extra Micro Torx screws, $1 million dollars and a life time membership rewards card. Smart Wallet is **NEW** and PATENTED. It is a 2-in-1 pocket wallet, a credit card holder + money clip, all in one. It is slim and fits into a front pants or jacket pocket or purse. It measures 3.4 inches long by 2.1 inches wide x 0.50 inches deep with expandable capability. It made the perfect gift or stocking stuffer. 1 piece.

**Features + Benefits:**

- **RFID Blocking Technology**: protects private information, credit cards, IDs, and driver's license from scanning devices. Ensures safety of private information an identity theft. US GOVT. FIPS 201 APPROVED

- **Design**: It is a 2-in-1 product with a traditional style money clip attached to a chamber, The clip can be used to hold dollar bills and receipts. The chamber is used to store credit cards and IDs. The chamber is made with a flexible elastic webbing to increase the card capacity. Cards will not slip out easily. It has a cut out design for easy removable of cards.
- **Slim + Ultra Light**: It is significantly thinner than a traditional leather wallet but can hold up to 12 cards and IDs. It is ultra light and is comfortable in a front [pants or jacket pocket making it great for travel.
- **High Quality**: It is made from 100 percent real carbon fiber and 304 stainless steel money. It is durable and lasts.
- **Personalize:** Personalized it with initials, name or sentiment.  It makes a great gift.

### Share this Product

Share    Tweet    Pin it    Fancy    +1



## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

### More from this collection

 

**Smart Wallet® - Carbon Fiber**

$ 29.99



**Smart Money Clip® - Polished Stainless**

$ 29.99



**Smart Money Clip® - Titanium**

$ 39.99



**Smart Money Clip® - Brushed Stainless**

$ 29.99

## Quick Links

About Us

Shipping + Processing

Gift Wrap Service

Premium Packaging Upgrade

Customization + Promotional Services

Returns Policy

Contact Us

Case 2:20-cv-04556-AB-JC   Document 102-27   Filed 03/19/21   Page 15 of 15   Page ID #:3318

**Follow Us**

**Newsletter**

Sign up for the latest news, offers and styles

SUBSCRIBE

SUBSCRIBE

Copyright © 2020, Storus.