Jonathan Pearce, Cal Bar. No. 245,776
jpearce@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Brian S. Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant The Ridge Wallet LLC

**United States District Court**

**Central District of California – Western Division**

| Mosaic Brands, Inc., |  |
|---|---|
| Plaintiff, | No. 2:20-cv-04556-AB-JC |
| v. | **RIDGE'S WITNESS LIST** |
| The Ridge Wallet LLC, |  |
| Defendant. |  |
| And Related Counterclaim |  |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Daniel Kane c/o SoCal IP Law Group LLP 310 N. Westlake Blvd. Suite 120 Westlake Village, CA 91362 (818) 636-2832 | Will testify as to matters specific to Ridge, including design and creation of original wallet, the Kickstarter campaign, state of mind regarding documents from Mosaic. The testimony is unique because it he is the principal of Ridge. | 4 hours |  |  |

*Indicates that witness will be called only if the need arises.

July 16, 2021                    /s/ *Jonathan Pearce*
                                 Jonathan Pearce
                                 SoCal IP Law Group LLP

                                 Attorneys for The Ridge Wallet LLC