1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

Mosaic Brands, Inc.,

11

    Plaintiff,

12

      v.

13

The Ridge Wallet LLC,

14

    Defendant.

15

And Related Counterclaim

No. 2:20-cv-04556-AB-JC

(Proposed) Judgment Under FED. R. CIV. P. 54(b) to all Claims between Plaintiff Mosaic Brands and Defendant The Ridge Wallet

Judge Birotte

16
17
18
19
20
21
22

    WHEREAS, on August 5, 2021, the Court granted summary judgment dismissing the second claim for relief of the Third Amended Complaint (ECF–66) for trade dress infringement of plaintiff Mosaic Brands, Inc. ("Mosaic") (ECF–157). Following the Court's claim construction of Mosaic's United States Patent No. 7,334,616 ("the '616 Patent"), the parties stipulated that Mosaic would dismiss under FED. R. CIV. P. 41(a)(1)(A)(ii) its First Claim for Relief for patent infringement. The Court granted the dismissal on March 17, 2021 (ECF–101).

23
24
25
26
27

    WHEREAS, on May 20, 2021, the Court granted Mosaic's motion for summary judgment holding United States Patent No. 10,791,808 ("the '808 Patent") owned by defendant- counterclaimant The Ridge Wallet LLC ("Ridge") invalid, and holding that Ridge failed to submit material information to the Patent and Trademark Office while the application that became the '808 patent was pending (ECF–117).

28

**IT IS HEARBY ORDERED AND ADJUDGED THAT:**

1. Judgement is entered for Defendant Ridge and against Plaintiff Mosaic.

2. Ridge infringes no claim of the '616 patent.

3. Mosaic's alleged trade dress in the Storus Smart Money Clip II (pictured below) is invalid, as functional, lacking in secondary meaning, and abandoned.

 

4. Ridge's '808 patent is invalid, and Ridge failed to submit material information to the Patent and Trademark Office during prosecution of the application that became the '808 patent.

This judgment constitutes a final judgment concerning the subject matter of this action.

Dated _____          /s/_____
                                United States District Judge