JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **Mosaic Brands, Inc.**, a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>**The Ridge Wallet LLC**, a California company,<br><br>        Defendant. | Case No. 2:20-cv-04556-AB-JC<br><br>**FINAL JUDGMENT**<br><br>Honorable Andre Birotte Jr. |

WHEREAS, on March 17, 2021, the Court dismissed Plaintiff's claim for infringement of U.S. Patent No. 7,334,616 ("the '616 Patent") based on the parties stipulation that Plaintiff "cannot prevail on its allegation of patent infringement . . . [given the Court's prior] claim construction." (Dkt. No. 101 at 1);

WHEREAS, on May 20, 2021, the Court granted Plaintiff's motion for summary judgment that Defendant's U.S. Patent No. 10,791,808 ("the '808 Patent") is "invalid under § 102(a) . . . [as] anticipated by the [Storus Smart Money Clip II ("SMCII")]." (*See* Dkt. No. 117 at 8);

WHEREAS, on July 1, 2021, the Court ruled that "the SMCII was material prior art to the '808 Patent that Defendant knew of and yet failed to disclose," and

that "Defendant's failure to disclose this litigation also satisfies the materiality element." (Dkt. No. 128 at 6; *see* Dkt. No. 128 at 7 ("Plaintiff has met the materiality prong for its inequitable conduct defense.")); and

WHEREAS, on August 5, 2021, the Court granted summary judgment dismissing Plaintiff's claim for trade dress infringement (*see* Dkt. No. 157) on grounds of functionality, lack of secondary meaning, and abandonment.

**IT IS HEARBY ORDERED AND ADJUDGED THAT**:

1. Plaintiff's claim for infringement of the '616 Patent is dismissed with prejudice;

2. Defendant's '808 Patent is invalid under 35 U.S.C. § 102(a) as anticipated by Plaintiff's SMCII product;

3. Plaintiff's SMCII product was material prior art to the '808 Patent that Defendant knew of yet failed to disclose, and Defendant's failure to disclose this litigation also satisfies the materiality element of inequitable conduct; and

4. Plaintiff's alleged trade dress in the SMCII is invalid, as functional, lacking in secondary meaning, and abandoned.

This judgment constitutes a final judgment concerning the subject matter of this action.

**IT IS SO ORDERED**.

Dated:    August 30, 2021

Honorable André Birotte Jr.
United States District Judge