Jonathan Pearce, Cal Bar. No. 245,776
jpearce@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Brian S. Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant The Ridge Wallet LLC

## United States District Court

## Central District of California – Western Division

| | |
|---|---|
| Mosaic Brands, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>The Ridge Wallet LLC,<br><br>    Defendant. | No. 2:20-cv-04556-AB-JC<br><br>Pearce Declaration in Support of Defendant Ridge's Reply Brief Regarding Attorney Fees Motion<br><br>Date:  Friday, October 22, 2021<br>Time:  10:00 a.m.<br>Judge:  Birotte |

I, Jonathan Pearce, declare:

1.    I am an attorney with SoCal IP Law Group LLP and am one of SoCal IP's attorneys representing The Ridge Wallet LLC ("Ridge"). I have personal knowledge of the facts stated in this declaration. If called to testify as a witness, I would competently testify on these facts.

2.    All exhibits are true and correct copies of my identifications of them.

3.    Exhibit 47 is a copy of an October 1, 2021 email sent by Mosaic CEO Mia Kaminski to Ridge CEO Daniel Kane.

4.    Exhibit 48 is a copy of an October 4, 2021 email from between Stephen M. Lobbin to Jonathan Pearce and an October 8, 2021 reply email from Jonathan Pearce to Stephen M. Lobbin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

October 8, 2021

/s/ *Jonathan Pearce*
Jonathan Pearce