# Exhibit 47



From: **Mia Kaminski** <Mia@mosaicbrandsinc.com>
Date: Fri, Oct 1, 2021 at 3:35 PM
Subject: RE: Appeals Filed
To: Daniel Kane <daniel@ridge.com>

I forgot to add that we are back to square one again. Our former offer still stands:

- $500K
- We withdraw the patent invalidation and you keep your patent.
- You save up to $1M in legal fees and hassle for the next year.
- We cross license your patent and our patent through life of patents.
- We use both patents to take out all of the competitors so there are 2 of us instead of hundreds.
- We drop the patent infringement lawsuit which could cost you millions of dollars and legal fees to our lawyers.
- No trial.

Pearce appears to be looking after his best interest and wants to keep collecting his monthly fee from you in my opinion. I don't blame him but it is not ethical or in your best interest. We could have settled this a year ago but he wants you to keep going. It's a risk on your end, that is for sure.

Call me if you want to talk on the phone. Cell is 415-517-9033.

Best Regards,

**Mia Kaminski**

*chief executive officer*



**Mosaic Brands Inc.**

Main: +1.925.322.8700

---------------------------------------------------------------------------------------------------------------------------------

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information, including intellectual property and trade secret information. Any use, disclosure or distribution by anyone other than the intended recipient(s) or for any unauthorized purpose by an intended recipient(s) is expressly prohibited. If you are not an intended recipient, please contact the sender by reply and destroy all copies of the original message contents. Thank you.

**From:** Mia Kaminski
**Sent:** Thursday, September 30, 2021 11:02 AM
**To:** Daniel Kane <daniel@ridge.com>
**Subject:** Appeals Filed

Hi Daniel,

Do you really want to pay your lawyers for **another year** and **hundreds of thousands of dollars** and **time** trying to fight with us? We appealed too. See attached. Let me know if you want to talk and stop litigation. As you know I am always open for settlement discussions. I don't know if your counsel has explained this to you, but it is not illegal to discuss settlement details between parties like he has alleged in multiple motions.

Best Regards,

**Mia Kaminski**

*chief executive officer*



**Mosaic Brands Inc.**

Main: +1.925.322.8700

---------------------------------------------------------------------------------------------------------------------------------

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information, including intellectual property and trade secret information. Any use, disclosure or distribution by anyone other than the intended recipient(s) or for any unauthorized purpose by an intended recipient(s) is expressly prohibited. If you are not an intended recipient, please contact the sender by reply and destroy all copies of the original message contents. Thank you.

