# Exhibit 48

**Subject:** Re: Mosaic v. Ridge -- FRE 408 [R246.L20560]
**Date:** Friday, October 8, 2021 at 3:15:17 PM Pacific Daylight Time
**From:** Jonathan Pearce
**To:** Stephen Lobbin
**CC:** Anneliese Lomonaco, Michael Harris, Josh Osborn

Mr. Lobbin,

I direct you to the California rules of professional conduct, specifically Rule 5-100 which states "(A) A member shall not threaten to present criminal, administrative, or disciplinary charges to obtain an advantage in a civil dispute." Your unsubtle threat to report me and my firm to various ethics bodies is in violation of this rule. Remarkably, you make this threat while in the midst of briefing on attorney fees against you for your bad faith actions you have already taken in this litigation.

Our review of the pertinent rules shows there is no duty to report anything to the "PTO-OED or the California Bar, or other bar organizations" as a result of this case. First, no one at my firm was involved in the preparation and prosecution of the application that became the '808 patent. See 37 C.F.R. 1.56. Even a cursory review of the file history we served on Mosaic in this case would have revealed this. Second, this case is not yet resolved. There remain decisions for Judge Birotte and Federal Circuit to make, including on inequitable conduct. We will continue to evaluate and decide what, if any, actions to take once this case is resolved.

Finally, whatever happens in this case, neither you nor Mosaic has any right to be copied on any such communications should they take place.

/jonathan pearce/

Jonathan Pearce
SoCal IP Law Group LLP
(805) 267-2266
www.socalip.com

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Date:** Monday, October 4, 2021 at 1:52 PM
**To:** Jonathan Pearce <jpearce@socalip.com>
**Cc:** Anneliese Lomonaco <alomonaco@socalip.com>, Michael Harris <MHarris@socalip.com>, Josh Osborn <jno@smlavvocati.com>, Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: Mosaic v. Ridge -- FRE 408 [R246.L20560]

Jonathan--Please confirm by Friday whether or not you, Michael, your firm, or anyone else involved has or will be self-reporting the circumstances of this action (in particular, the Court's materiality ruling and the open issue of inequitable conduct) to the PTO-OED or the California Bar, or other bar organizations.  Please copy us on any such correspondence.

--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On Fri, Sep 10, 2021 at 4:27 PM Jonathan Pearce <jpearce@socalip.com> wrote:

> Stephen,
>
> Having not heard back, Ridge proposes the following:
>
> 1. Seal Ex. 2 entirely; and
> 2. Portions of Exs. 1 and 3 as set forth in the attached. I also removed unnecessary pages from Ex. 3.
> 3. Any text referencing any of the above in Ridge's associated memo.
>
> If you have proposals for de-designating anything, please provide them to us by 10:00 am Monday or we will proceed as set forth above.
>
> Have a pleasant weekend.
>
> Regards,
>
> /jonathan pearce/
>
> Jonathan Pearce
> SoCal IP Law Group LLP
> (805) 267-2266
> www.socalip.com
>
> ---
>
> **From:** Jonathan Pearce <jpearce@socalip.com>
> **Date:** Thursday, September 9, 2021 at 8:50 AM
> **To:** Stephen Lobbin <sml@smlavvocati.com>
> **Cc:** Anneliese Lomonaco <alomonaco@socalip.com>, Michael Harris <MHarris@socalip.com>, Josh Osborn <jno@smlavvocati.com>
> **Subject:** Re: Mosaic v. Ridge -- FRE 408 [R246.L20560]
>
> Stephen,
>
> Sure. See the two attached documents, and the highlighted portions of the confidential portion of the